**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., JUE WONG, ERIC TIZIANI, TIFFANY | No. 2:22-cv-08395-SVW(SKx)<br><br>CLASS ACTION<br><br>**ORDER REGARDING LEAD PLAINTIFF'S FILING A REVISED CONSOLIDATED AMENDED COMPLAINT FOR** |

ORDER REGARDING LEAD PLAINTIFF'S FILING A REVISED CONSOLIDATED AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND REGARDING BRIEFING SCHEDULE TO RESPOND TO REVISED CONSOLIDATED AMENDED COMPLAINT
No. 2:22-cv-08395-SVW(SKx)

| | | |
|---|---|---|
| 1 | WALDEN, CHRISTINE DAGOUSSET, TRICIA GLYNN, DEIRDRE FINDLAY, JANET GURWITCH, MARTHA MORFITT, DAVID MUSSAFER, EMILY WHITE, MICHAEL WHITE, PAULA ZUSI, ADVENT INTERNATIONAL GPE IX LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-B LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-C LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-F LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-G LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-H LIMITED PARTNERSHIP ADVENT INTERNATIONAL GPE IX-I LIMITED PARTNERSHIP ADVENT INTERNATIONAL GPE IX-A SCSP, ADVENT INTERNATIONAL GPE IX-D SCSP, ADVENT INTERNATIONAL GPE IX-E SCSP, ADVENT INTERNATIONAL GPE IX STRATEGIC INVESTORS SCSP, ADVENT PARTNERS GPE IX LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-A LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX CAYMAN LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-A CAYMAN LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-B CAYMAN LIMITED PARTNERSHIP, MOUSSERENA, L.P., GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, MORGAN | **VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND REGARDING BRIEFING SCHEDULE TO RESPOND TO REVISED CONSOLIDATED AMENDED COMPLAINT**<br><br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | [PROPOSED] ORDER REGARDING LEAD PLAINTIFF'S FILING A REVISED CONSOLIDATED AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND REGARDING BRIEFING SCHEDULE TO RESPOND TO REVISED CONSOLIDATED AMENDED COMPLAINT<br>No. 2:22-cv-08395-SVW(SKx) | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | STANLEY & CO. LLC, BARCLAYS CAPITAL INC., BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., JEFFERIES LLC, RAYMOND JAMES & ASSOCIATES, INC., COWEN AND COMPANY, LLC, PIPER SANDLER & CO., TRUIST SECURITIES, INC., TELSEY ADVISORY GROUP LLC, DREXEL HAMILTON, LLC, and LOOP CAPITAL MARKETS LLC |
| 9 | Defendants. |

## ORDER

Upon the Joint Stipulation submitted by Court-appointed Lead Plaintiff Arkansas Teacher Retirement System ("ATRS" or "Lead Plaintiff") and Defendants Olaplex Holdings, Inc. ("Olaplex"), JuE Wong, Eric Tiziani, Tiffany Walden, Christine Dagousset, Tricia Glynn, Deidre Findlay, Janet Gurwitch, Martha Morfitt, David Mussafer, Emily White, Michael White, Paula Zusi (together, the "Individual Defendants"); Advent International GPE IX Limited Partnership, Advent International GPE IX-B Limited Partnership, Advent International GPE IX-C Limited Partnership, Advent International GPE IX-F Limited Partnership, Advent International GPE IX-G Limited Partnership, Advent International GPE IX-H Limited Partnership, Advent International GPE IX-I Limited Partnership, Advent International GPE IX-A SCSp, Advent International GPE IX-D SCSp, Advent International GPE IX-E SCSp, Advent International GPE IX Strategic Investors SCSp, Advent Partners GPE IX Limited Partnership, Advent Partners GPE IX-A Limited Partnership, Advent Partners GPE IX Cayman Limited Partnership, Advent Partners GPE IX-A Cayman Limited Partnership, and Advent

Partners GPE IX-B Cayman Limited Partnership (together, the "Advent Defendants"); Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., BofA Securities, Inc., Evercore Group L.L.C., Jefferies LLC, Raymond James & Associates, Inc., Cowen and Company, LLC, Piper Sandler & Co., Truist Securities, Inc., Telsey Advisory Group LLC, Drexel Hamilton, LLC, and Loop Capital Markets LLC (together, the "Underwriter Defendants"); and Mousserena, L.P. ("Mousserena," and together with Olaplex, the Individual Defendants, and the Advent Defendants, the "Defendants," and collectively with Lead Plaintiff, the "Parties"), the accompanying declaration of Irina Vasilchenko, and good cause being shown, the Court hereby ORDERS as follows:

1. Lead Plaintiff shall promptly file a Revised Consolidated Amended Complaint for Violations of the Federal Securities Laws reflecting the changes in Exhibit A within three business days of this Stipulation being so-ordered by the Court;

2. So as to ensure that there is a unified briefing schedule, Defendants shall file their motions to dismiss the Revised Consolidated Amended Complaint no later than July 19, 2023;

3. Lead Plaintiff shall have until August 14, 2023 to file any opposition(s) to Defendants' motions to dismiss;

4. Defendants shall have until August 28, 2023 to file their replies to any such opposition(s).

5. A hearing on Defendants' motions to dismiss shall be held on September 11, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 21, 2023

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE