**WILLKIE FARR & GALLAGHER LLP**
Matthew M. Gurvitz (SBN 272895)
  MGurvitz@willkie.com
Naomi R. Strauss (SBN 323785)
  NStrauss@willkie.com
2029 Century Park East, Suite 3400
Los Angeles, CA 90067-2905
Telephone:   (310) 855-3000
Facsimile:   (310) 855-3099

James C. Dugan (*Admitted Pro Hac Vice*)
  JDugan@willkie.com
John L. Brennan (*Admitted Pro Hac Vice*)
  JBrennan@willkie.com
Kathryn C. Garrett (*Admitted Pro Hac Vice*)
  KGarrett@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Telephone:   (212) 728-8000
Facsimile:   (212) 728-9654

Attorneys for Defendant
MOUSSERENA, L.P.

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.855.3000

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., JUE WONG, ERIC TIZIANI, TIFFANY WALDEN, CHRISTINE DAGOUSSET, TRICIA GLYNN, DEIRDRE FINDLAY, JANET GURWITCH, MARTHA MORFITT, DAVID MUSSAFER, EMILY WHITE, MICHAEL WHITE, and PAULA ZUSI, ADVENT INTERNATIONAL GPE IX LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-B LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-C LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-F LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-G | Case No. 2:22-cv-08395-SVW (SKx)<br><br>CLASS ACTION<br><br>Hon. Stephen V. Wilson<br>Courtroom 10A – First Street<br><br>**DEFENDANT MOUSSERENA, L.P.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>*Filed concurrently with the [Proposed] Order*<br><br>Date:           September 11, 2023<br>Time:          1:30 p.m.<br>Crtrm.:        10A<br><br>Action Filed: November 17, 2022<br>Trial Date:    None set |

65294160

DEFENDANT MOUSSERENA, L.P.'S REQUEST FOR JUDICIAL NOTICE

LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-H LIMITED PARTNERSHIP ADVENT INTERNATIONAL GPE IX-I LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-A SCSP, ADVENT INTERNATIONAL GPE IX-D SCSP, ADVENT INTERNATIONAL GPE IX-E SCSP, ADVENT INTERNATIONAL GPE IX STRATEGIC INVESTORS SCSP, ADVENT PARTNERS GPE IX LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-A LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX CAYMAN LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-A CAYMAN LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-B CAYMAN LIMITED PARTNERSHIP, MOUSSERENA, L.P., GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., JEFFERIES LLC, RAYMOND JAMES & ASSOCIATES, INC., COWEN AND COMPANY LLC, PIPER SANDLER & CO., TRUIST SECURITIES, INC., TELSEY ADVISORY GROUP LLC, DREXEL HAMILTON, LLC, LOOP CAPITAL MARKETS LLC,

Defendants.

**WILLKIE FARR & GALLAGHER LLP**
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.855.3000

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Mousserena L.P. ("Mousse") respectfully requests that, pursuant to Federal Rule of Evidence 201 and related authority, the Court take judicial notice of document Exhibit A listed below and attached to the Declaration of James C. Dugan in Support of Defendant Mousserena L.P.'s Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(B)(6) ("Dugan Declaration").

## I.     INTRODUCTION

Mousse requests that the Court take judicial notice of Exhibit A to the Dugan Declaration.  Exhibit A is the final prospectus for Olaplex's IPO, dated September 29, 2021.  Exhibit A is incorporated by reference into the Revised Consolidated Class Action Complaint (Dkt. 123, hereinafter the "Complaint"). filed by Lead Plaintiff Arkansas Teacher Retirement System ("Plaintiff") on June 22, 2023.  As a public filing with the Securities and Exchange Commission ("SEC"), Exhibit A is a proper subject of judicial notice under Federal Rule of Evidence 201.

## II.     ARGUMENT

The Court should consider Exhibit A when considering Mousse's Motion to Dismiss because Exhibit A is incorporated by reference into the Complaint and, as a public filing with the SEC, is appropriate for judicial notice.  When considering a motion to dismiss, courts must consider not only the complaint in its entirety, but also any document that is either incorporated into the complaint by reference or is appropriate for judicial notice. *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007).

**A.     Judicial Notice is Appropriate Because Plaintiff Incorporates Exhibit A Into The Complaint**

In addition to the four corners of a complaint, a court may consider any document a plaintiff relies on to support the claims asserted in a complaint.  *In re*

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.855.3000

1

*Am. Apparel, Inc. S'holder Litig.*, No. CV1006352MMMRCX, 2013 WL 10914316, at \*10 (C.D. Cal. Aug. 8, 2013); *see also Belodoff v. Netlist, Inc.*, No. SACV07-00677DOCMLGX, 2008 WL 2356699, at \*3 (C.D. Cal. May 30, 2008) (considering a prospectus when evaluating a motion to dismiss because the plaintiff's allegations relied on the prospectus and the complaint "refer[red] to and extensively quote[d] from the statements contained in the [] [p]rospectus"). So long as a document is incorporated by reference, a court may consider the document in its entirety, even if the plaintiff only relies on a portion of the document. *In re NVIDIA Corp. Sec. Litig.*, 768 F.3d 1046, 1058 n. 10 (9th Cir. 2014).

In the Complaint, Plaintiff repeatedly cites directly to Exhibit A to support Plaintiff's claims. The Complaint is replete with references to Exhibit A (which the Complaint defines as the "Prospectus" or, collectively with the registration statement for the IPO, the "Offering Documents"). (*See e.g.*, Compl. at ¶¶ 7-9, 23, 25-36, 56-57, 59-73, 79-80, 87, 90, 97-100, 133, 153-159, 161-193, 201-202, 282, 286, 291, 295, 304-308, 313-314.) In fact, Plaintiff quotes directly from Exhibit A in setting forth its allegations, including through the use of lengthy block quotes spanning multiple pages of the Complaint. (*See e.g.*, Compl. at ¶¶ 98, 100, 164, 166, 168, 171, 173, 175, 178, 180, 182, 184, 187, 189, 191.) Therefore, the Court should consider Exhibit A in its entirety when deciding on Mousse's Motion to Dismiss.

**B.** **Judicial Notice is Appropriate Because Exhibit A Was Publicly Filed With The SEC**

Exhibit A also is judicially noticeable under Federal Rule of Evidence 201 on the independent ground that it is a publicly available filing with the SEC. Under Federal Rule of Evidence 201, a court may take judicial notice of facts that are "not subject to reasonable dispute." Courts routinely grant judicial notice for documents publicly filed with the SEC so long as their authenticity or accuracy is

DEFENDANT MOUSSERENA, L.P.'S REQUEST FOR JUDICIAL NOTICE

**WILLKIE FARR & GALLAGHER LLP**
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.855.3000

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.855.3000

not in dispute. *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 (9th Cir. 2006) (holding that the court "may consider documents referred to in the complaint or any matter subject to judicial notice, such as SEC filings"); *see also Northstar Fin. Advisors Inc. v. Schwab Invs.*, 779 F.3d 1036, 1043 (9th Cir. 2015) (taking judicial notice of defendant's filings with the SEC, including prospectus documents, because these documents were publicly available, their authenticity and accuracy were not in dispute, and "defendants, who might otherwise be aggrieved by their use, created and filed them with the SEC"); *Maine State Ret. Sys. v. Countrywide Fin. Corp.*, No. 2:10-CV-0302 MRP, 2011 WL 4389689, at *5 n. 15 (C.D. Cal. May 5, 2011) (taking judicial notice of prospectus supplements).

Here, Exhibit A is appropriate for judicial notice because it is a document publicly filed with the SEC and there can be no dispute regarding its authenticity or accuracy.

## III.   CONCLUSION

Mousse respectfully requests that the Court take judicial notice of Exhibit A under the incorporation by reference doctrine and Federal Rule of Evidence 201.


Date: July 19, 2023                         WILLKIE FARR & GALLAGHER LLP


By:   */s/ James C. Dugan*
    James C. Dugan (*Admitted PHV*)
    John L. Brennan (*Admitted PHV*)
    Kathryn C. Garrett (*Admitted PHV*)
    Matthew M. Gurvitz
    Naomi R. Strauss
Attorneys for Defendant
MOUSSERENA, L.P.

DEFENDANT MOUSSERENA, L.P.'S REQUEST FOR JUDICIAL NOTICE