**WILLKIE FARR & GALLAGHER LLP**
Matthew M. Gurvitz (SBN 272895)
  MGurvitz@willkie.com
Naomi R. Strauss (SBN 323785)
  NStrauss@willkie.com
2029 Century Park East, Suite 3400
Los Angeles, CA 90067-2905
Telephone:   (310) 855-3000
Facsimile:    (310) 855-3099

James C. Dugan (*Admitted Pro Hac Vice*)
  JDugan@willkie.com
John L. Brennan (*Admitted Pro Hac Vice*)
  JBrennan@willkie.com
Kathryn C. Garrett (*Admitted Pro Hac Vice*)
  KGarrett@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Telephone:   (212) 728-8000
Facsimile:    (212) 728-9654

Attorneys for Defendant
MOUSSERENA, L.P.

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.855.3000

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., JUE WONG, ERIC TIZIANI, TIFFANY WALDEN, CHRISTINE DAGOUSSET, TRICIA GLYNN, DEIRDRE FINDLAY, JANET GURWITCH, MARTHA MORFITT, DAVID MUSSAFER, EMILY WHITE, MICHAEL WHITE, and PAULA ZUSI, ADVENT INTERNATIONAL GPE IX LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-B LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-C LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-F LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-G | Case No. 2:22-cv-08395-SVW (SKx)<br><br>CLASS ACTION<br><br>Hon. Stephen V. Wilson<br>Courtroom 10A – First Street<br><br>**DECLARATION OF JAMES C. DUGAN IN SUPPORT OF DEFENDANT MOUSSERENA, L.P.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>*Filed concurrently with the Notice of Motion, Motion to Dismiss, and [Proposed] Order*<br><br>Date:        September 11, 2023<br>Time:        1:30 p.m.<br>Crtrm.:      10A<br><br>Action Filed: November 17, 2022<br>Trial Date:    None set |

65294160

DECLARATION OF JAMES C. DUGAN IN SUPPORT OF DEFENDANT MOUSSERENA, L.P.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-H LIMITED PARTNERSHIP ADVENT INTERNATIONAL GPE IX-I LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-A SCSP, ADVENT INTERNATIONAL GPE IX-D SCSP, ADVENT INTERNATIONAL GPE IX-E SCSP, ADVENT INTERNATIONAL GPE IX STRATEGIC INVESTORS SCSP, ADVENT PARTNERS GPE IX LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-A LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX CAYMAN LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-A CAYMAN LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-B CAYMAN LIMITED PARTNERSHIP, MOUSSERENA, L.P., GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., JEFFERIES LLC, RAYMOND JAMES & ASSOCIATES, INC., COWEN AND COMPANY LLC, PIPER SANDLER & CO., TRUIST SECURITIES, INC., TELSEY ADVISORY GROUP LLC, DREXEL HAMILTON, LLC, LOOP CAPITAL MARKETS LLC,

Defendants.

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.855.3000

**WILLKIE FARR & GALLAGHER LLP**
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.855.3000

## DECLARATION OF JAMES C. DUGAN

I, James C. Dugan, declare as follows:

1. I declare under penalty of perjury that the foregoing is true and correct.

2. I am a partner with Willkie Farr & Gallagher LLP.  I am an attorney duly licensed to practice law in the State of New York and have been admitted to practice *pro hac vice* in this Court on behalf of Defendant Mousserena, L.P. ("Mousse") in the above-captioned matter.

3. I submit this declaration in support of Mousse's Motion to Dismiss the Revised Consolidated Class Action Complaint (the "Motion"), filed by Lead Plaintiff Arkansas Teacher Retirement System, for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. I have personal knowledge of the following and, if called as a witness, could and would testify competently thereto.

5. Attached as **Exhibit A** hereto is a true and correct copy of a document referenced in the Complaint, specifically a copy of a prospectus filed with the SEC pursuant to Rule 424(b)(4) on or about October 1, 2021.

Date: July 19, 2023

Respectfully submitted,

By:    */s/ James C. Dugan*
James C. Dugan

1

DECLARATION OF JAMES C. DUGAN IN SUPPORT OF DEFENDANT MOUSSERENA, L.P.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM