**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated, | No. 2:22-cv-08395-SVW(SKx) |
| | CLASS ACTION |
| Plaintiff, | |
| | **ORDER ON LEAD PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION TO ADJOURN THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| OLAPLEX HOLDINGS, INC., JUE WONG, ERIC TIZIANI, TIFFANY WALDEN, CHRISTINE | Courtroom: 10A |

[PROPOSED] ORDER ON LEAD PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION TO ADJOURN THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS
No. 2:22-cv-08395-SVW(SKx)

1

DAGOUSSET, TRICIA GLYNN, DEIRDRE FINDLAY, JANET GURWITCH, MARTHA MORFITT, DAVID MUSSAFER, EMILY WHITE, MICHAEL WHITE, PAULA ZUSI, ADVENT INTERNATIONAL GPE IX LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-B LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-C LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-F LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-G LIMITED PARTNERSHIP, ADVENT INTERNATIONAL GPE IX-H LIMITED PARTNERSHIP ADVENT INTERNATIONAL GPE IX-I LIMITED PARTNERSHIP ADVENT INTERNATIONAL GPE IX-A SCSP, ADVENT INTERNATIONAL GPE IX-D SCSP, ADVENT INTERNATIONAL GPE IX-E SCSP, ADVENT INTERNATIONAL GPE IX STRATEGIC INVESTORS SCSP, ADVENT PARTNERS GPE IX LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-A LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX CAYMAN LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-A CAYMAN LIMITED PARTNERSHIP, ADVENT PARTNERS GPE IX-B CAYMAN LIMITED PARTNERSHIP, MOUSSERENA, L.P., GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, BARCLAYS CAPITAL INC., BOFA SECURITIES,

Judge: Hon. Stephen V. Wilson

[PROPOSED] ORDER ON LEAD PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION TO ADJOURN THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS
No. 2:22-cv-08395-SVW(SKx)

2

INC., EVERCORE GROUP L.L.C., JEFFERIES LLC, RAYMOND JAMES & ASSOCIATES, INC., COWEN AND COMPANY, LLC, PIPER SANDLER & CO., TRUIST SECURITIES, INC., TELSEY ADVISORY GROUP LLC, DREXEL HAMILTON, LLC, and LOOP CAPITAL MARKETS LLC

Defendants.

Upon consideration of Lead Plaintiff's Unopposed *Ex Parte* Application to Adjourn the Hearing Date on Defendants' motions to dismiss, and good cause appearing,

IT IS HEREBY ORDERED THAT Lead Plaintiff's Unopposed *Ex Parte* Application to Adjourn the Hearing Date on Defendants' Motions to Dismiss is GRANTED.

1.    The in-person hearing currently scheduled for September 11, 2023 at 1:30 PM is vacated.

2.    A hearing on Defendants' motions to dismiss shall be held in-person on October 16, 2023 at 1:30 PM or at the Court's convenience on any date thereafter.

DATED: <u>September 8, 2023</u>

HON. STEPHEN V. WILSON
United States District Court Judge

[PROPOSED] ORDER ON LEAD PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION TO ADJOURN THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS
No. 2:22-cv-08395-SVW(SKx)

3