UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-08395-SVW-SK | Date | October 16, 2023 |
|---|---|---|---|
| Title | Leslie Lilien v. Olaplex Holdings, Inc. et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Myra Ponce | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Charles Henry Linehan | Anne Johnson Palmer |
| Irina Vasilchenko | Daniel A. Yanofsky |
| Lisa Marie Strejlau | Matthew M. Gurvitz |
| | James C. Dugan |
| | John Warren Rissier |
| | Robert O'Leary |

**Proceedings:**       [127] MOTION to Dismiss Case filed by Defendant Mousserena, L.P.; [129]
MOTION to Dismiss Case , Revised Consolidated Class Action Complaint,
filed by Defendants;
[130] MOTION to Dismiss Case , Revised Consolidated Class Action
Complaint, filed by Defendants;
[132] MOTION to Dismiss Case Revised Consolidated Class Action
Complaint filed by Defendants

Hearing held. The motions are submitted. Order to issue.

|  | 1 | : | 05 |
|---|---|---|---|
| Initials of Preparer | | PMC | |