November 22, 2024

**VIA ECF**

The Honorable Stephen V. Wilson
United States District Court
Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 10A
Los Angeles, California 90012

   **RE:** ***Leslie Lilien v. Olaplex Holdings, Inc. et al.*, Case No. 2:22-cv-08395-SVW-SK
     (C.D. Cal.)**

Dear Judge Wilson:

   Pursuant to the Court's August 23, 2024 Order (ECF No. 168), the Parties write to immediately notify the Court of the United States Supreme Court's dismissal of the appeal in *In re Facebook, Inc. Sec. Litig.*, 87 F.4th 934, 951 (9th Cir. 2023), *cert. granted in part sub nom. Facebook, Inc. v. Amalgamated Bank*, 144 S. Ct. 2629 (2024), *and cert. dismissed as improvidently granted*, No. 23-980, 2024 WL 4861195 (U.S. Nov. 22, 2024), as improvidently granted. The opinion is attached hereto.

   The Parties are available should Your Honor wish to hear further from the Parties on this matter.

Respectfully submitted,

| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP** | **ROPES & GRAY LLP** |
| */s/ Lauren A. Ormsbee* | */s/ Anne Johnson Palmer* |
| Lauren A. Ormsbee | Anne Johnson Palmer |
| *Counsel for Lead Plaintiff* | *Counsel for the Olaplex and Advent Fund Defendants* |
| **MORGAN, LEWIS & BOCKIUS LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| */s/ Charlene S. Shimada* | */s/ James C. Dugan* |
| Charlene S. Shimada | James C. Dugan |
| *Counsel for the Underwriter Defendants* | *Counsel for Defendant Mousserena, L.P.* |