# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-08395-SVW-SK | Date | April 24, 2025 |
|---|---|---|---|
| Title | Leslie Lilien v. Olaplex Holdings, Inc. et al | | |

**JS-5**

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER

The Court, having set the case for trial in October, orders the stay lifted.

Initials of Preparer   PMC