# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

OLAPLEX HOLDINGS, INC., *et al.*,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:22-cv-08395-SVW-SK

**[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Hearing Date:   July 21, 2025
Hearing Time:   1:30 p.m.
Courtroom:      10A
Judge:          Hon. Stephen V. Wilson

Having reviewed Lead Plaintiff's Motion for Class Certification and supporting documents, and Defendants' Opposition to the Motion for Class Certification and supporting documents, as well as all other papers submitted to the Court, and good cause appearing, it is hereby ordered that:

1.    Lead Plaintiff's Motion for Class Certification, ECF No. 199, is DENIED.

**IT IS SO ORDERED.**


DATED: _____        _____

Hon. Stephen V. Wilson
United States District Court Judge