**ROPES & GRAY LLP**
Anne Johnson Palmer (SBN 302235)
anne.johnsonpalmer@ropesgray.com
Three Embarcadero Center
San Francisco, California 94111-4006
Tel.: (415) 315-6300
Fax: (415) 315-6350

Peter Welsh (*pro hac vice*)
peter.welsh@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050

Brian Blais (*pro hac vice*)
Brian.Blais@ropesgray.com
Phillip G. Kraft (*pro hac vice*)
phillip.kraft@ropesgray.com
1211 Avenue of the Americas
New York, New York 10036-8704
Tel.: (212) 596-9000
Fax: (212) 596-9090

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., *et al.*,<br><br>Defendants. | Case No. 2:22-cv-08395-SVW-SK<br><br>**DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:     July 21, 2025<br>Time:     1:30 p.m.<br>Courtroom:  10A<br>Judge:    Hon. Stephen V. Wilson |

I, Anne Johnson Palmer, hereby declare as follows:

1.      I am admitted to practice before this Court and am a partner at the law firm of Ropes & Gray LLP, counsel of record for Defendants Olaplex Holdings, Inc., JuE Wong, Eric Tiziani, Tiffany Walden, Christine Dagousset, Tricia Glynn, Deirdre Findlay, Janet Gurwitch, Martha Morfitt, David Mussafer, Emily White, Michael White, and Paula Zusi (collectively, "Defendants").  Unless otherwise stated, I have personal knowledge of the facts and circumstances stated below and, if called upon to testify, I could and would testify competently to the statements made herein.  I make this Declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification (Dkt. 199) in the above-captioned matter.

2.      Attached as Exhibit 1 is a true and correct copy of Defendants' Expert Jack Wiener's Report.

3.      Attached as Exhibit 2 is a true and correct copy of a declaration executed by a Managing Director for Asset Services Product Management at The Depository Trust & Clearing Corporation, dated June 18, 2025.

4.      Attached as Exhibit 3 is a true and correct copy of Olaplex Holdings Inc.'s Registration Statement on Form S-1, dated August 27, 2021.

5.      Attached as Exhibit 4 is a true and correct copy of Olaplex Holdings Inc.'s Prospectus on Form 424(b)(4), dated September 29, 2021.

6.      Attached as Exhibit 5 is a true and correct copy of Olaplex Holdings Inc.'s Registration Statement on Form S-8, dated October 4, 2021.

7.      Attached as Exhibit 6 is a true and correct copy of the Scientific Committee on Consumer Safety Opinion on the Safety of Butylphenyl Methylpropional (p-BMHCA) in Cosmetic Products – Submission II, dated May 10, 2019 ("SCCS Report"), available at the following link: https://health.ec.europa.eu/system/files/2021-08/sccs_o_213_0.pdf.

8.      Attached as Exhibit 7 is a true and correct copy of a page on the European Commission's website, "The safety of Butylphenyl methylpropional (p-

DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

1

BMHCA) in cosmetic products - Submission II," dated May 10, 2019, available at the following link: https://health.ec.europa.eu/publications/safety-butylphenyl-methylpropional-p-bmhca-cosmetic-products-submission-ii_en.

9.     Attached as Exhibit 8 is a true and correct copy of the Commission Delegated Regulation (E.U.) 2020/1182 dated May 19, 2020 ("May 2020 EU Regulation"), published on August 11, 2020, available at the following link: https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX:32020R1182.

10.     Attached as Exhibit 9 is a true and correct copy of Commission Regulation (E.U.) 2021/1902 dated October 29, 2021 (the "October 2021 E.U. Regulation"), published on November 3, 2021, available at the following link: https://eur-lex.europa.eu/eli/reg/2021/1902/oj.

11.     Attached as Exhibit 10 is a true and correct copy of the Obelis Group webpage titled "Lilial classified as a CMR substance," dated September 24, 2020 ("Obelis Group September 2020 Article"), available at the following link: https://www.obelis.net/news/lilial-classified-as-a-cmr-substance/.

12.     Attached as Exhibit 11 is a true and correct copy of the Hong Kong Consumer Council webpage titled "55% Body Lotions for Babies and Toddlers Detected with Fragrance Allergens Inaccurate and Insufficient Labelling Information Poses Increased Risks," dated September 15, 2021 ("Hong Kong Consumer Council September 2021 Press Release"), available at the following link: https://www.consumer.org.hk/en/press-release/p-539-body-lotions-babies-children.

13.     Attached as Exhibit 12 is a true and correct copy of the COSMETICSCARE.EU article titled "Lilial and Zinc Pyrithione Banned," dated November 4, 2021, available at the following link: https://www.cosmeticscare.eu/en/lilial-and-zinc-pyrithione-banned/.

14.    Attached as Exhibit 13 is a true and correct copy of
COSMESERVICE.COM article titled "EU Commission Publishes and Amendment:
Regulation (E.U.) 2021/1902," dated November 11, 2021, available at the following
link:    https://cosmeservice.com/news/eu-commission-publishes-an-amendment-
regulation-eu-2021-
1902/#:~:text=This%20new%20amendment%2C%20the%20Regulation%20(EU)%
202021/1902%2C,the%20CLP%20Regulation%2C%20dated%2019th%20May%2
02020.&text=As%20of%201st%20of%20March%202022%2C%20cosmetics,must
%20be%20not%20present%20at%20cosmetic%20products.

15.    Attached as Exhibit 14 is a true and correct copy of an archived webpage
of Olaplex's product page for No. 3 Hair Perfector dated April 15, 2021 available at
the                              following                              link:
https://web.archive.org/web/20210415115020/https://olaplex.com/products/olaplex
-no-3-hair-perfector.

16.    Attached as Exhibit 15 is a true and correct copy of an archived webpage
of Olaplex's product page for No. 3 Hair Perfector, dated June 28, 2021, available at
the                              following                              link:
https://web.archive.org/web/20210628104455/https://olaplex.com/products/olaplex
-no-3-hair-perfector.

17.    Attached as Exhibit 16 is a true and correct copy of a tweet and
Olaplex's response, dated February 24, 2022 and preserved via Web Preserver,
available at the following link: https://x.com/olaplex/status/1496933135488978959.

18.    Attached as Exhibit 17 is a true and correct copy of Olaplex's February
28, 2022 Facebook video caption, available at the following link:
https://www.facebook.com/olaplex/videos/hello-cherished-olaplex-family-we-
know-you-may-have-questions-around-the-standar/7237266466314188/.

DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

3

19.    Attached as Exhibit 18 is a true and correct copy of an October 1, 2020 email, Bates Begin OLPX-SA-0000083568, attaching the No. 3 Product label, Bates Begin OLPX-SA-0000083586.

20.    Attached as Exhibit 19 is a true and correct copy of a May 24, 2021 email, Bates Begin OLPX-SA-0000079663.

21.    Attached as Exhibit 20 is a true and correct copy of a July 21, 2021 email, Bates Begin OLPX-SA-0000082217, attaching the No. 3 Product label, Bates Begin OLPX-SA-0000082225.

22.    Attached as Exhibit 21 is a true and correct copy of a November 11, 2021 email, Bates Begin OLPX-SA-0000408366, attaching Excel titled "11.11.21 OLPX," Bates Begin OLPX-SA-0000408368.

23.    Attached as Exhibit 22 is a true and correct copy of the November 11, 2021 DWAC Authorization letter from Olaplex to American Stock Transfer & Trust Company, LLC ("AST"), Bates Begin OLPX-SA-0000027871.

24.    Attached as Exhibit 23 is a true and correct copy of an email chain from February 28, 2022 – March 1, 2022, Bates Begin OLPX-SA-0000127591.

25.    Attached as Exhibit 24 is a true and correct copy of a list generated by AST of selling shareholders from October 1, 2021 through December 17, 2021, Bates Begin OLPX-SA-0000028221.

26.    Attached as Exhibit 25 is a true and correct copy of DTC's Participant Position Reports for Olaplex from October 2021 through November 2022, Bates Begin OLPX-SA-0000027878.

27.    Attached as Exhibit 26 is a true and correct copy of an Equiniti Trust Company, LLC "INTERNAL CEDEFST REPORT" with information about shares from November 12, 2021 through April 22, 2025, Bates Begin OLPX-SA-0000028259.

DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

4

28.    Attached as Exhibit 27 is a true and correct copy of a March 8, 2022 email produced by T. Rowe Price, Bates Begin TRPOLA_0000001.  Exhibit 27 is filed publicly without redactions in agreement with T. Rowe Price.

29.    Attached as Exhibit 28 is a true and correct copy of a March 10, 2022 email produced by T. Rowe Price, Bates Begin TRPOLA_0000012. Exhibit 28 is filed publicly with certain redactions in agreement with T. Rowe Price.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on June 20, 2025.

*/s/ Anne Johnson Palmer*

Anne Johnson Palmer

DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

5