# EXHIBIT 2

Exhibit 2
66

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC. et al.,<br><br>Defendants. | Case No. 2:22-cv-08395-SVW-SKx<br><br>**DECLARATION OF ANN MARIE BRIA** |

I, Ann Marie Bria, hereby declare:

    1.    I am Managing Director for Asset Services Product Management at The Depository Trust & Clearing Corporation ("DTCC"). The Depository Trust Company ("DTC") is a subsidiary of DTCC. Cede & Co. is a partnership nominee of DTC.

    2.    In the course of my duties at DTCC, I have personal knowledge of the following facts.

    3.    At the close of business on October 8, 2021, DTC held 84,755,000 shares of Olaplex Holdings Inc. common stock, CUSIP number 679369108 ("Olaplex Stock"), registered in the name of Cede & Co., for the benefit of DTC Participants.

    4.    On November 12, 2021, an additional 188,375 shares of Olaplex Stock were deposited into DTC and credited to a DTC Participant account.

    5.    At the close of business on November 12, 2021, DTC held 84,943,375 shares of Olaplex Stock, registered in the name of Cede & Co., for the benefit of DTC Participants.

6. At all times, all shares of Olaplex Stock on deposit at DTC and registered in the name of Cede & Co. were held by DTC in an undifferentiated manner known as a "fungible bulk."

7. Each DTC Participant that has held a position in Olaplex Stock credited to its DTC participant account has held a pro-rata beneficial interest in Cede & Co.'s aggregate holding of Olaplex Stock.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/18/25
Jersey City, New Jersey

_____
Ann Marie Bria

2

Exhibit 2
68