# EXHIBIT 6

Exhibit 6

551

SCCS/1591/17
Final version

**Scientific Committee on Consumer Safety**

**SCCS**

# OPINION ON

# the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products
# - Submission II -

The SCCS adopted this Opinion by written procedure on 10 May 2019

Exhibit 6

552

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II
_____

## ACKNOWLEDGMENTS

SCCS members listed below are acknowledged for their valuable contribution to the finalisation of this Opinion.

**For the Preliminary Opinion**

SCCS Members
Dr U. Bernauer
Dr L. Bodin
Dr L. Celleno
Prof. Q. Chaudhry
Prof. P.J. Coenraads          (Chairperson)
Prof. M. Dusinska
Dr J. Ezendam
Dr E. Gaffet
Prof. C. L. Galli
Dr B. Granum
Prof. E. Panteri
Prof. V. Rogiers
Dr Ch. Rousselle
Dr M. Stępnik              (Rapporteur)
Prof. T. Vanhaecke
Dr S. Wijnhoven

**For the Final Opinion**

SCCS Members
Dr U. Bernauer
Dr L. Bodin
Prof. Q. Chaudhry
Prof. P.J. Coenraads          (Chairperson)
Prof. M. Dusinska
Dr J. Ezendam
Dr E. Gaffet
Prof. C. L. Galli
Dr B. Granum
Prof. E. Panteri
Prof. V. Rogiers
Dr Ch. Rousselle
Dr M. Stępnik              (Rapporteur)
Prof. T. Vanhaecke
Dr S. Wijnhoven

This Opinion has been subject to a commenting period of a minimum eight weeks after its initial publication (from 20 December 2017 until 19 February 2018). Comments received during this time were considered by the SCCS.
For this Opinion, comments received resulted in the following main changes: sections 3.1.5, 3.1.8, 3.3.4.1 SCCS comment, 3.3.6.1, 3.3.6.2 overall SCCS discussion, 3.3.8.2 SCCS comment, 3.3.8.3, 3.3.12 SCCS comment, 3.3.13, as well as the discussion part accordingly, the conclusions and the references' list.

All Declarations of Working Group members are available on the following webpage:
http://ec.europa.eu/health/scientific_committees/experts/declarations/sccs_en.htm

SCCS/1591/17
Final version

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

_____

## 1. ABSTRACT

**The SCCS concludes the following**:

*1. Does the SCCS consider Butylphenyl methylpropional (p-BMHCA) safe for use as a fragrance ingredient in cosmetic leave-on and rinse-off type products in a concentration limit(s) according the ones set up by IFRA as reported above?*

On individual product basis, Butylphenyl methylpropional (p-BMHCA) (CAS 80-54-6) with alpha-tocopherol at 200 ppm, can be considered safe when used as fragrance ingredient in different cosmetic leave-on and rinse-off type products. However, considering the first-tier deterministic aggregate exposure, arising from the use of different product types together, Butylphenyl methylpropional at the proposed concentrations cannot be considered as safe.

This Opinion is not applicable to the use of p-BMHCA in any sprayable products that could lead to exposure of the consumer's lung by inhalation.

*2. Does the SCCS have any further scientific concerns with regard to the use of Butylphenyl methylpropional (p-BMHCA) as a fragrance ingredient in cosmetic leave-on and/or rinse-off type products?*

Evaluation of this substance by other scientific bodies (e.g. under REACH) should also be taken into consideration by the Applicant for potential future assessment of the substance.
Butylphenyl methylpropional is also used as a fragrance ingredient in some non-cosmetic products such as household cleaners and detergents. As no specific exposure data were made available to SCCS to assess exposure following these non-cosmetic uses, it was not possible to include them in the aggregated exposure scenarios. Therefore, the actual total exposure of the consumer may be higher than exposure from cosmetic products alone.

Keywords: SCCS, scientific opinion, Butylphenyl methylpropional (p-BMHCA) in cosmetic products Submission II, Regulation 1223/2009, CAS 80-54-6, EC 201-289-8.

Opinion to be cited as: SCCS (Scientific Committee on Consumer Safety), Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II, preliminary version of 14 December 2017, final version of 10 May 2019, SCCS/1591/2017.

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

---

**About the Scientific Committees**
Two independent non-food Scientific Committees provide the Commission with the scientific advice it needs when preparing policy and proposals relating to consumer safety, public health and the environment. The Committees also draw the Commission's attention to the new or emerging problems that may pose an actual or potential threat.

They are: the Scientific Committee on Consumer Safety (SCCS) and the Scientific Committee on Health, Environmental and Emerging Risks (SCHEER) and are made up of scientists appointed in their personal capacity.

In addition, the Commission relies upon the work of the European Food Safety Authority (EFSA), the European Medicines Agency (EMA), the European Centre for Disease prevention and Control (ECDC) and the European Chemicals Agency (ECHA).

**SCCS**
The Committee shall provide Opinions on questions concerning health and safety risks (notably chemical, biological, mechanical and other physical risks) of non-food consumer products (for example cosmetic products and their ingredients, toys, textiles, clothing, personal care and household products such as detergents, etc.) and services (for example: tattooing, artificial sun tanning, etc.).

**Scientific Committee members**
Ulrike Bernauer, Laurent Bodin, Qasim Chaudhry,  Pieter-Jan Coenraads, Maria Dusinska, Janine Ezendam, Eric Gaffet, Corrado Lodovico Galli, Berit Granum, Eirini Panteri, Vera Rogiers, Christophe Rousselle, Maciej Stępnik, Tamara Vanhaecke, Susan Wijnhoven

Contact
European Commission
Health and Food Safety
Directorate C: Public Health, country knowledge and crisis management
Unit C2 – Country knowledge and Scientific Committees
Office: HTC 03/073
L-2920 Luxembourg
SANTE-C2-SCCS@ec.europa.eu

---

© European Union, 2019

ISSN                                    ISBN

Doi                                     ND

The opinions of the Scientific Committees present the views of the independent scientists who are members of the committees. They do not necessarily reflect the views of the European Commission. The opinions are published by the European Commission in their original language only.

http://ec.europa.eu/health/scientific_committees/consumer_safety/index_en.htm

Exhibit 6
**4**
555

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II
_____

**TABLE OF CONTENTS**

ACKNOWLEDGMENTS ............................................................................. 2

1.   ABSTRACT ................................................................................... 3

2.   MANDATE FROM THE EUROPEAN COMMISSION ................................. 6

3.   OPINION........................................................................................ 8

   3.1     Chemical and Physical Specifications...................................... 8

      3.1.1     Chemical identity ................................................... 8
      3.1.2     Physical form ........................................................ 9
      3.1.3     Molecular weight ................................................... 9
      3.1.4     Purity, composition and substance codes................... 9
      3.1.5     Impurities / accompanying contaminants ................. 10
      3.1.6     Solubility ........................................................... 11
      3.1.7     Partition coefficient (Log $P_{ow}$)............................... 11
      3.1.8     Additional physical and chemical specifications.......... 11
      3.1.9     Homogeneity and Stability .................................... 11

   3.2     Function and uses............................................................. 11

   3.3     Toxicological evaluation .................................................... 13

      3.3.1     Acute toxicity ..................................................... 13
      3.3.2     Irritation and corrosivity ....................................... 14
      3.3.3     Skin sensitisation................................................ 15
      3.3.4     Dermal / percutaneous absorption.......................... 16
      3.3.5     Repeated dose toxicity ......................................... 20
      3.3.6     Mutagenicity / Genotoxicity ................................... 21
      3.3.7     Carcinogenicity................................................... 34
      3.3.8     Reproductive toxicity............................................ 34
      3.3.9     Toxicokinetics .................................................... 41
      3.3.10    Photo-induced toxicity .......................................... 43
      3.3.11    Human data........................................................ 44
      3.3.12    Special investigations ........................................... 45
      3.3.13    Safety evaluation (including calculation of the MoS)..... 46
      3.3.14    Discussion ......................................................... 49

4.   CONCLUSION .............................................................................. 53

5.   MINORITY OPINION....................................................................... 53

6.   REFERENCES............................................................................... 54

7.   GLOSSARY OF TERMS................................................................... 68

8.   LIST OF ABBREVIATIONS .............................................................. 68

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II
_____

## 2. MANDATE FROM THE EUROPEAN COMMISSION

**Background**

The substance 2-(4-tert-Butylbenzyl)propionaldehyde (BMHCA, Lysmeral) CAS No. 80-54-6 with INCI name Butylphenyl methylpropional is a fragrance ingredient used in many compounds for cosmetic products as well as in non-cosmetic products.

Butylphenyl methylpropional (BMHCA) is currently regulated for labelling purposes in Annex III entry 83 of the Cosmetics Regulation No 1223/2009 when present in a concentration above 10 ppm for leave-on products and above 100 ppm for rinse-off products.

Following a proposal for a harmonised classification as Toxic for Reproduction 2 substance under Regulation (EC) No 1272/2008, a dossier on the safety assessment of BMHCA was submitted to the Commission by the International Fragrance Association (IFRA) in April 2013 (Submission I).

The SCCS issued the opinion in 2015 (SCCS/1540/14 Revision of 16 March 2016) on the safety of Butylphenyl methylpropional (BMHCA) in cosmetic products concluding that:

*"The SCCS is of the opinion that BMHCA is not safe for use as fragrance ingredient in cosmetic leave-on and rinse-off type products, neither at concentration limits according to the ones set up by IFRA in 2013 (MoS = 3.6) nor at concentration limits as set up by IFRA in the revised proposal that has been submitted in 2015 belatedly (MoS = 53). In addition, no firm conclusion could be drawn on mutagenicity.*

*BMHCA poses a risk of inducing skin sensitisation in humans."*

In March 2017 IFRA submitted to the Commission services a new safety dossier on p-BMHCA (p-Lysmeral) Submission II to address the concerns expressed by the SCCS. The dossier clearly aims to defend the use of para-isomer distinguishing between para- and meta-Lysmeral, since the SCCS addressed critics on the impurities present in BMHCA, amongst which meta-Lysmeral is a critical one.

This dossier also includes a revised proposal for maximum use levels of p-BMHCA in the finished cosmetic product types as follows:

SCCS/1591/17
Final version

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

| Product types | Finished product concentration (%) |
|---|---|
| Hydroalcoholic-based fragrances (e.g. Eau de Toilette, perfume, Aftershave, Cologne)* | 1.42 |
| Deodorants | 0.09 |
| Make up products (e.g. eye make-up, make-up remover, liquid foundation, mascara, eyeliner) | 0.04 |
| Face cream | 0.05 |
| Hand cream | 0.05 |
| Body lotion | 0.06 |
| Hair styling | 0.04 |
| Bath cleansing products (e.g. soaps, shower gel, rinse-off conditioner, shampoo) | 0.1 |
| *Maximum finished product concentration for hydroalcoholics on shaved skin is 0.6% | |

**Terms of reference**

1. *Does the SCCS consider Butylphenyl methylpropional (p-BMHCA) safe for use as a fragrance ingredient in cosmetic leave-on and rinse-off type products in a concentration limit(s) according the ones set up by IFRA as reported above?*

2. *Does the SCCS have any further scientific concerns with regard to the use of Butylphenyl methylpropional (p-BMHCA) as a fragrance ingredient in cosmetic leave-on and/or rinse-off type products?*

## 3. OPINION

## 3.1    Chemical and Physical Specifications

### 3.1.1    Chemical identity

#### 3.1.1.1   Primary name and/or INCI name

Chemical name: 2-(4-tert-Butylbenzyl)propionaldehyde
INCI name:       Butylphenyl methylpropional

Ref.: BASF SE, 2014, 2015 SMII: 3, 4

#### 3.1.1.2   Synonyms

IUPAC name:     3-(4-*tert*-Butylphenyl)-2-methylpropanal
EC name:        2-(4-*tert*-Butylbenzyl)propionaldehyde
Benzenepropanal, 4-(1,1-dimethylethyl)-alpha-methyl-Butylphenyl methylpropional
para-tert-Bucinal; 2-(4-tert-Butylbenzyl) propionaldehyde;
para-t-Butyl-α-methyl-hydrocinnamaldehyde
α-Methyl-β-(p-t-butylphenyl)propionaldehyde

#### 3.1.1.3   Trade names and abbreviations

Lilestralis
Lilial®
Lysmeral®Extra
BMHCA

Other names such as:
Lilyal
NSC 22275
pt-bucinal

Source: European Chemicals Agency, http://echa.europa.eu

Ref.: BASF SE, 2014, 2015, 2017 SMII: 3, 4, 5

#### 3.1.1.4   CAS / EC number

CAS: 80-54-6, containing two enantiomers, namely (2S)-3-(4-tert-butylphenyl)-2-methyl-propanal (75166-30-2) and (2R)-3-(4-tert-butylphenyl)-2-methylpropanal (CAS 75166-31-3)

EINECS: 201-289-8

Ref.: BASF SE, 2017, SMII: 5

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

_____

### 3.1.1.5   Structural formula

Lysmeral®Extra is always a racemic mixture covering two enantiomers, namely (2S)-3-(4-tert-butylphenyl)-2-methyl-propanal and (2R)-3-(4-tert-butylphenyl)-2-methylpropanal. The synthesis and isolation of the pure enantiomers is difficult due to the fact, that Lysmeral is an α-chiral aldehyde (asymmetric secondary carbon atom that is a close neighbour to the carbonyl group). The pure enantiomers would easily racemize after isolation via keto-enol tautomerism.

Ref.: Dossier BASF-IFRA, 2017

### 3.1.1.6   Empirical formula

Formula:   $C_{14}H_{20}O$

### 3.1.2   Physical form

Physical state at 20°C (1013 hPa): liquid, colourless to pale yellow; odour: mildly floral, reminiscent of cyclamen and lily of the valley.

### 3.1.3   Molecular weight

Molecular weight: 204.31 g/mol

### 3.1.4   Purity, composition and substance codes

The degree of para-Lysmeral (CAS 80-54-6) in BASF's quality Lysmeral®Extra is specified to be ≥ 99.0% (Reference: BASF 2010 SMII: 2). Analyses of the purity are constantly performed during production (Reference: BASF 2013, SMII: 33) and additionally before the conduct of toxicological studies (References: BASF 2014, 2015, 2013 SMII: 3, 4, 33).

Main constituent in Lysmeral®Extra, as outlined in the Certificates of Analysis:

| Main constituent | Typical concentration | Remarks |
|---|---|---|
| para-Lysmeral<br>*2-(4-tert-butylbenzyl)-propionaldehyde*<br>*CAS 80-54-6* | ca. 99.4% (BASF 2013, 2016 SMII: 32, 33) | Specification: ≥ 99.0% (BASF 2010 SMII: 2) |

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II
_____

**SCCS comment**

The applicant used GC-FID method with two different GC columns (DB-1 and DB-1701) for the peak purity evaluation of the BATCH AP13-105. Peak purity was calculated based on % of area measurements to be 99.4%. Certificates of Analysis have been provided for the rest of the batches.

| **3.1.5    Impurities / accompanying contaminants** |
|---|

According to the applicant several known and unknown impurities are constantly analysed during the manufacturing process and documented in the Certificates of Analysis (Reference: BASF 2013 SMII: 33). Among the known impurities, special attention is given to the meta isomer 3-(m-tert-butylphenyl)-2-methylpropionaldehyde (CAS 62518-65-4), which was self-classified by BASF as CMR Repr. 1B; H360D (May damage the unborn child) in 2011 and which has since then been subject to rigorous concentration restriction (< 0.1% in Lysmeral®Extra) (References: BASF 2010, 2011, 2013, 1998 SMII: 2, 33, 34; C. Supp to SMII: 5). TBA (4-tert-butylbenzoic acid) is a metabolite systemically formed *in vivo* or in hepatocytes *in vitro*. The direct autoxidation product of para-Lysmeral is Lysmerylic acid (2-(4-tert-butylbenzyl)propionic acid). However, since alpha-tocopherol (CAS 59-02-9) is added as a stabilizer directly after the production process (References: BASF 2017 SMII: 5, 36), only low concentrations of the corresponding acid are found in Lysmeral®Extra.

Ref.: BASF 2013 SMII: 33

Impurities in Lysmeral®Extra, as outlined in the Certificates of Analysis (Reference: BASF 2016 SMII: 33)

| Impurity | Typical concentration | Remarks |
|---|---|---|
| non-specified impurities | ca. 0.1% | No further information on chemical identity available |
| meta-Lysmeral<br>*3-(m-tert-Butylphenyl)-2-methylpropionaldehyde*<br>*CAS 62518-65-4* | < 0.1% (SMII: 33, 34) | Specification: < 0.1% (SMII: 2) |
| Lysmerol<br>*3-(p-tert-Butylphenyl)-2-methylpropanol*<br>*CAS 56107-04-1* | < 0.2 % (SMII: 33) | |
| Ethanol<br>*CAS 64-16-5* | ca. 0.2% (SMII: 33) | |
| TBA acid<br>*4-tert-Butylbenzoic acid*<br>*CAS 98-73-7* | < 0.01% (SMII: 33) | |
| TBA ester<br>*Methyl 4-tert-butylbenzoate*<br>*CAS 26537-19-9* | ca. 0.01% (SMII: 33) | |
| Alpha-Tocopherol<br>*CAS 59-02-9* | 200 ppm (SMII: 5, 36) | Added as antioxidant |

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

**SCCS comment**

The applicant proceeded with chemical characterisation of the impurities using a GC-EI/MS method (BASF-Study No13L00139, SMII 32). The applicant has self-classified meta-Lysmeral as a CMR 1B (Repr 1B) substance and therefore subjected it to rigorous concentration restriction (< 0.1%) and surveillance. According to the analytical data provided, the meta-Lysmeral content is < 0.1%.

### 3.1.6   Solubility

Water solubility: 33 mg/L at 20°C ("Flask method", OECD Guideline#105)

### 3.1.7   Partition coefficient (Log $P_{ow}$)

Log $P_{ow}$ = 4.2 (24°C, HPLC, 7, OECD Guideline#117)

### 3.1.8   Additional physical and chemical specifications

Melting point: $<-20$°C (1013 hPa)
Boiling point: 279.5°C (1013 hPa)
Flash point: 79°C (EU method A.9)
Vapour pressure: 0.0025 hPa at 20°C
Density: 0.94 at 25°C
Viscosity: dynamic 12.3 mPa.s at 20°C (OECD TG 114)
pKa: Substance without any ionic structure
Refractive index: 1.503 – 1.507 at 20°C
UV_Vis spectrum: $\lambda_{max} \approx 263$ nm

### 3.1.9   Homogeneity and Stability

**General Comments to physicochemical characterisation**

Further information (ECHA data dossiers): In aqueous solution and in the presence of air at pH 7 and 25°C, Lilial® (p-BMHCA) undergoes significant oxidation (about 30% during a period of 168 h). Thus, it can be assumed that p-BMHCA has a rather short life in the environment (around two weeks) and that its oxidation product, lilic acid (lysmerylic acid), is the major component to be considered in an environmental risk assessment. Given its rapid oxidation at ambient air conditions, it is furthermore reasonable to assume that p-BMHCA is unlikely to preserve its high purity of ≥99.5% (w/w) when being applied in toxicological studies.

Lysmeral®Extra is prevented from auto-oxidating to the corresponding acid by alpha-tocopherol, which is present in the final product at 200 ppm (References: BASF 2016, 2017 SMII: 5, 6, 35). The shelf life of Lysmeral®Extra is 730 days at 25°C (References: BASF 1998 SMII: 34). Moreover, the stability of Lysmeral®Extra as a test item is analytically monitored during the conduct of toxicological studies to make sure that only high purity substances are used throughout the experiment.

## 3.2   Function and uses

According to CLH Report, BASF SE, 30.9.2013:
"Lysmeral (2-(4-*tert*-butylbenzyl)propionaldehyde) is used as a fragrance in a wide number of industries. It has an intensive, radiant, floral odour with a typical lily-of-the-valley note.

Exhibit 6
11
562

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

As a component of fragrance mixtures, the main uses include cosmetic/personal care products and washing/cleaning products. Lysmeral may also be included as a fragrance substance in hair care products, biocidal products, coatings and paints, fillers/plasters, ink/toners, polishes/wax blends and scented articles (clothes, eraser, toys, paper articles)."

According to IRSC/IFRA Dossier, 28.3.2013:
"BMHCA (2-(4-tert-butylbenzyl)propionaldehyde) is a fragrance ingredient used in many compounds for dermal application in decorative cosmetics, fine fragrances, shampoos, toilet soaps and other toiletries, as well as in non-cosmetic products such as household cleaners and detergents. BMHCA is not used in flavour applications."

According to BASF/IFRA Dossier, 24.2.2017:
"2-(4-tert-Butylbenzyl)propionaldehyde (BMHCA, Lysmeral) CAS No. 80-54-6 is a fragrance ingredient used in many compounds for cosmetic products as well as in non-cosmetic products such as household cleaners and detergents.
The proposed maximum use levels of BMHCA in the finished cosmetic product types are as follows:

| Product types | Finished product concentration (%) |
|---|---|
| Hydroalcoholic-based fragrances (e.g. Eau de Toilette, perfume, aftershave, cologne)* | 1.42 |
| Deodorants | 0.09 |
| Make up products (e.g. eye make-up, make-up remover, liquid foundation, mascara, eyeliner) | 0.04 |
| Face cream | 0.05 |
| Hand cream | 0.05 |
| Body lotion | 0.06 |
| Hair styling | 0.04 |
| Bath products (e.g. soaps, shower gel, rinse-off conditioner, shampoo) | 0.1 |
| * Maximum finished product concentration for hydroalcoholics on shaved skin is 0.6% | |

BMHCA is not used in flavour applications (Reference: BASF SE, 2016, SMII: 6) nor in lipstick, toothpaste or mouthwash products (Reference: IFRA 2015b, SMII: 19)."

## 3.3    Toxicological evaluation

### 3.3.1    Acute toxicity

3.3.1.1  Acute oral toxicity

**From submission I**

**SCCS overall comment on acute oral toxicity**

The acute oral toxicity ($LD_{50}$) in rats was determined at 1390 mg/kg bw (95% confidence limits: 1019 – 1867 mg/kg bw).

**Additional data from Applicant's submission II dossier**

In a non-GLP, non-guideline study, the test substance was administered orally to each of 10 rats at dose levels of 1220; 2470; 5000; 10140 mg/kg bw. The animals were observed for treatment-related effects for a 14-day observation period. There were no deaths at 1220 mg/kg bw. One rat died at 2470 mg/kg bw and seven died at 5000 mg/kg bw. The highest dose was lethal for all animals. The acute oral toxicity ($LD_{50}$) was 3700 mg/kg bw (95% confidence limits: 2600 – 5400 mg/kg bw).

Ref.: MB Research Laboratories, 1977, SMI: 75, #1695

A further non-GLP, non-guideline screening study was conducted on groups of 2 rats (1/sex). The animals were administered, by gavage, p-BMHCA in vegetable oil at dose levels of 100, 500, 1000, 2000, and 5000 mg/kg bw. Observations were conducted for 13 days. One death occurred in the 2 highest dose groups. The study findings suggested that the oral $LD_{50}$ of p-BMHCA in rats ranged between 1000 - 2000 mg/kg bw.

Ref.: Bush Boake Allen, 1980a, SMI: 18, #52291

3.3.1.2          Acute dermal toxicity

**Additional data from Applicant's submission II dossier**

There was no additional data that would have impacted the SCCS's previous conclusion (SCCS/1540/14).

3.3.1.3  Acute inhalation toxicity

**Additional data from Applicant's submission II dossier**

No additional data

3.3.1.4  Acute intraperitoneal toxicity

**Additional data from Applicant's submission II dossier**

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

The acute toxicity after intraperitoneal injection was investigated in the range-finding part of a guideline (OECD 474, ICH) mouse micronucleus study under GLP conditions. ICR Mice in groups of 5/sex/dose received single intraperitoneal injections of p-BMHCA (lot 9000349505) in corn oil at 300, 500, 700 or 1000 mg/kg bw each. Animals were observed for clinical signs after injection and daily thereafter for 3 days. Lethargy and piloerection were observed at all doses. The mice exhibited prostration, irregular breathing and crusty eyes in the two highest dose groups. Convulsions occurred at 1000 mg/kg bw, and all mice at this dose died by the third day of the study. No deaths occurred in other dose groups.

Ref.: RIFM 2000b, SMI: 91, #35691

In a GLP-compliant non-guideline study, NMRI mice (5 per sex and dose) were treated by intraperitoneal injections of p-BMHCA in carboxymethyl cellulose at 200 or 700 mg/kg bw. The animals were observed daily for clinical signs for 14 days following administration. Body weight determination was performed at regular intervals and gross pathology was performed. Half of the animals died in the 700 mg/kg bw dose group (4/5 males and 1/5 females) and no mortality was observed in the 200 mg/kg dose group. Unspecific signs in the form of dyspnea, apathy, staggering, spastic gait, rough fur coat and poor general condition were observed in both dose groups and body weight loss, abnormal position, twitching, tremor, tonic convulsions, skin erythema, and dehydration were found in the high-dose animals only.

Ref.: BASF SE 1981, SMI: 3, #63831

**SCCS conclusions on acute toxicity based on Submission I and II**
Acute toxicity after all relevant routes of application of BHMCA was investigated in rats, mice and rabbits (oral, dermal, intraperitoneal, inhalation). The acute oral $LD_{50}$ value in rats was determined to be 1390 mg/kg bw and the acute dermal $LD_{50}$ value in rabbits >2000 mg/kg bw. Thus the acute toxicity of p-BMHCA can be considered moderate (oral route). An inhalation toxicity test in rats led to no mortalities but signs of systemic toxicity after exposure to a p-BMHCA saturated atmosphere continued to be observed for 7 hours. However, the assessment of inhalation toxicity on the basis of this study is limited due to the low volatility of p-BMHCA (vapour pressure: 0.0025 hPa at 20°C).

---

### 3.3.2    Irritation and corrosivity

**From submission I**

**SCCS conclusion on irritation**
Under the conditions tested, p-BMHCA as neat compound was revealed to be irritating to the skin and eyes of rabbits. In addition, 2% p-BMHCA in propylene glycol led to mild skin erythema; however, the scoring of the solvent was comparable. In general, the observed effects occurred transiently and were reversible. In a special investigation, p-BMHCA also displayed the potential of inducing respiratory irritation.

---

3.3.2.1   Skin irritation

**Additional data from Applicant's submission II dossier**

In a non-GLP and non-guideline study, occlusive dermal application of neat p-BMHCA on 2-3 rabbits for 5 minutes, 2 or 24 hours resulted in desquamation *in al*l animals at the end of the observation period (8 days) for all exposure periods. Questionable to slight edema (reversible for all exposure periods) and erythema (reversible for 5 min exposure period)

Exhibit 6
**14**

565

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II
_____

were observed. Longer exposure periods led to persisting erythema at the end of the observation period.

Ref.: BASF SE 1981, SMI: 3, #63831

---

3.3.2.2   Mucous membrane irritation / Eye irritation

**Additional data from Applicant's submission II dossier**

In a non-GLP and non-guideline study, undiluted p-BMHCA was applied into one eye of 3 rabbits, each without washing out after application, and animals were observed daily for 72 hours. Slight conjunctival redness was found in all animals 24 hours after application and in 1 of 3 animals 48 hours after application, resulting in a mean score of 0.7 over all animals and observation time points. No adverse findings, i.e. chemosis, iritis or corneal opacity, were observed at any time point.

Ref.: BASF SE, 1981, SMI: 3, #63831

**SCCS conclusion on irritation**
The data on irritation potential of p-BMHCA provided in Submission II do not change the SCCS's previous conclusion (SCCS/1540/14).

---

**3.3.3    Skin sensitisation**

**From submission I**

**SCCS conclusion on skin sensitisation**
BMHCA was comprehensively tested in experimental animals, mostly according to guideline procedures and under GLP conditions. Several positive LLNA resulted in EC3 values indicative for sensitisation. Depending on the solvent, the EC3 values ranged from 2.97% (in EtOH) to 13.91% (in 25% EtOH/75% DEP), and up to 18.7% by application of p-BMHCA in acetone/olive oil (4:1). Another LLNA with EtOH as vehicle showed SI>3 for all tested doses of p-BMHCA (10, 25, 50, 100%). An EC3 value of about 2.9% p-BMHCA in the LLNA has been substantiated by data from the International Fragrance Association directly submitted to SCCS in 2009 (SCCS, 2012). By contrast, GPMTs performed were contradictory and thus ambiguous. Finally, dermal reactions have been observed in a KAO test in guinea pigs.
Based on the animal data obtained, the overall potency classification of p-BMHCA is a "moderate sensitiser" (Basketter *et al.*, 2001; SCCP, 2005 and 2012).

**Local Lymph Node Assay (LLNA)**

**Additional data from Applicant's submission II dossier**

No additional data.

**Guinea pig maximization test (GPMT)**

**Additional data from Applicant's submission II dossier**

A guinea pig maximization test was performed on 10 Hartley Dunkin guinea pigs. In the intradermal induction phase, neat p-BMHCA was injected and for topical induction a filter paper patch saturated with neat p-BMHCA was applied for 48 hours under occlusion. For

Exhibit 6

**15**

566

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

topical challenge 2 weeks after the topical induction, a filter paper saturated with p-BMHCA was applied for 24 hours under occlusion. The challenge concentrations included the neat material and 50% in mineral oil. One concentration was applied to each flank. After patch removal, only limited signs of irritation in individual tests and control group animals were observed, but there was no indication of skin sensitisation.

Ref.: Bush Boake Allen, 1980b, SMI: 19, #52292

In a poorly reported study on an unspecified number of guinea pigs, strong sensitising effects were reported when p-BMHCA at 10% in an unspecified vehicle was used for induction and challenge.

Ref.: Ishihara *et al.,* 1986, SMI: 67, #5601

**Buehler test**

**Additional data from Applicant's submission II dossier**

No additional data.

**SCCS comment**

The data on the sensitisation potential of p-BMHCA provided in Submission II do not change the SCCS's previous conclusion (SCCS/1540/14) that p-BMHCA is a moderate skin sensitiser.

---

| 3.3.4    Dermal / percutaneous absorption |
|---|

**From submission I**

**SCCS conclusion on dermal/percutaneous absorption**

Dermal absorption studies *in vitro* demonstrated species-specific effects. The bioavailable portion was found to be much higher in rats (66.1 and 50.8%) when compared to mini pigs (0.8% and 4.9%), depending on the solvent used (methylcarbitol or ethanol). In a second study, applying two real cream formulations (that contained 0.6% p-BMHCA), rat skin again allowed a much higher penetration (45.2% and 78.4%) than mini pig skin (23.6% and 25.7%). Nevertheless, the fraction of bioavailable p-BMHCA was found strongly increased in the mini pig experiment when moving from dissolved p-BMHCA to real cream formulations (4.9% vs. 25.7%).

Concurrently, administration of p-BMHCA onto the skin of experimental animals and humans demonstrated the permeation and systemic availability of this compound. Percutaneous absorption of p-BMHCA in humans was lower than it was in rats (1.4 vs. 19%).

Upon dermal application of $[^{14}C]$-p-BMHCA (11.37 mg test substance in 70% ethanol on 10 cm² back skin) on 3 human volunteers for 6 hours, a mean of 1.4% (range 0.8 – 2.4%) of the applied dose was excreted in urine within 24 hours, whereas radioactivity was below the detection limit in urine samples of later time points and in all faeces and blood plasma samples. The overall mean total recovery of topical application of $[^{14}C]$-p-BMHCA was 71 ± 10%. In comparison to the *in vitro* observations, the absorption rate found in humans for ethanolic solutions of p-BMHCA was comparable to what has been found in excised mini pig skin. Given that the absorption of p-BMHCA in mini pig skin was much higher when this compound was applied via real cream formulations, it is reasonable to conclude that p-BMHCA might also better penetrate human skin when it is applied in cream formulations. Since there is no further experimental data on this subject, the SCCS concludes that the maximum fraction of p-BMHCA being absorbed by human skin might be in the range of 25% rather than at 2.4%.

In consideration of the comparability of pig skin with human skin, the dermal bioavailability of ethanolic (dissolved) p-BMHCA to be used in the calculation of the systemic exposure dose (SED) and margin of safety (MoS) will be set at 5% (worst case scenario based on 1% p-BMHCA in EtOH applied at 120 µg substance/$cm^2$ onto 5 $cm^2$ excised mini pig skin; result: total of 5.87 µg substance/$cm^2$ found in stripped skin and chamber fluid after 16 hrs of exposure). On the other hand, the penetration rate of p-BMHCA applied onto the skin as an ingredient in creamy formulations will be set at 25% (worst case scenario based on 36 µg substance/$cm^2$ applied onto 5 $cm^2$ excised mini pig skin; mean out of two experiments: total of 8.88 µg substance/$cm^2$ found in stripped skin and chamber fluid after 16 hrs of exposure). The SCCS is aware of the issue that the exact identity of the cream formulations applied in the latter study remains obscure.

The results obtained from the part of the study with 1% ethanolic p-BMHCA can further be used to assess the SED for hydroalcoholic products to be applied on a defined surface area of shaved or unshaved skin once daily (1 x 305 $cm^2$/day). Here, an absorption of about 6 µg substance/$cm^2$ can be assumed for unshaved skin (*stratum corneum* intact). For shaved skin (*stratum corneum* compromised), however, the total absorption would be 11 µg substance/$cm^2$ (with the addition of the portion of 4.66 µg/$cm^2$ that was found sticking in the *stratum corneum* in the respective experiment; cf. above).

### 3.3.4.1. Dermal /percutaneous absorption *in vitro*

**Additional data from Applicant's submission II dossier**

| | |
|---|---|
| Guideline: | OECD TG 428, OECD GD No. 28, SCCP/0970/06 |
| Test system: | Frozen dermatomed human skin (200 – 400 µm) |
| Number of donors: | Per dose group min. 8 samples from 12 donors (< 65 years) |
| Membrane integrity: | Visual inspection and electrical resistance barrier integrity test, membranes with a resistance < 1 kΩ were excluded |
| Test substance: | BMHCA (Lysmeral Extra) |
| Test item: | [14C]-BMHCA in 4 test formulations: |
| |   1) 70 % ethanol in water |
| |   2) "silicone in water" |
| |   3) "water in oil" |
| |   4) "oil in water" |
| Batch: | 00046877L0 (non-radiolabeled); 969-2005 (radiolabelled) |
| Purity: | 99.5% (non-radiolabelled, GC); 97.7 % (radiolabelled) |
| Dose applied: | Group 1: 1.9 % [[14C]-p-BMHCA in formulation 1, 95.0 µg p-BMHCA/$cm^2$ |
| | Group 2: 0.1 % [14C]-p-BMHCA in formulation 2, 5.0 µg p-BMHCA/$cm^2$ |
| | Group 3: 0.1 % [14C]-p-BMHCA in formulation 3, 5.0 µg p-BMHCA/$cm^2$ |
| | Group 4: 0.1 % [14C]-p-BMHCA in formulation 4, 5.0 µg p-BMHCA/$cm^2$ |
| Exposed area: | 1 $cm^2$ |
| Exposure period: | 24h |
| Sampling period: | up to 72h post dose |
| Receptor fluid: | Tap water; for prolonged observation time experiments: tap water with 0.01 % sodium azide ($NaN_3$) |
| Solubility in receptor fluid: | 0.033 g/L in water |
| Mass balance analysis: | Provided |
| Tape stripping: | Yes (20) |
| Method of Analysis: | Liquid scintillation counting |
| GLP: | In compliance |
| Study period: | July - December 2016 |

Human abdominal and breast skin samples were obtained from 12 different donors. The skin was dermatomed (200 - 400 µm) and then the split-thickness membranes stored frozen, at approximately -20° C until use. The dermatomed skin membranes were checked for integrity visually and by the Transepithelial/Endothelial Electrical Resistance (TEER) method prior to use. Only visually intact skin samples with a TEER (impedance value) above 1 kΩ were used. Each skin preparation was hydrated in physiological saline for about 10 minutes before mounting to the diffusion cells which were filled up with physiological saline with a protease inhibitor. The prepared diffusion cells were covered with Fixomull® Stretch and stored overnight in a refrigerator. The integrity of the skin preparations was also visually checked immediately before starting the experiment. The receptor fluid was pumped through the receptor chambers at 2.3 mL/h. The samples were maintained at a constant temperature of 32 ± 1 °C.

Penetration of [$^{14}$C]-p-BMHCA (Lysmeral Extra) through and into human skin was assessed by a single topical application of target doses of 95.0 µg/cm² and 5.0 µg/cm² of test substance formulated in different test-substance preparations, representative of in-market cosmetic formulations: Group 1 consisted of a hydro-alcoholic preparation with 1.9 % of p-BMHCA in 70 % ethanol in water; Group 2 of 0.1 % p-BMHCA in a "silicone in water" formulation, Group 3 of 0.1 % p-BMHCA in a "water in oil" and Group 4 of 0.1 % p-BMHCA in a "oil in water" formulation. Dermal absorption of p-BMHCA was assessed by a two-step experimentation procedure: 24h post dosing and with prolonged observation time: 72h sampling period for each formulation, for which 6-8 cells were used.

Absorption of p-BHMCA was evaluated by collecting receptor fluid every hour from 0 to 8h post dose, then every 2 hours from 8 to 24h post dose. After the exposure time of 24h and after the sampling period, skin membranes were washed with sodium-laurylethersulfate, diluted 1:140 w/w in tap water, followed by tap water. The tape-stripping procedure was performed on dried skin samples. Twenty tape strips were taken and pooled into three samples (the first 2 tapes as sample 1, the subsequent 9 tapes as sample 2 and the last 9 samples as sample 3) for analysis. The remaining skin from the 24h experiments was separated into dermis and epidermis by heat separation and subsequently analysed. The remaining skin of the 72h prolonged observation experiments and the skin of the control experiments were not separated into epidermis and dermis, but were extracted immediately after the stripping procedure or application.

No rate limiting effects on the diffusion process by saturation of the aqueous receptor fluid were present. The stability of the test item over the exposure period was assessed. The concentration of test-substance preparations of > 80.2 % and mean radiochemical purities of > 87.8 % radiolabelled [$^{14}$C] were determined over the application period.

**Results**

In the 24h experiments, the mean total recoveries ranged between 80.44 and 97.32 % (with individual values between 74.43 and 119.37 %) of the applied dose. Lysmeral is volatile and major parts of the test substance evaporated during the exposure period and were recovered in the charcoal filter.

Given the evaporation observed, the recovery range expressed as percentage was 80.44 ± 1.83% and 84.67 ± 13.80% for formulation 1, 83.08 ± 3.28% and 88.72 ± 2.97% for formulation 2, 97.32 ± 3.91% and 91.01 ± 13.82% for formulation 3, 96.21 ± 2.98% and 87.88 ± 3.44% for formulation 4, after 24h and 72h post-exposure, respectively.

Under these test conditions, 5.31 ± 2.22% (4.85 ± 2.03 µg), 3.50 ± 1.31% (0.16 ± 0.06 µg), 4.83 ± 3.54% (0.23 ± 0.17 µg), and 4.77 ± 2.16% (0.23 ± 0.1 µg) of the applied dose of $^{14}$C Lysmeral were recovered as absorbed dose in the 24h absorption experiments for the hydro-alcoholic solution, the "silicone in water", the "water in oil", and the "oil in water" based formulations, respectively. When an additional 48 hours post-observation

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

period was included after the 24h exposure, 5.29 ± 2.52% (5.07 ± 2.42 µg), 5.04 ± 2.60% (0.21 ± 0.11 µg), 7.82 ± 5.42% (0.39 ± 0.27 µg), and 4.97 ± 2.26% (0.23 ± 0.10 µg) of the applied dose of $^{14}$C-Lysmeral were recovered as absorbed dose after 72h for the hydro-alcoholic solution, the "silicone in water", the "water in oil", and the "oil in water" based formulations, respectively.

In the 72h experiments, the residues of p-BMHCA in the skin preparations were differentiated into an extractable portion and a non-extractable portion. The non-extractable portion of p-BMHCA in living skin is assumed to be bound to the skin matrix and therefore represents a non-absorbable fraction excluded from the final calculations:
Percentage of p-BMHCA in living skin not extractable = Mean percent of the applied dose in skin residue (+ 1SD) * 100 / Mean percent of the applied dose in skin residue (+ 1SD) + skin extract (+ 1SD)
   - "Ethanol in water" = (0.32 + 0.11) * 100 / (0.32 + 0.11 + 1.31 + 0.33) = 21%
   - "Silicone in water" = (0.25 + 0.10) * 100 / (0.25 + 0.10 + 0.71 + 0.24) = 27%
   - "Water in oil" = (0.24 + 0.15) * 100 / (0.24 + 0.15 + 0.50 + 0.48) = 28%
   - "Oil in water" = (0.18 + 0.06) * 100 / (0.18 + 0.06 + 0.28 + 0.12) = 38%

**Conclusion**

The dermal penetration data using the hydro-alcoholic vehicle showed that an additional 72h observation time did not result in any evident movement of p-BMHCA from different skin compartments (i.e. the skin reservoir) to the receptor fluid. Therefore, the fraction found in the epidermis was not included as bioavailable. For the other vehicles, the dose associated to the remaining skin (dermis+ epidermis) was reduced by the non-extractable portion determined in the living skin. The percentage of dermally absorbed p-BMHCA was calculated as follows:
   - "Ethanol in water" (24h): (Absorbed dose+1SD) + (Dermis+1SD) = 5.31+2.22+0.71+0.28 = 8.52%
   - "Water in oil": (Absorbed dose+1SD) + ((Epidermis+1SD) + (Dermis+1SD) * 72%) = 4.83+3.54+((0.74+0.31+0.73+0.35)*72%) = 9.90%
   - "Oil in water" (24h): (Absorbed dose+1SD) + (Epidermis+1D) + (Dermis+1SD) * 62%) = 4.77+2.16+((0.69+0.31+0.78+0.17)*62%) = 8.14%

Ref.: BASF SE, 2016a, SMII, 7

**SCCS comment**
According to SCCS/1358/10, recovery of the test substance should be between 85 - 115%. The overall recovery of p-BMHCA tested in formulations 1 ("ethanol in water") and 2 ("silicone in water") was not within this acceptance range, even under the semi-occlusive conditions used.
According to SCCS/1602/18, in the case of substances with very low dermal absorption and limited permeation (e.g. colourants or UV-filters with high molecular weight and low solubility), the epidermis may be excluded when it is demonstrated that no movement of the chemicals from the skin reservoir to the receptor fluid occurs. BMHCA does not fulfil these criteria. Therefore, all p-BMHCA present in the living epidermis has to be taken into account for the dermal absorption.

Based on the SCCS requirements, the mean + 1 SD will be taken for MoS calculation for:
   - "Water in oil" (24h): (Absorbed dose+1SD) + (Epidermis+1SD) + (Dermis+1SD) = (4.83+3.54) + (0.74+0.31) + (0.73+0.35) = 10.5%
   - "Oil in water" (24h): (Absorbed dose+1SD) + (Epidermis+1SD) + (Dermis+1SD) = (4.77+2.16) + (0.69+0.31) + (0.78+0.17) = 8.9%
Based on significant deviations from the SCCS requirements, the mean + 2 SD will be taken for MoS calculation for:
   - "Ethanol in water" (24h) = (Absorbed dose+2SD) + (Epidermis+2SD) + (Dermis+2SD) = (5.31+2*2.22) + (1.50+2*0.49) + (0.71+2*0.28) = 13.5%

- "Silicone in water" (24h) = (Absorbed dose+2SD) + (Epidermis+2SD) + (Dermis+2SD) = (3.50+2*1.31) + (0.96+2*0.18) + (0.64+2*0.23) = 8.5%.

### 3.3.4.2. Dermal /percutaneous absorption *in vivo*

**Additional data from Applicant's submission II dossier**

No additional data.

### 3.3.5    Repeated dose toxicity

**From submission I**

**SCCS conclusion on subacute and subchronic dose toxicity**
The toxicity of p-BMHCA after repeated application was investigated in several species. Decreases in body weights and food consumption and/or clinical signs of toxicity were observed after subacute oral administration of p-BMHCA at doses of ≥50 mg/kg bw/day (rats) and ≥200 mg/kg bw/day (dogs). In oral studies, rats were found to be more sensitive than dogs to this compound irrespective of the length of treatment. Clinical chemistry and histopathological examinations repeatedly revealed adverse effects on the liver and male reproductive system. Decreases in plasma cholinesterase activity levels in both sexes of rats were observed after oral exposure to ≥25 mg/kg bw/day for 90 days. In addition, effects on adrenal glands in females were also observed at the same dose levels. From this most meaningful oral study, with respect to the doses administered, a NOAEL of 5 mg/kg bw/day can be derived for systemic effects.
On the other hand, dermal administration in rats for 5 days led to adverse effects (including testicular toxicity) only at excessive dose levels (2000 mg/kg bw/day). No 90-day studies on dermal or inhalative administration were available.

### 3.3.5.1   Repeated dose short-term oral / dermal / inhalation toxicity

**Additional data from Applicant's submission II dossier**

The results of screening studies provided (BASF SE, 2011b, SMI: 15, #59014 and Givaudan, 2009, SMI: 60, #57411) confirmed the known potential of p-BMHCA (orally for 5-14 days, at 50-250 mg/kg bw/d) to affect the reproductive organs in rats.

### 3.3.5.2   Sub-chronic (90 days) toxicity (oral, dermal, inhalation)

**Additional data from Applicant's submission II dossier**

No additional data.

### 3.3.5.3   Chronic (> 12 months) toxicity

**Additional data from Applicant's submission II dossier**

No additional data.

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

---

| 3.3.6 | **Mutagenicity / Genotoxicity** |
|---|---|

**From submission I**

**The applicant's overall conclusion on mutagenicity/genotoxicity**

Based on the data provided, the applicant came to the following conclusion on the overall mutagenicity/ genotoxicity: No genotoxic/mutagenic potential was found in bacterial gene mutation assays with *S. typhimurium* or *E. coli* strains in the presence or absence of metabolic activation. BMHCA also did not induce gene mutations at the *Hprt* locus in Chinese hamster V79 cells. Structural and numerical chromosomal aberrations were found in the absence of S9, while no aberration occurred in its presence in CHO cells. Intraperitoneal treatment of mice with p-BMHCA did not induce increases in the incidence of chromosomal aberrations in bone marrow cells. Hence occasionally emerging clastogenicity *in vitro* remained unconfirmed *in vivo*. Based on the data available, p-BMHCA can be considered not mutagenic/genotoxic.

**SCCS comment and conclusion**
SCCS disagrees with the applicant's conclusion. Neither *in vitro* gene mutation nor *in vitro* chromosomal damage can be excluded based on the data provided. Similarly, due to the lack of sufficient and detailed information, it is also not possible to draw a conclusion from the *in vivo* micronucleus report provided.

---

| 3.3.6.1 | Mutagenicity / Genotoxicity *in vitro* |
|---|---|

**Additional data from Applicant's submission II dossier**

| | |
|---|---|
| Guideline: | OECD 471 |
| Test system: | Salmonella typhimurium strains TA98, TA100, TA1535, TA1537, Escherichia coli strain WP2uvrA |
| Replicates: | Three experiments, triplicate plates |
| Test substance: | p-BMHCA (Lilestralis Pure: 32229) with 200 ppm of alpha-tocopherol |
| Batch: | A100423A (purity: > 99%) |
| Concentrations: | Experiment I – Plate incorporation test:<br>±S9 mix: S. typhimurium strains: 0, 1.5, 5, 15, 50, 150, 500, 1500 µg/plate; E. coli strain: 0, 50, 150, 500, 1500, 5000 µg/plate<br><br>Experiment II – Pre-incubation test:<br>-S9 mix: S. strains TA100 and TA1537: 0, 0.15, 0.5, 1.5, 5, 15, 50, 150 µg/plate<br>-S9 mix: S. strain TA1535 and E. coli strain: 0, 0.05, 0.15, 0.5, 1.5, 5, 15, 50 µg/plate<br>-S9 mix: S. strain TA98: 0, 0.5, 1.5, 5, 15, 50, 150, 500 µg/plate<br>+S9 mix: all S. strains: 0, 1.5, 5, 15, 50, 150, 500, 1500 µg/plate; E. coli strain: 0, 5, 15, 50, 150, 500, 1500, 5000 µg/plate<br><br>Experiment III (confirmatory test) – Plate incorporation test:<br>+S9 mix: S. strain TA1535: 0, 50, 100, 150, 200, 300 µg/plate |
| Vehicles: | DMSO |
| Positive Controls: | -S9 mix: N-ethyl-N'-nitro-N-nitrosoguanidine (ENNG): 2 µg/plate for WP2uvrA, 3 µg/plate for TA100, 5 µg/plate for TA1535; 9- |

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

Aminoacridine (9AA): 80 µg/plate for TA1537; 4-Nitroquinoline-1-oxide (4NQO): 0.2 µg/plate for TA98
+S9 mix: 2-Aminoanthracene (2AA): 1 µg/plate for TA100; 2 µg/plate for TA1535 and TA1537, 10 µg/plate for WP2 uvrA; Benzo(a)pyrene (BP): 5 µg/plate for TA98

Negative controls:     Vehicle control
GLP:                            In compliance
Study period:            06 Jan 2011 – 30 Jun 2011

**Material and methods**

Para-BMHCA with 200 ppm of alpha-tocopherol was tested for mutagenicity in the reverse mutation assay with and without metabolic activation in *S. typhimurium* strains TA1535, TA1537, TA98, TA100 and *E. coli* strain WP2 uvrA using both the Ames plate incorporation and pre-incubation methods at up to seven dose levels, in triplicate, both with and without the addition of a rat liver homogenate metabolising system (induced with Phenobarbitone/β Naphthoflavone, 10% liver S9 in standard co-factors). The dose range for the first experiment was determined in a preliminary toxicity assay and ranged between 1.5 and 5000 µg/plate, depending on bacterial strain type. The experiment was repeated (pre-incubation method) using fresh cultures of the bacterial strains and fresh test item dilutions. The test item dose range was slightly expanded, based on the results of Experiment 1, and ranged between 0.05 and 5000 µg/plate, depending on bacterial strain type and presence or absence of S9-mix. Additional dose levels and an expanded dose range were selected in both experiments. This was done in order to achieve both four non-toxic dose levels and the toxic limit of the test item. In addition, a third experiment was performed to confirm whether a two-fold increase in TA1535 revertant colony frequency, noted in Experiment 1, was real or spurious. The experiment was carried out using bacterial strain TA1535 (presence of S9-mix only) and employed a narrowed test item dose range of 50, 100, 150, 200 and 300 µg/plate.

**Results**

Equivocal findings were observed in this study for the Salmonella strain TA 1535 in the plate incorporation test with and without metabolic activation. Increased numbers of revertant colonies were observed for TA 1535 in the first experiment (plate incorporation method) but not in the follow-up pre-incubation test. The increase observed consisted of an isolated statistically significant increase in colony frequency at non-bacteriotoxic concentrations, noted in one single concentration (150 µg/plate) in the presence of S9. This finding was not reproducible in a confirmatory plate incorporation test. At higher test item concentrations, a concentration dependent increase of colony numbers associated with a sparse bacterial background lawn was noted for TA 1535 in experiment 1 and 3. The authors suggest that this increase in colony number might have resulted from residual histidine levels that were available to a small number of surviving His- bacteria in the presence of bacteriotoxic p-BMHCA concentrations (although likely, this has not been confirmed experimentally). These histidine levels would allow the surviving His- bacteria to undergo several additional cell divisions: resulting colonies do therefore not represent revertant (mutant) colonies.

**SCCS comment**
The SCCS disagrees with the applicant's conclusion and considers the results obtained as positive. In Experiment I, p-BMHCA was shown to be positive in S. typhimuruim TA1535, both ±S9-mix (almost 10 fold increase in revertants, starting from 150 µg/plate –S9-mix and 500 µg/plate +S9-mix). In Experiment II –S9-mix p-BMHCA was not tested at the same concentrations, but only up to 50 µg/plate. In Experiment III, p-BMHCA was tested only with S9-mix at up to 300 µg/plate.

Ref.: Innospec Ltd., 2011a, SMII: 16

SCCS/1591/17
Final version

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

| | |
|---|---|
| Guideline: | OECD 471 |
| Test system: | Salmonella typhimurium strains TA98, TA100, TA1535, TA1537, Escherichia coli strain WP2uvrA |
| Replicates: | Two experiments, triplicate plates |
| Test substance: | p-BMHCA |
| Batch: | not stated (source: Sigma–Aldrich, St. Louis, MO, USA, purity: > 90%) |
| Concentrations: | ±S9 mix: Preliminary test: All strains: 0.05, 0.25, 0.5, 2.5, 5.0, 25 µM/plate (corresponding to 10, 51, 102, 510, 1022, 5108 µg/plate based on the molecular weight of 204.31 g/mol) Main test: S. typhimurium and E. coli strains: 0.01; 0.02; 0.05; 0.07; 0.1; 0.2; 1.0; 2.0; 10.0 µM/plate (corresponding to 2; 4; 10; 14; 20; 40; 200; 400; 2000 µg/plate based on the molecular weight of 204.31 g/mol) |
| Vehicles: | DMSO |
| Positive Controls: | -S9 mix: - sodium azide (SA): 1 µg/plate for TA1535 and TA100 - 9-aminoacridine (9AA): 50 µg/plate for TA1537 - 2-nitrofluorene (2NF): 2 µg/plate for TA98 - methyl methanesulfonate (MMS): 500 µg/plate for WP2 uvrA +S9 mix: - 2-aminoanthracene (2AA): 1 µg/plate for TA98 and TA100; 10 µg/plate for TA1535, TA1537, WP2 uvrA - benzo[a]pyrene (BaP): 50 µg/plate for TA98, TA100, WP2 uvrA, 100 µg/plate for TA1535; 50, 100, 500 µg/plate for TA1537 |
| Negative controls: | Vehicle control |
| GLP: | No |
| Published: | Yes, date of publication: 2014 |

## Material and methods

Para-BMHCA (alpha-tocopherol content unknown) was tested for mutagenicity in the reverse mutation assay on bacteria with and without metabolic activation (liver postmitochondrial supernatant of rats treated with phenobarbital/β-naphthoflavone) according to the pre-incubation test method. In a pre-test, the Salmonella typhimurium strains TA98, TA100, TA1535, TA1537 and Escherichia coli strain WP2 uvrA were exposed to the test substance (dissolved in DMSO) at concentrations ranging from 0.05 – 25 µM/plate (10-5108 µg/plate) to check solubility and cytotoxicity. For the main test, concentrations ranging from 0.01-10.0 µM/plate were tested.

## Results

In the preliminary test, p-BMHCA was cytotoxic in strains TA1535 and TA1537 in the absence of S9 at a concentration of 0.25 µM/plate (51 µg/plate). In the presence of S9, cytotoxicity occurred at 0.25 µM/plate (51 µg/plate) in TA1537 and 0.5 µM/plate (102 µg/plate) in TA1535 and at 5 µM/plate (510 µg/plate) in TA98 and WP2*uvr*A.
In the main mutagenicity assay, p-BMHCA did not increase the number of revertant colonies in any of the bacterial strains tested at non-cytotoxic concentrations, either with or without the metabolic activator S9.

Exhibit 6
23
574

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

_____

## Conclusion

Para-BMHCA was considered to be non-mutagenic in this bacterial gene mutation test, with or without S9-mix metabolic activation, when tested up to cytotoxic concentrations.

Ref.: Di Sotto *et al.,* 2014 a, b, SMII: 11, 12

### SCCS comment
The study has several limitations: it was not conducted under GLP conditions; positive controls used did not clearly demonstrate positive response. The positive control substance, i.e. BaP for TA1535, did not induce mutant frequency up to the concentration of 500 µM/plate. Para-BMHCA was tested in low concentrations. No data on historical controls are provided. Overall, the results have limited value and no firm conclusion can be drawn from this study.

## Additional study on the Ames test provided in December 2018

| | |
|---|---|
| Guideline: | OECD TG 471 |
| Test system: | Salmonella typhimurium strains TA98, TA100, TA1535, TA1537 Escherichia coli strain WP2 uvrA |
| Replicates: | Three experiments, triplicate plates |
| Test substance: | p-BMHCA (Lysmeral extra) with 200 ppm of alpha-tocopherol |
| Batch: | 00046877L0 (purity: 99.4 area-%) |
| Concentrations: | Experiment I – Plate incorporation test: |

S. typ., E. coli strains: 0, 33, 100, 333, 1000, 2500, 5000 µg/plate (with and without S9 mix).
Experiment II – Plate incorporation test:
- TA1535: 0, 1, 3.3, 10, 33, 100, 150, 333 µg/plate (without S9 mix) and 0, 3.3, 10, 33, 100, 333, 1000 µg/plate (with S9 mix)
- TA100: 0, 1, 3.3, 10, 33, 100, 333 µg/plate (without S9 mix) and 0, 3.3, 10, 33, 100, 333, 1000 µg/plate (with S9 mix)
- TA98: 0, 1, 3.3, 10, 33, 100, 333 µg/plate (without S9 mix)
- TA1537: 0, 0.33, 1, 3.3, 10, 33, 100 µg/plate (without S9 mix) and 0, 1, 3.3, 10, 33, 100, 333 µg/plate (with S9 mix)
Experiment III – Pre-incubation test:
- TA1535: 0, 1, 3.3, 10, 33, 100, 150, 333 µg/plate (without S9 mix) and 0, 1, 3.3, 10, 33, 100, 333, µg/plate (with S9 mix)
- TA100: 0, 1, 3.3, 10, 33, 100, 333 µg/plate (without and with S9 mix)
- TA98: 0, 1, 3.3, 10, 33, 100, 333 µg/plate (without S9 mix) and 0, 3.3, 10, 33, 100, 333, 1000 µg/plate (with S9 mix)
- TA1537: 0, 0.33, 1, 3.3, 10, 33, 100 µg/plate (without S9 mix) and 0, 1, 3.3, 10, 33, 100, 333 µg/plate (with S9 mix)
- WP2 uvrA: 10, 33, 100, 333, 1000, 2500 µg/plate (without S9 mix) and 0, 3.3, 10, 33, 100, 333, 1000 µg/plate (with S9 mix)

| | |
|---|---|
| Vehicles: | Acetone |
| Positive Controls: | Without S9 mix: |

- MNNG:   5 µg/plate for TA1535, TA100
- NOPD:   10 µg/plate for TA98
- AAC:     100 µg/plate for TA1537
- 4NQO:   5 µg/plate for WP2 uvrA
With S9 mix:
- 2AA:     2.5 µg/plate for TA98, TA100, TA1535, TA1537
          60 µg/plate for WP2 uvrA

| | |
|---|---|
| Negative controls: | Vehicle controls, sterility controls |
| GLP: | In compliance |

*Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II*

Study period:          13 Jul 2018 – 19 Oct 2018

**Material and methods**

Para-BMHCA was tested for mutagenicity in the bacterial reverse mutation assay in S. typhimurium strains TA1535, TA1537, TA98, TA100 and E. coli strain WP2 uvrA. Both, the Ames plate incorporation and pre-incubation methods were used at up to seven dose levels, in triplicate, both with and without the addition of a rat liver homogenate metabolising system (induced with phenobarbital/β-naphthoflavone, 10% liver S9 in standard co-factors). The dose range for the first experiment (plate incorporation method) was selected including a maximum test dose of 5000 µg p-BMHCA/plate. The plate incorporation experiment was repeated, and the test item dose range was adjusted according to the bacteriotoxicity observed in Experiment 1 (i.e. 0.33-1000 µg/plate dependent on tester strain and testing condition used). A similar concentration range (up to 2500 µg/plate) was tested in a third experiment according to the preincubation method.
Bacteriotoxicity was determined by a decrease in the number of revertants and/or clearing or diminution of the background lawn (i.e. reduced his- or trp- background growth).
In case of inconsistent and untypical colonies, a representative number of colonies were randomly picked, suspended in 100 µL 0.9% NaCl per colony and spread on minimal glucose agar plate. At least 5 colonies identified to be true revertants from the vehicle or the respective positive controls were also picked as an additional control. After incubation at 37°C for 4 days the agar plates were assessed by unaided eye for bacterial growth.
To determine the spontaneous mutation rate and to assess the mutability of the bacteria and the activity of the S9 mix, the negative/vehicle (acetone) control and positive controls N-methyl-N'-nitro-N-nitrosoguanidine (MNNG), 4-nitro-o-phenylenediamine (NOPD) 9-aminoacridine (AAC), 4-nitroquinoline-N-oxide (4-NQO) and 2-aminoanthracene (2-AA) have been incubated in parallel at adequate concentrations.

**Results**

A bacteriotoxic effect was observed in the plate incorporation test from about 33 µg/plate onward and in the preincubation assay from about 10 µg/plate onward, depending on the strain and test conditions. No test substance precipitation was found in any of the test conditions chosen.
The number of revertant colonies in the negative and positive controls, were within the range of the historical control data for each tester strain and fulfilled the acceptance criteria of the testing laboratory.
No relevant increase in the number of his+ or trp+ revertants was observed in the tester strains TA98, TA100, TA1537 and E.coli WP2 uvrA in the plate incorporation and pre-incubation method after incubation with p-BMHCA with and without metabolic activation.
For the tester strain TA1535 no relevant increase in colony numbers was found in the pre-incubation test with and without metabolic activation and in the plate incorporation test in the presence of a metabolic system. An increase in colony numbers was observed in one out of the three assessed plates in the plate incorporation test at concentrations of 333 (Exp.1&2) and 2500 µg/plate (Exp.1) each without metabolic activation. At these test concentrations, p-BMHCA was significantly bacteriotoxic as shown by a reduced background growth and the absence of any colony formation in some plates. Further, the morphology of these colonies from the plates in question completely differed from those of true revertants. The assessment for histidine independent growth potential of representative colonies from these plates showed, that all picked colonies did not grow in minimal glucose agar plate. Therefore, none of the inconsistent colonies picked were his+ revertants.

**Conclusion**

According to the results of the present study, p-BMHCA did not lead to a relevant increase in the number of revertant colonies with and without a metabolizing system in three independent experiments for any of the tester strains. The sporadic increases in the number

of colonies observed in the strain TA1535 in the absence of S9 mix is not considered as biologically relevant. These increases were not reproducible within the triplicate plates, were strongly associated with bacteriotoxicity and no dose trend was observed. Furthermore, the morphology of the colonies was different from true revertants and 54 representative colonies (including 30 colonies with an untypical/inconsistent morphology) were therefore checked for growth in absence of histidine, a hallmark of mutant colonies. This assessment for histidine independent growth showed that none of these colonies grew in the absence of histidine, confirming that they are not mutant colonies. The result of growth is presumably triggered by the strong test substance toxicity observed at the respective test concentrations. Accordingly, p-BMHCA was determined to be not mutagenic in the bacterial reverse mutation test in the absence and the presence of metabolic activation under the experimental conditions chosen.

Ref.: BASF SE 2018a, 40M0369/01M027 (C. Sup I: 1)

**SCCS comment**

In the experiments very often four (sometimes 3) analysable concentrations (i.e. not inducing a reduction of background growth) of p-BMHCA were used.
The results indicate that p-BMHCA with alpha-tocopherol at 200 ppm is not mutagenic in the bacterial reverse mutation test in the absence and the presence of metabolic activation.

| | |
|---|---|
| Guideline: | OECD 476 |
| Test system: | L5178Y mouse lymphoma cell line (Tk+/-) |
| Replicates: | Two independent experiments, each two parallel cultures |
| Test substance: | p-BMHCA (Lilestralis pure: 32229) with 200 ppm of alpha-tocopherol |
| Batch: | A100423A (purity: > 99%) |
| Concentrations: | Preliminary test: |
| | ±S9 mix (4 h exposure) and -S9 mix (24 h exposure): 7.97, 15.94, 31.88, 63.75, 127.5, 255, 510, 1020, 2040 µg/mL |
| | Main test: |
| | Experiment I: |
| | -S9 mix (4 h exposure): 4, 8, 16, 20, 24, 28, 32, 36 µg/mL |
| | +S9 mix (4 h exposure): 8, 16, 32, 40, 48, 56, 64, 72 µg/mL |
| | Experiment II: |
| | -S9 mix (24 h exposure): 1.25, 2.5, 5, 10, 15, 20, 25, 30 µg/mL |
| | +S9 mix (4 h exposure): 20, 30, 40, 50, 55, 60, 65, 70 µg/mL |
| Vehicle controls: | DMSO |
| Positive Controls: | -S9 mix: ethyl methanesulfonate (EMS), 150 µg/mL |
| | +S9 mix: Cyclophosphamide (CP), 2 µg/mL |
| GLP: | Yes |
| Study period: | 25 Jun 2010 – 22 Jun 2011 |

**Material and methods**

The *in vitro* mammalian cell gene mutation assay was conducted to investigate the potential of p-BMHCA (with 200 ppm of alpha-tocopherol) dissolved in DMSO to induce gene mutations at the TK +/- locus of the L5178Y mouse lymphoma cell line. Prior to the main study, a preliminary toxicity test was performed on cell cultures using a 4-hour exposure time both with and without metabolic activation (S9, liver post mitochondrial supernatant of rats treated with phenobarbital/β-naphthoflavone) and using a 24-hour exposure without S9-mix. The dose range used was 7.97 to 2040 µg/mL for all three exposure groups.
The following main study was performed in two independent experiments, using two parallel cultures each. In the first experiment of the main study, p-BMHCA treatments were performed in duplicate (A + B) both with and without metabolic activation (S9-mix) at eight

Exhibit 6
**26**
577

dose levels of the test item (4 - 36 µg/mL in the absence of S9-mix, and 8 - 72 µg/mL in the presence of metabolic activation), vehicle and positive controls. The treatment vessels were incubated at 37°C for 4 hours with continuous shaking. In the second experiment of the main study, the dose range of the test item was 1.25 - 30 µg/mL in the absence and 20 – 70 µg/mL in the presence of S9-mix. The treatment vessels were incubated at 37°C with continuous shaking for 24 hours in the absence of metabolic activation and 4 hours in the presence of S9-mix.

**Results**

In the preliminary test, toxicity in the form of marked reductions in %Relative Survival Growth (%RSG) was observed in all three of the exposure groups starting at 31.88 µg/mL (15% RSG, -S9). At the end of the exposure periods, precipitation of test item was observed at and above 127.5 µg/mL in the 4h exposure groups, and at and above 255 µg/mL in the 24h exposure group and increased in intensity as the concentration increased. In both experiments of the main test performed, a marked test item-induced toxicity in both the absence and presence of S9-mix, as indicated by the %RSG and Relative Total Growth (RTG) values was observed (Exp. I: 4 h, -S9: at/above 32 µg/mL (31% RSG); 4 h, +S9: at/above 64 µg/mL (40% RSG), Exp. II: 24 h, -S9: at/above 15 µg/mL (44% RSG), 4 h, +S9: at/above 50 µg/mL (18 % RSG)). The test item did not induce any statistically significant or dose-related increases in the mutant frequency at any of the concentrations, neither in the absence nor presence of metabolic activation, including the concentration in the absence of metabolic activation exceeding the upper limit of acceptable toxicity (10% - 20% RSG).
The vehicle control mutant frequency values were within the acceptable range and the positive controls produced marked increases in the mutant frequency demonstrating the sensitivity of the assay and the efficacy of the S9-mix. Precipitation of the test item was not observed at any of the concentrations tested in both main study experiments.

**Conclusion**

Under the conditions of the study, p-BMHCA did not induce any toxicologically significant increases in the mutant frequency at the Tk +/- locus in L5178Y cells and is therefore considered to be non-mutagenic in mammalian cells.

Ref.: Innospec Ltd., 2011b, SMII: 17

| | |
|---|---|
| Guideline: | Comparable to OECD 487 |
| Test system: | Human peripheral blood lymphocytes (two healthy non-smoker males, less than 40 years old, supplied by AVIS (Italian Association of Voluntary Blood donors)) |
| Replicates: | Each treatment on cells of 2 donors, each in 2 separate cultures (i.e. 4 cultures/treatment) |
| Test substance: | p-BMHCA |
| Batch: | Not stated (source: Sigma–Aldrich, St. Louis, MO, USA, purity: > 90%) |
| Concentrations: | 5, 10, 25, 35, 50, 100, 250, 500 µM |
| Vehicles: | p-BMHCA: dissolved in ethanol (50 % v/v), diluted in RPMI 1640 medium to avoid precipitation |
| Positive controls: | ethyl methanesulfonate (EMS): 120 µM Colcemid (COL): 0.02 µM |
| Negative controls: | DMSO |
| GLP: | No |
| Published: | Yes, date of publication: 2014 |

Exhibit 6
27
578

SCCS/1591/17
Final version

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

**Material and methods**

Para-BMHCA (alpha-tocopherol content unknown) was tested for its clastogenic and aneugenic potential *in vitro* on peripheral blood lymphocytes of two healthy non-smoker males (less than 40 years old). Prior to the main test, the cytotoxicity of p-BMHCA on the peripheral blood lymphocytes was evaluated by scoring at least 1000 cells per treatment for the presence of one, two, three or more nuclei and determining the nuclear division index (NDI). The cells that did not undergo mitosis were not included in the count. Genotoxicity was assayed in the main tests starting from the highest concentration to concentrations at which neither necrosis nor cytotoxic or cytostatic effects were observed. The cultured lymphocytes, supplemented with Cytochalasin-B (6.25 µM final concentration), were treated for 24h at 37°C with test material at concentrations of 5, 10, 25, 35, 50, 100, 250 and 500 µM in the absence of an exogenous source of metabolic activation. Each treatment was carried out on the cells obtained from two donors and in two separate cultures (i.e. four cultures were set up for each treatment group). For each treatment, at least 1000 lymphocytes were scored to determine the NDI value, and at least 2000 binucleated cells (BNCs) were examined for the presence of micronuclei. A positive response was defined as a statistically significant increase of MN frequencies in the treated cultures respect to the vehicle.

**Results**

The preliminary cytotoxicity test showed that at the concentration of 100 µM, p-BMHCA reduced the cell proliferation, inducing a less than 70% value of NDI and early signs of cytotoxicity. At 250 and 500 µM, the NDI was not applicable due to the advanced necrosis. Para-BMHCA, when tested on the human lymphocyte cultures at non-cytotoxic concentrations of 5 - 50 µM for 24 hours, did not increase the mean micronuclei frequency in binucleated cells in comparison with the vehicle. The positive controls, EMS and COL increased the micronuclei frequency significantly, showing that the lymphocytes were suitable for detecting both clastogenic and aneuploidic damage.

**Conclusion**

It was shown that p-BMHCA revealed no potential to induce clastogenic or aneuploidic damage under the chosen testing conditions.

Ref.: Di Sotto *et al.,* 2014 a, b, SMII: 11, 12

**SCCS comment**
The study was not performed under GLP. It was performed without metabolic activation. Only information from public literature is available. Limited information is provided on treatment of cells, cytotoxicity and how the study was done. Also, no data on historical controls are provided. Results have limited value.

**Additional study on micronucleus test provided in December 2018**

| | |
|---|---|
| Guideline: | OECD TG 487 |
| Test system: | Human peripheral blood lymphocytes (two healthy non-smoker females; age of 33 and 35 years; not receiving medication) |
| Replicates: | Each treatment on cells of 1 donor in 2 separate cultures (i.e. 2 cultures/treatment) |
| Test substance: | p-BMHCA (Lysmeral Extra) with 200 ppm of alpha-tocopherol |
| Batch: | 00046877L0 (purity: > 99%) |
| Concentrations: | Experiment 1A (4h exposure, without S9 mix): 0.9, 1.7, 3.5, 6.9*, 13.9*, 27.8*, 55.6, 111, 222, 667, 2000 µg/mL |

*Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II*

|  |  |  |
|---|---|---|
|  | Experiment 1B (4h exposure, without S9 mix): 2.5, 5, 7.5, 10, 15, 20*, 30*, 40*, 60, 80, 100 µg/mL | |
|  | Experiment 2 (20h exposure, without S9 mix): 1.9, 3.4, 5.9, 10.4, 18.1*, 31.7*, 55.6*, 111 µg/mL | |
|  | Experiment 2 (4h exposure, with S9 mix): 31.7*, 55.6*, 111*, 222, 444, 667, 1000 µg/mL | |
|  | *Cytogenetic evaluation performed | |
| Positive Controls: | Without S9 mix: | |
|  | MCC: | 1.0 µg/mL (4h treatment) |
|  | Demecolcine: | 75 ng/mL (20h treatment) |
|  | With S9 mix: | |
|  | CPA: | 17.5 µg/mL (4h treatment) |
| Negative controls: | Solvent control (culture medium with 0.5 % Acetone) | |
| GLP: | In compliance | |
| Study period: | 22 March 2018 – 05 Nov 2018 | |

## Material and methods

Para-BMHCA (with 200 ppm of alpha-tocopherol) was tested for its clastogenic and aneugenic potential *in vitro* on peripheral blood lymphocytes of two healthy non-smoker females (age of 33 and 35 years). The cytogenetic experiments were performed by applying p-BMHCA for 4 hours (followed by a recovery period for 16 hours; pulse exposure) or 20 hours (continuous exposure). Both protocols included a subsequent exposure with cytochalasin B (4 µg/mL) for 20 hours until cell preparation. Phenobarbital/β-naphthoflavone induced rat liver S9 was used as the metabolic activation system.

The cytotoxic potential on the peripheral blood lymphocytes was characterized up to 2000 µg/mL p-BMHCA via reduction in the cytokinesis-block proliferation index CBPI in comparison with the controls by counting 500 cells per culture in duplicate (Experiment 1A; pulse exposure; with and without S9 mix). The cultures without S9 mix fulfilled the requirements and were used for cytogenetic evaluation. The cultures with S9 mix were repeated with an adjusted p-BMHCA concentration range in Experiment 2 due to increases in micronucleated cells above the historical control data in the solvent control. Furthermore, Experiment 2 was repeated due to lack of evaluable concentrations (with S9 mix, pulse exposure) and solvent controls with micronucleated cell values above the historical controls (without S9 mix, continuous exposure). Experiment 1B was performed with adjusted p-BMHCA concentrations due to lack of evaluable concentrations in a cytotoxic or phase separation range in Experiment 1A (pulse treatment, without S9 mix).

The cytogenicity of p-BMHCA was assessed by counting micronuclei in 1000 (controls) or 2000-6000 (p-BMHCA) binucleate cells per culture. Each treatment was carried out on the cells obtained from one donor in two separate cultures. Dose selection for the cytogenicity assessment was based on phase separation and cytotoxicity of p-BMHCA. Culture medium with 0.5% acetone was used as negative control and 1.0 µg/mL mitomycin C (MCC) (pulse treatment, without S9 mix), 75 ng/mL demecolcine (continuous treatment, without S9 mix) and 17.5 µg/mL cyclophosphamide (CPA) (pulse treatment, with S9 mix) was used as positive controls.

## Results

Precipitation in the form of phase separation of p-BMHCA in the culture medium was observed at 111 µg/mL and above at the end of treatment (Experiment 1A and Experiment 2). In Experiment 1B, phase separation was observed already at 40.0 µg/mL and above at the end of treatment. The cytotoxicity of p-BMHCA has been assessed up to the first dose showing precipitation, i.e. phase separation. In Experiment 1A (pulse exposure without S9 mix), no cytotoxicity was observed up to 27.8 µg/mL (i.e. the highest dose evaluated for cytogenicity). However, the next higher tested dose (55.6 µg/mL) showed excessive cytotoxic effects resulting in non-evaluable cells for cytogenicity. In Experiment 1B (pulse exposure without S9 mix) and Experiment 2 (pulse exposure with S9 mix), no evident

Exhibit 6

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

cytotoxicity was observed up to the first concentration showing phase separation. In the experiment with continuous treatment (Experiment 2, without S9 mix), clear cytotoxicity was observed at 55.6 µg/mL (i.e. the highest dose evaluated for cytogenicity) and excessive cytotoxicity was observed at 111 µg/mL (i.e. the first dose showing phase separation).

No relevant increases in the numbers of micronucleated cells were observed after treatment with p-BMHCA in any of the testing conditions. In Experiment 2 (continuous treatment, without S9 mix) a statistical trend test identified a dose dependent increase of micronucleated cells (0.97%, 0.97% and 1.05% at 18.1 µg/mL, 31.7 µg/mL and 55.6 µg/mL, respectively). Since none of the individual dose groups were statistically significantly increased compared to the control and were all within the range of the historical control data (0.00 – 1.11% micronucleated cells) and very close to the corresponding solvent control (0.88%), the dose-dependency can be regarded as biologically irrelevant. The positive controls demecolcine, MMC and CPA showed distinct increases in micronucleated cells, met all acceptance criteria of the testing laboratory and confirm the suitability of the chosen testing conditions.

### Conclusion

It was shown, that p-BMHCA did not induce micronuclei under the chosen testing conditions. Therefore, p-BMHCA revealed no potential to induce clastogenic or aneuploidic damage as determined by the *in vitro* micronucleus test in human lymphocytes.

Ref.: BASF SE 2018b, 31M0369/01X101 (C. Sup I: 2)

### SCCS comment

The results indicate that p-BMHCA with alpha-tocopherol at 200 ppm does not induce a positive effect in the *in vitro* micronucleus test in human lymphocytes.

The SCCS notes that in Experiment IA and Experiment II, phase separation of the test item in the culture medium was observed at 111 µg/mL and above at the end of treatment, while in Experiment IB phase separation was observed at 40.0 µg/mL and above at the end of treatment.

| | |
|---|---|
| Guideline/method: | Alkaline Comet assay according to published literature (Aviello *et al.*, 2010, J. Cell. Mol. Med. 14, 2006–2014) |
| Test system: | Human colonic epithelial cells (HCEC, obtained from Fondazione Callerio Onlus, Trieste, Italy) |
| Replicates: | Three experiments |
| Test substance: | p-BMHCA |
| Batch: | not stated (source: Sigma–Aldrich, St. Louis, MO, USA, purity: > 90%) |
| Concentrations: | 100 µM |
| Vehicles: | DMSO |
| Positive control: | $H_2O_2$, 75 µM |
| Negative controls: | Vehicle control |
| GLP: | No |
| Published: | Yes, date of publication: 2014 |

### Material and methods

Para-BMHCA (alpha-tocopherol content unknown) was tested for its potential to induce DNA damage in an indicator test in the form of the alkaline Comet assay in Human colonic epithelial cells (HCEC, obtained from Fondazione Callerio Onlus, Trieste, Italy). Prior to the main test, the cytotoxicity on HCEC cells was evaluated by the neutral red uptake assay. The cells were seeded in 96-well plates and allowed to adhere for 48 h. Thereafter, they were incubated with serial dilutions of the test substance in the range between 1 – 300 µM

for 24 h and subsequently with the neutral red dye solution for 3 h, and the absorbance was read at 532 nm.

In the main test, DNA damage was evaluated by the alkaline comet assay. HCEC were seeded in 6 well-plates. After 48 h, the cells were incubated with 100 µM for 24 h and subsequently, cells were trypsinised. Aliquots of cell suspension were centrifuged and pellets were collected, mixed with 0.85% low melting point agarose and laid on pre-coated glass slides. The slides were then suspended at 4°C for 1 h for lysis and electrophoresed in alkaline buffer at 26 V, and 300 mA for 20 min. After neutralization in Tris-HCl, the gels were stained with ethidium bromide. Images were analyzed using a Leica microscope equipped with image analysis Comet Assay™ software.

**Results**

In the preliminary test, p-BMHCA at concentrations ranging from 1 to 300 µM did not affect HCEC cell viability after 24 h exposure. The vehicle DMSO (0.1% v/v) did not modify the response, while DMSO at higher concentration (20% v/v) and used as positive control, significantly reduced HCEC viability.

In the main test, p-BMHCA at the tested non-toxic concentration of 100 µM induced no DNA damage in the form of an increase in DNA tail after electrophoresis compared to the vehicle and following a 24 hour exposure. The positive control ($H_2O_2$) increased the DNA tail significantly, indicating induction of single strand breaks. In summary, no evidence was found for p-BMHCA to induce single-strand breaks.

**Conclusion**

Para-BMHCA was considered to induce no DNA damage in the form of single-strand breaks under the conditions of this indicator test in human colonic epithelial cells.

Ref.: Di Sotto *et al.,* 2014 a, b, SMII: 11, 12

**SCCS comment**

The comet assay experiment was not performed under GLP. So far there is no OECD TG for the comet assay *in vitro*. Only 24h exposure was used though it would also be required to use short (3-4 h) treatment as during 24h exposure DNA repair is taking place and thus effects may not be detected. In a preliminary cytotoxicity test neither of the used concentrations induced cytotoxicity. The concentrations should range from non-toxic up to mildly toxic (around 80% viability). Testing only one concentration of p-BMHCA of 100 µM in the comet assay is not justified and results of the test would have limited value.

**Genotoxicity assessment of Lysmerylic acid (p-BMHCA related metabolite)**

The acid form of p-BMHCA (Lysmerylic acid) was identified as the quantitatively main metabolite in vitro (BASF SE, 2010b, SMI: 13, #63830) and no parent compound but the acid was detectable in blood plasma directly after oral application of p-BMHCA to rats or mice (BASF SE, 2006b, SMI: 7, #53648 (rat); BASF SE, 2006c, SMI: 8,#63832 (mouse)). Therefore, in December 2018 the Applicant provided supplementary genotoxicity data for Lysmerylic acid.

In an Ames test (according to OECD TG 471 and GLP), Lysmerylic acid was tested in a range of 33 µg - 5200 µg/plate (plate incorporation test) and 10 µg - 5200 µg/plate (pre-incubation test) using *S. typhimurium* strains TA 1535, TA 100, TA 1537, TA 98 and *E. coli* WP2 uvrA with and without liver S9 mix from phenobarbital/β-naphthoflavone induced rats (BASF SE 2018c; C. Sup I: 3). No precipitation of the test substance was found but a bacteriotoxic effect was observed depending on the strain and test conditions from about 2600 µg/plate onward. Lysmerylic acid did not show any relevant increase in the number of his+ or trp+ revertants (factor ≤ 2 for TA 100, TA 98 and WP2 uvrA and factor ≤ 3: TA 1535 and TA 1537) in any of the testing conditions chosen.

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

In a micronucleus test *in vitro* in human lymphocytes (according to OECD TG 487 and GLP), Lysmerylic acid was applied for 4 hours (followed by a recovery period for 16 hours; pulse exposure) or 20 hours (continuous exposure) with subsequent exposure to Cytochalasin B (4 µg/mL) for 20 hours (BASF SE 2018d; C. Sup I: 4). Phenobarbital/β-naphthoflavone induced rat liver S9 was used as the metabolic activation system in a pulse exposure experiment. Concentration ranges tested were 219-670 µg/mL (pulse exposure, with and without S9 mix) and 364-714 µg/mL (continuous exposure, without S9 mix). No cytotoxicity was observed up to the highest concentration evaluated for micronuclei, however, precipitation was found (i.e. at 670 µg/mL after pulse exposure and 714 µg/mL after continuous exposure). Neither a statistically significant nor a biologically relevant increase in the number of micronucleated cells was observed after treatment with Lysmerylic acid in any of the testing conditions chosen.

Accordingly, the main metabolite of p-BMHCA (Lysmerylic acid) was not mutagenic in bacteria and not cytogenic/ aneugenic in mammalian cells under the chosen experimental conditions of these studies.

---

3.3.6.2   Mutagenicity / Genotoxicity in vivo

**Additional data from Applicant's submission II dossier**

No additional data.

**Overall discussion and conclusion on mutagenicity/genotoxicity**

**From submission II**

**The applicant's overall conclusion on mutagenicity/genotoxicity**

The mutagenic/genotoxic potential of p-BMHCA was investigated in a wide range of validated and scientifically robust studies *in vitro* and *in vivo*. The overall picture of several bacterial reverse mutation assays performed over more than 3 decades is mostly consistent. The majority of mutagenicity data in bacteria provide no evidence for a mutagenic potential of p-BMHCA. However, equivocal findings were reported in one of the submitted Ames tests for Salmonella strain TA1535 but this study is considered insufficient in terms of procedure and reporting (Innospec Ltd., 2011a, SMII: 16). Moreover, this observation in TA1535 was not confirmed in the respective pre-incubation test and no corresponding increases of other strains (i.e. TA100) were observed. Further, this finding is in contrast to the results of a GLP and guideline Ames plate incorporation test (Reference: RIFM, 1999b, SMI: 89, #35168) and the Ames pre-incubation test in line with OECD TG 471 reported in literature (References: Di Sotto *et al.*, 2014 a, b, SMII: 11, 12). Further, sporadic but no relevant increases in the mean number of revertant colonies were reported for the Salmonella strain TA1538 (without metabolic activation only) (Roche, 1984, SMI: 103). These findings were not reproducible in further trials and followed no concentration response and the study is considered to have limited validity, since spontaneous revertant frequencies were unusually low. The lack of biological relevance of this variation is confirmed by the results in TA98. In this tester strain, investigating the same type of mutagenic lesions, no effects/variations were observed.

Two different mutagenicity studies in mammalian cells investigating the same mutagenic endpoint (gene mutation at both the HPRT- and the tk+/- locus) supported the absence of a mutagenic potential of p-BMHCA (BASF SE, 2010a, SMI: 12; Innospec Ltd., 2011b, SMII: 17). Although methodological shortcomings exist, the highly sensitive indicator test for DNA damage that was reported in the literature, namely the Comet assay in human colonic epithelial cells, provided further evidence for the absence of p-BMHCA's DNA-damaging potential (Di Sotto *et al.,* 2014 a, b, SMII: 11, 12).

Exhibit 6

583

*Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II*

Thus, the negative result generated in mammalian cells as well as the absence of an effect in the Comet assay support the weight of evidence that p-BMHCA is non-genotoxic *in vitro*. Para-BMHCA was found to induce structural and numerical chromosomal aberrations in the absence of a metabolic system, while no induction occurred in the presence of metabolic activation in Chinese hamster ovary cells and it is therefore considered clastogenic in CHO cells (RIFM 2000a, SMI: 94,). However, these cells have previously been shown to generate a high percentage of false-positive results compared with other cell types, e.g. primary human cells, cell lines with functional p53 etc., and are consequently considered of questionable value in the investigation of this endpoint (Fowler et al, 2012, SMII: 13). A chromosomal damage potential of p-BMHCA was not observed in a non-GLP but a scientifically reliable micronucleus test in human peripheral lymphocyte cultures that is comparable to OECD 487 (Di Sotto *et al.,* 2014 a, b, SMII: 11, 12). Thus, p-BMHCA does not appear to have the potential to induce clastogenic or aneugenic damage in primary human peripheral lymphocytes under the chosen testing conditions. Therefore, no conclusive result with regards to chromosomal damage was observed *in vitro*.

The absence of a relevant potential of induction of chromosomal aberrations was confirmed by an *in vivo* micronucleus assay where no relevant increase in the incidence of micronuclei in bone marrow cells was observed following i.p. application of p-BMHCA to mice (RIFM 2000b, SMI: 95,). Systemic bioavailability was clearly demonstrated by the PCE/total erythrocyte ratio in the top dose group at 24 hours sacrifice interval (-15% or -30% of control [male; female]). This ratio evidenced cytotoxicity in the bone marrow as target tissue of the test substance/metabolites after intraperitoneal administration.

Overall, p-BMHCA is unlikely to pose a genotoxic hazard to humans in a weight of evidence. Some isolated equivocal findings in a few *in vitro* assays were not considered relevant due to lack of reproducibility and insufficiencies in terms of procedure and reporting. *In vivo*, there was no evidence of a genotoxic potential of p-BMHCA in a micronucleus assay following i.p. application in mice.

**In its preliminary opinion (December 2017), the SCCS, based on studies from submission I and II on mutagenicity/genotoxicity of p-BMHCA, commented the following:**

In its previous Opinion (SCCS/1540/14) the SCCS concluded that neither *in vitro* gene mutation nor *in vitro* chromosomal damage could be excluded based on the data provided in submission I. Similarly, due to the lack of sufficient and detailed information, it was also impossible to draw a firm conclusion from the *in vivo* micronucleus report provided.

Based on the analysis of additional reports provided in submission II, the SCCS considered that the data did not allow to exclude potential genotoxic effects of p-BMHCA because:

1. In the tests on gene mutations in bacteria:
   o p-BMHCA was confirmed to induce gene mutations in TA1535 strain (Ref. Innospec Ltd., 2011a, SMII: 16)
   o The study by Di Sotto *et al.* (2014a, b) using the Ames test was considered to be of limited value as: the positive controls used did not clearly demonstrate positive response, no information on historical controls was available and p-BMHCA was tested in low concentrations,

2. In the tests on chromosomal aberrations *in vitro*:
   o The study by Di Sotto *et al.* (2014a) using a micronucleus test on human peripheral blood lymphocytes was considered to be of limited value as: p-BMHCA was tested without metabolic activation, limited information was provided on the treatment of cells, cytotoxicity and how study was done and no information on historical controls was available,

3. In the comet assay *in vitro*:
   o The study by Di Sotto *et al.* (2014a) using human colonic epithelial cells was considered to be of limited value as: only 24h exposure was used though shorter incubation times (3-4h treatment) should also have been used, at least 3-5 concentrations ranging from non-toxic up to mildly toxic (around 80% viability) should be used, testing only one concentration of 100 µg/mL was not justified.

Based on analysis of data provided in submission I and additionally in submission II, the SCCS maintains its previous opinion that no firm conclusion could be drawn on the mutagenicity of p-BMHCA.

**Overall discussion and conclusion on mutagenicity/genotoxicity of p-BMHCA based on all available data including additional studies from the Supplement I to Submission II**

In response to the SCCS preliminary opinion the Applicant committed to conduct two additional genotoxicity tests, i.e. an AMES test (according to OECD TG 471, GLP) and an *in vitro* micronucleus test (according to OECD TG 487, GLP) using a representative and market-relevant specification of p-BMHCA as a test substance.

The results of the new bacterial gene mutation test provided in December 2018 confirmed a negative effects of p-BMHCA (BASF SE 2018a; C. Sup I: 1). Para-BMHCA did not lead to a relevant increase in the number of revertant colonies in any of the tested strains. The sporadic increases in the number of colonies observed in the strain TA1535 (also observed in previous GLP study by Innospec Ltd., 2011a, SMII: 16) were not reproducible, were strongly associated with bacteriotoxicity, lacked a clear dose trend and colonies were confirmed to be non-mutant according to histidine independent growth experiments.

**Based on the evaluation of all available gene mutation data (including the findings from the gene mutation tests in mammalian cells), the SCCS is of the opinion that a potential of p-BMHCA with 200 ppm alpha-tocopherol to induce gene mutations can be excluded.**

The results of the new *in vitro* micronucleus test in human lymphocytes (BASF SE 2018b; C. Sup I: 2) provided in December 2018 confirmed that p-BMHCA with 200 ppm alpha-tocopherol did not induce any relevant increase in the number of cells containing micronuclei. **Considering all available cytogenotoxicity data, the SCCS is of the opinion that p-BMHCA with 200 ppm alpha-tocopherol does not induce clastogenic or aneuploidic damage.**

### 3.3.7    Carcinogenicity

**From submission I**

**SCCS conclusion on carcinogenicity**
No carcinogenicity data are available for p-BMHCA. Currently there is no evidence from repeated dose studies that p-BMHCA is able to induce hyperplasia or neoplasia.

**Additional data from Applicant's submission II dossier**

No additional data.

### 3.3.8    Reproductive toxicity

**From submission I**

**SCCS conclusion on reproductive toxicity**
Adverse effects of p-BMHCA on the male reproductive system have been consistently observed in several repeated dose and reproduction toxicity studies. A NOAEL of 25 mg/kg bw/day in male rats with regard to this endpoint is substantiated by studies applying the compound for 5 days, 90 days or in the frame of a 1-generation study over 6 weeks prior to mating. It is to be emphasised that reproductive toxicity already became occasionally visible after a single application of 50 mg/kg bw/day. In all investigations available, testicular toxicity in rats was accompanied by signs of systemic toxicity. By contrast, other species

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

such as mice and dogs were less sensitive. In dogs, a NOAEL of 40 mg/kg bw/day has been established based on the onset of testicular toxicity after treatment periods of 2 weeks and 3 months. So, from the animal data available, male rats revealed as most sensitive species with regard to p-BMHCA-mediated testicular toxicity. On the other hand, in female rats developmental toxicity was accompanied by systemic toxicity and was already found at lower concentrations. Here, a NOAEL based on developmental toxicity is to be set at 5 mg/kg bw/day. This value is identical to the one defined for general systemic toxicity in rats based on repeated dose (90-days) toxicity studies. Since the onset of developmental toxicity was tightly accompanied by maternal toxicity, the malformations and tissue variations observed likely resulted from general fetotoxicity rather than from specific teratogenicity.

---

**3.3.8.1  Two generation reproduction toxicity**

**Additional data from Applicant's submission II dossier**

No additional data.

---

**3.3.8.2  Other data on fertility and reproduction toxicity**

**Additional data from Applicant's submission II dossier**

| | |
|---|---|
| Guideline/method: | OECD 443, Modified Extended one-generation reproduction toxicity study |
| Species/strain: | Rat/Wistar (strain Crl:WI(Han)) |
| Group size: | 35 male and 35 female rats per group for diet control, placebo alginate control, low- and mid-dose groups |
| | 40 male and 40 female rats per group for high-dose group (F0 parental generation) |
| | 10 male and 10 female rats as positive control (Cohort 3 – developmental immunotoxicity) |
| Test substance: | p-BMHCA (Lysmeral encapsulated) |
| Batch: | 1420-0552/201400167 (purity/content: 17.7 g/100 g, (3-(4-tert-butylphenyl)-2-methylpropanoic acid): 0.2 g/100g, Reference: BASF SE, 2015, SMII: 4)) |
| Dose levels: | Target: 0, 1, 3, 10 mg/kg bw/d |
| Encapsulated in the diet: | 0, 75, 230, 750 ppm (corresponding to 0, 13, 41 and 133 ppm active ingredient (a.i.)) |
| Placebo alginate: | 750 ppm consisting of 67.6 % Glycerin (Lot: GR335), 20.6 % Alginat BR- L (Lot: G2600301) and 11.8 % Alginat BR-GM (Lot: G7708901). The nucleus consists of 100 % sunflower oil, refined (Lot: 5603206) |
| Positive control: | Cyclophospamide monohydrate (Batch: MKBS0021V, purity: 99.9% and 6.9% water) used for Cohort 3 – (Immunotoxicity) |
| Route: | Oral (diet (microcapsules of Lysmeral homogenously added to food)) |
| Exposure period: | F0 animals: approximately 2 weeks prior to breeding and continuing through breeding (up to two weeks), and for a maximum of 6 post-mating weeks (males) or gestation (three weeks) and lactation (three weeks) for females. Selected F1 offspring (cohorts 1A, 1B, 2A, 2B, 3, 4A and 4B) were maintained on the test diet until sacrifice or one day before. |
| Exposure frequency: | daily |
| GLP: | Yes |
| Study period: | 21 April 2015 - 30 Jan 2017 |

The study was performed to fulfil the requirements of a decision on a substance evaluation pursuant to Article 46(1) of the REACh regulation, not for the purposes of the cosmetic safety evaluation.

**Material and methods**

Para-BMHCA (Lysmeral encapsulated) was investigated in an extended one-generation reproduction toxicity study to obtain general information on the possible effects on the integrity and performance of the male and female reproductive systems, including gonadal function, estrous cyclicity, mating behaviour, conception, gestation, parturition, lactation and weaning, as well as on growth and development of the offspring. This study also provided information on neonatal morbidity, mortality, target organs of the pups and preliminary data on prenatal and postnatal developmental toxicity including possible effects on the embryonic, fetal and pre-adult development of the nervous and immune systems as well as alterations in endocrine function including thyroid perturbations.

The test substance was administered to groups of 35 male and 35 female healthy young Wistar rats in the control, low- and mid-dose groups and to 40 male and 40 female healthy young Wistar rats in the high dose groups (F0 parental generation) as a homogeneous addition to the food in concentrations of 75, 230 and 750 ppm (corresponding to 13, 41 and 133 ppm of the active ingredient or to target dose levels of 1, 3 and 10 mg/kg bw/d due to its content of 17.7%). The negative control group was fed a plain diet and an additional placebo control group was dosed with Placebo Alginat (encapsulated) without p-BMHCA via the diet in parallel.

F0 animals were treated at least for 13 days prior to mating to produce a litter (F1generation). Mating pairs were from the same dose group. Pups of the F1 litter were selected (F1 rearing animals) and assigned to 7 different cohorts, which continued in the same fashion as their parents and which were subjected to specific post-weaning examinations. Cohort 1B was selected to produce F2 pups. F1 Cohort 1B animals selected for breeding were continued in the same dose group as their parents, and the breeding programme was repeated to produce a F2 litter. The study was terminated with the terminal sacrifice of the F2 weanlings and F1 Cohort 1B parental animals. Test diets containing p-BMHCA (encapsulated) were offered continuously throughout the study.
- Cohort 1A (Reproductive PND90); Puberty: Yes; Approx. age at necropsy: 13 weeks
- Cohort 1B (Reproductive = F1 parental animals); Puberty: Yes; Approx. age at necropsy: 19-25 weeks
- Cohort 2A (Neurotoxicity PND75-90); Puberty: Yes; Approx. age at necropsy: 11 weeks
- Cohort 2B (Neurotoxicity PND22); Puberty: No; Approx. age at necropsy: 3 weeks
- Cohort 3 (developmental immunotoxicity); Puberty: Yes; Approx. age at necropsy: 8-9 weeks
- Cohort 4A (Cholinesterase PND22); Puberty: No; Approx. age at necropsy: 3 weeks
- Cohort 4B (Cholinesterase adult); Puberty: Yes; Approx. age at necropsy: 11-12 weeks

The parents' and the pups' state of health was checked each day, and parental animals were examined for their mating and reproductive performances. Food consumption of the F0 and F1 parents and F1 rearing animals was determined regularly once weekly and weekly during gestation (days 0 - 7, 7 - 14, 14 - 20) and lactation periods (days 1 - 4, 4 - 7, 7 - 14 and 14 - 21). In general, body weights of F0 and F1 parents and F1 rearing animals were determined once weekly. However, during gestation and lactation F0/F1 females were weighed on gestation days (GD) 0, 7, 14 and 20 and on postnatal days (PND) 1, 4, 7, 14 and 21. A detailed clinical observation (DCO) was performed in all F0 parents and F1 animals in cohorts 1A, 1B, 2A, 3 and 4B before initial test substance administration (only F0 parents) and, as a rule, thereafter at weekly intervals. Estrous cycle data were evaluated for F0 and cohort 1B (=F1 generation) females over a two weeks (F0 females) or three weeks (F1 females) time period prior to mating until evidence of mating occurred. In

all cohort 1A females, vaginal smears were collected after the vaginal opening until the first cornified smear (estrous) was recorded. The estrous cycle was also evaluated in cohort 1A females for 2 weeks around PND 75. Moreover, the estrous stage of each female was determined on the day of scheduled sacrifice. An auditory startle response test was carried out in all animals of cohort 2A on PND 24. A functional observational battery examination (FOB) was performed in all animals of cohort 2A on PND 69. Motor activity was measured in all animals of cohort 2A on PND 68. The F1 and F2 pups were sexed on the day of birth (PND 0) and were weighed on the first day after birth (PND 1) as well as on PND 4, 7, 14 and 21. Their viability was recorded. At necropsy, all pups were examined macroscopically (including weight determinations of brain, spleen and thymus in one pup/sex/litter). Anogenital distance (defined as the distance from the anus [centre of the anal opening] to the base of the genital tubercle) measurements were conducted in a blind randomized fashion, using a measuring ocular on all live male and female pups on PND 1. All surviving male pups were examined for the presence or absence of nipple/areola anlagen on PND 13. If nipple/areola anlagen were recorded, all surviving male pups were carefully re-examined one day prior to necropsy. Time of sexual maturation, i.e. day of vaginal opening (females) or balanopreputial separation (males), of all F1 pups brought up beyond weaning was recorded. Blood samples for clinical pathological investigations were withdrawn from 10 selected F0 and cohort 1A animals per sex and group. Further blood samples were taken from 10 surplus (culled) PND 4 pups per sex and group as well as from 10 surplus PND 22 pups per sex and group. Blood samples for acetyl cholinesterase investigations (AChE) were withdrawn from 10 selected F0 animals per sex and group as well as from 10 surplus (culled) PND 4 and 10 PND 22 (=cohort 4A) pups per sex and group and in all cohort 4B animals.

Various sperm parameters (motility, sperm head count, morphology) were assessed in the F0 and F1 generation males at scheduled sacrifice or after appropriate staining. All F0 and F1 parental animals were assessed by gross pathology (including weight determinations of several organs) and subjected to an extensive histopathological examination; special attention being paid to the organs of the reproductive system. A quantitative assessment of primordial and growing follicles in the ovaries was performed for all control and high-dose F1 parental females.
All F1 rearing animals were assessed by different pathological, neuro- and histopathological examinations.

**Results**

The stability of the test substance preparations over a period of 35 days at ambient temperature and the homogeneous distribution of the test substance in the diet was analytically verified. The mean recovery of p-BMHCA from the diet preparation in the first analysis ranged between 60 and 80% of the expected values, the recovery rates in the remaining 4 analyses were 63 - 95%, 92 - 102%, 81 - 107% and 86 - 97% of the expected values. With regard to the very low concentration of p-BMHCA in the applied formulation as well as in the diet preparations, and the high complexity of the extraction and analytical method, these recovery rates were considered acceptable and demonstrated the correctness of the diet preparations. The overall mean dose of p-BMHCA throughout all study phases and across all cohorts was approx. 1.4 mg/kg mg/kg bw/d in the 75 ppm group, approx. 4.5 mg/kg bw/d in the 230 ppm group and approx. 15.1 mg/kg bw/d in the 750 ppm group indicating that the targeted dose levels were achieved or exceeded.

There were no test substance-related mortalities or adverse clinical observations noted in any of the groups. In particular, regularly conducted detailed clinical observations revealed no effects at all.

The high-dose of the test substance led to some adverse systemic effects in the F0 parental rats and F1 offspring. In the 10 mg/kg bw/d F0 females and F1 females of Cohort 1B, food consumption was consistently reduced during lactation (F0 females: 5% and F1 cohort B1

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

females: 13% below placebo-control). The food consumption of all animals in other cohorts in all dose groups remained unchanged.

Organ weights: absolute and relative ovary weights were reduced significantly in a dose-dependent manner in the F0 females. The weight decrease (absolute 97.067 mg; relative 0.045%) was below the historical control range values (absolute 109.542–130.320 mg; relative: 0.046 – 0.056%). This change was judged by the authors to be "attributed to physiological differences in the phases of the sexual cycle and not treatment-related". This reasoning is not clear, since the values were mean values compared to the mean values from the control animals.

Table 1. F0 ovary weight change (%) relative to the placebo controls. **p <=0.01

| Dose (mg/kg bw/d) | 0 | 1 | 3 | 10 |
|---|---|---|---|---|
| Absolute ovary weight | 100 | 99 | 94 | **88** |
| Relative ovary weight | 100 | 96 | 93 | **89** |

In the high-dose F0 parental females, body weights were consistently reduced during gestation and the first two weeks into lactation, which was caused by a reduced body weight gain during different sections of premating and gestation. No such effects were observed in the high-dose F0 parental males. Body weights of the high-dose Cohort 1A, Cohort 1B, Cohort 2A and Cohort 4B males were below the concurrent control throughout the in-life period after weaning (up to 11%). The difference gained statistical significance in Cohorts 1B and 2A, but was consistently present in all these cohorts. High-dose F1 females of Cohort 1B were similarly affected, and the decrease of body weight persisted throughout gestation and lactation period for the F2 litters. The high-dose F1 females of Cohort 1B were also affected by a reduction of body weight gain during pregnancy. Although all these changes were not consistent and mild, a substance relationship is considered as likely.

In addition, there were some changes in blood and enzyme parameters in F0 and F1 females at 10 mg/kg bw/d such as prolonged prothrombin time (i.e. reduced synthesis of coagulation factors), increased γ-glutamyl transferase (GGT) activity and reduced albumin levels indicative of an altered metabolic activity of the liver cells. A prolonged prothrombin time was also noted for the corresponding F0 and F1 males at this dose. In F0 females at 10 mg/kg bw/d higher red blood cell (RBC) counts, hemoglobin and hematocrit values were detected. This effect was also present at 10 mg/kg bw/d in F1 males and females, both with higher RBC and haemoglobin values.

Regarding pathology, the target organ was the liver. In the high-dose F0 females and Cohort 1A and 1B, a significant increase in absolute and relative liver weights was observed. When assessed histopathologically, these increases were associated with minimal to slight centrilobular hypertrophy accompanied by minimal to slight apoptosis/single cell necrosis of hepatocytes. Furthermore, periportal vacuolation and multinucleated hepatocytes were noted in a few animals. All of these findings together were considered as treatment-related and adverse. At 3 mg/kg bw/d a significant liver weight increase in F0, Cohort 1A and 1B females was within the historical control range values and occurred without a histopathological correlate, thus, it was clearly considered not adverse. There were no indications from clinical examinations or from gross and histopathology that BMHCA (encapsulated) adversely affected the fertility or reproductive performance of the F0 and F1 parental animals up to and including the high dose of 10 mg/kg bw/d.

Estrous cycle data, on the whole sperm quality of males, mating behaviour, conception, gestation, parturition, lactation and weaning as well as sexual organ weights and gross and histopathological findings of these organs (specifically the differential ovarian follicle count)

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

were comparable between the rats of all groups including control and ranged within the historical control data of the test facility.

The only notable findings were slightly higher incidences of abnormal sperm in the cauda epididymidis in the high-dose F0 males (9.8+/-13.2% compared with 6.3+/-0.6% in the control males, mean +/-SD respectively). However, this effect was not present in the corresponding high-dose F1 males, had no influence on fertility and reproductive performance of the affected males and had no testicular histopathological correlate. Thus, the adversity and toxicological relevance of this finding is rather questionable.

For all liveborn male and female pups of the F0 and F1 parents, no test substance-induced signs of developmental toxicity were noted at dose levels as high as 3 mg/kg bw/d. Postnatal survival, pup body weight gain as well as post-weaning development of the offspring of this test group until puberty remained unaffected by the test substance. Furthermore, clinical and/or gross necropsy examinations of the F1 and F2 pups revealed no adverse findings. Pup body weight development of the high-dose F1 and F2 offspring was affected as these offspring weighed about 14-15% less than control after birth and did not recover until weaning. Organ weight changes observed at this dose were considered to be secondary to the changes in body weight.

There was no influence on postnatal pup survival.

Measurement of thyroid hormones revealed no effect caused by the test item, either in the F0 parental animals or in the F1 offspring.

Anogenital distance of all test substance treated F1 pups were comparable to the concurrent placebo-control values. Anogenital distance of the high-dose F2 male and female pups was statistically significantly below the concurrent placebo-control values (about 4%, respectively) and at the lower limit of historical control. In contrast, anogenital index of the high-dose male and female F1 and F2 pups were statistically significantly above the concurrent placebo-control values. Thus, the observed findings were solely a consequence of the lower body weight and not considered as a specific treatment-related effect.

The incidence of present nipples/areolas revealed no test substance-related effect. No treatment-related adverse effects were noted for the vaginal opening in all female F1 offspring or preputial separation in male F1 offspring, indicating no influence on sexual maturation of the F1 progeny. An observed 1 day delay in preputial separation of the male F1 offspring (10 mg/kg bw/d) was well within the historical control range of the test facility and can be attributed to the general developmental delay. It is thus not considered to be a direct test substance-related effect on male sexual maturation. No effect at all on the timing of male puberty was noted in the lower-dose groups.

Lower peripheral acetylcholinesterase (AChE) activities in serum erythrocytes and diaphragm tissue were found in male pups at PND 4 and in females at PND 76 of the high dose group, while no changes were found in the animals of the opposite sex at these time points. Although these results were not fully conclusive an inhibitory effect of the compound on the peripheral AChE activity in pups and adolescent rats cannot be excluded. However, no corresponding clinical signs of developmental neurotoxicity were evident in male and female F1 offspring at any dose level. There were no compound related effects on motor activity, auditory startle habituation, and in-the-field observation battery following exposure to the test compound in these animals.

The only notable finding in neurobehavioral testing was lower maximum amplitudes in the auditory startle response test of the high-dose F1 males of Cohort 2A. However, in comparison to corresponding vehicle control data and high-dose F1 Cohort 2A female data the placebo control values were rather unusually high. Moreover, no such findings were noted in the high dose F1 females and no corresponding effects were recorded for startle

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

response latency. Thus, this isolated observation was not considered as a treatment-related effect.

Neuropathology examinations in the form of brain weight determination, brain length and width measurements as well as brain morphometry and neuropathological examination by light microscopy did not reveal any neurotoxicological treatment-related findings.

There was no evidence that the test substance produced any developmental immunotoxicity. Neither T-cell dependent anti-SRBC IgM antibody response, nor absolute and relative lymphocyte subpopulation cell counts in the spleen tissue (B-, T-lymphocytes, CD4-, CD8- T lymphocytes and natural killer (NK) cells) displayed any treatment-related changes.

**Conclusion**

The extended one-generation reproduction toxicity study is predominantly designed to focus on reproductive and developmental effects that may occur as a result of pre- and postnatal exposure to a substance as well as an evaluation of systemic toxicity in pregnant and lactating females and young and adult offspring. Under the conditions of this study, the NOAEL for fertility and reproductive performance in the F0 and F1 parental rats was 10 mg/kg bw/d, the highest dose tested.

The NOAEL for developmental toxicity in the F1 and F2 progeny was 3 mg/kg bw/d (equivalent to a mean overall oral dose of 4.5 mg/kg bw/d), based on reduced pup body weights in the F1 and F2 offspring, which were observed at 10 mg/kg bw/d. As these weight reductions were only observed in the presence of maternal toxicity, including lower weight gain during pregnancy, they are not considered as an indication for specific developmental toxicity.

The NOAEL for developmental neurotoxicity (DNT) for the F1 progeny is 10 mg/kg bw/d, the highest dose tested. Although an inhibitory effect at this dose on the peripheral AChE activity in pups and adolescent rats cannot be excluded, there were no corresponding effects evident in the neurobehavioral or neuropathological examinations.

The NOAEL for developmental immunotoxicity (DIT) for the F1 progeny is 10 mg/kg bw/d, the highest dose tested.

The NOAEL for general, systemic toxicity is 3 mg/kg bw/d (equivalent to a mean overall oral dose of 4.5 mg/kg bw/d) for the F0 and F1 parental as well as adolescent animals, based on evidence for distinct liver toxicity, as well as corresponding effects on food consumption, body weights and clinical pathological parameters, which were observed at 10 mg/kg bw/d predominantly in females.

Ref.: BASF SE, 2015, 2017b, SMII, 4, 8

**SCCS comment**
The SCCS agrees that NOAEL for fertility and reproductive as well as systemic toxicity of p-BMHCA in this study is 10 mg/kg bw/d and the NOAEL for developmental toxicity is 3 mg/kg bw/d. However, the SCCS does not agree with the developmental neurotoxicity NOAEL since inhibition of AChE in different tissues at 10 mg/kg bw/d should be considered adverse.
Based on the overall assessment, the NOAEL value of 4.5 mg/kg bw/d could be applied for MoS calculation.

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II
_____

3.3.8.3   Developmental Toxicity

**Additional data from Applicant's submission II dossier**

No additional data.

**SCCS overall comment on reproductive toxicity based on studies from submission I and II**
In the previous Opinion (SCCS/1540/14) the SCCS concluded that based on the study in which pregnant female rats were exposed to p-BMHCA at 5, 15 or 45 mg/kg bw/d (BASF SE, 2004, RIFM# 52014), a NOAEL based on developmental toxicity could be set at 5 mg/kg bw/day. This value was identical to the one defined for general systemic toxicity in rats based on repeated dose (90-days) toxicity studies (Givaudan, 1990a, RIFM #12144, Givaudan, 1990i, RIFM #12143).
However, based on the study provided with submission II, the SCCS considers that the NOAEL for developmental toxicity should be set 4.5 mg/kg bw/d.

**3.3.9     Toxicokinetics**

**From submission I**

**SCCS conclusion on toxicokinetics**
Quantitative data on the toxicokinetics of p-BMHCA are available from rat, mouse, rabbit, guinea pig, dog and rhesus monkey and human studies. Given its physicochemical properties, p-BMHCA is likely to have high bioavailability via the oral route. After oral and dermal administration to experimental animals and humans, there is clear evidence of systemic absorption of p-BMHCA. However, in humans compared to rats, only limited percutaneous absorption of p-BMHCA (in EtOH) could be observed *in vivo* (1.4% vs. 19%).
Species-specific differences in the metabolism of p-BMHCA have been identified both *in vitro* and *in vivo*. Lysmerylic acid was the main hepatic metabolite in all species tested. Quantitative evaluation of metabolic profiles for different species in an *in vitro* metabolism study demonstrated much higher levels of p-tert-butylbenzoic acid (TBBA) formation by rat hepatocytes when compared to other species. In particular, TBBA levels observed in human hepatocytes were about 4-fold lower compared to rat hepatocytes at corresponding concentrations. Comparative assessment of the urinary metabolites in different animal species again uncovered differences in the urinary excretion of TBBA (and p-tert-butyl-hippuric acid, TBHA), with rats being the species that predominantly forms TBBA. However, the differences observed between rats and monkeys did not mirror the 4-fold difference in TBBA formation as seen with rat and human liver microsomes *in vitro*.

3.3.9.1   Metabolism *in vitro*

**Additional data from Applicant's submission II dossier**

No additional data.

3.3.9.2   Toxicokinetics in laboratory animals

**Additional data from Applicant's submission II dossier**

No additional data.

Exhibit 6

---

3.3.9.3   Toxicokinetics in humans

**Additional data from Applicant's submission II dossier**

| | |
|---|---|
| Guideline/Method: | Explorative metabolism and excretion study after a single oral dose according to an ethically approved protocol |
| Species: | Human |
| Group size: | 5 healthy volunteers (3 females, 2 males, age range: 23 – 32 years) |
| Test substances: | p-BMHCA |
| Batch: | no data (purity: no data) |
| Dose level: | 5.26 mg/volunteer |
| Vehicle: | Ethanol |
| Route: | Oral |
| Exposure: | Single |
| Application procedure: | 52.6 mg p-BMHCA dissolved in ethanol using a 10 mL volumetric flask. Each volunteer received a chocolate-coated edible waffle cup containing 1 mL spiked ethanol (exact 5.26 mg p-BMHCA, equivalent to 25.7 µM) and approximately 20 mL coffee, milk or water, depending on the choice of the volunteers |
| Urine samples: | immediately prior to exposure up to 48h after exposure |
| GLP: | No data |
| Study period: | No data |

**Material and methods**

The metabolism and excretion kinetics of p-BMHCA was investigated in an explorative study in human volunteers after application of a single oral dosage. The study was performed in accordance with the ethical standards of the Declaration of Helsinki (1964) and was approved by the Ethics Commission of the Ruhr University Bochum (Reg. No.:5105-14). The primary intention of this investigation was to develop a human biomonitoring method (HBM) including identification of suitable biomarkers of exposure in human urine and basic toxicokinetics. In addition, urinary conversion factors (CF) were deduced from the toxicokinetics results to allow the back-calculation of the exposure doses of p-BMHCA from urinary metabolite levels of the 40 adult volunteers.

Five healthy subjects (3 females, 2 males) were orally dosed once with p-BMHCA. Each volunteer received a chocolate-coated edible waffle cup containing 1 mL spiked ethanol (exact 5.26 mg lysmeral, equivalent to 25.7 µmol) and approximately 20 mL coffee, milk or water, depending on the choice of the volunteers. Urine was collected immediately before and for 48h after administration and frozen (< - 20°C) until analysis. The p-BMHCA metabolites lysmerol, lysmerylic acid, hydroxylated lysmerylic acid and 4-tert-butylbenzoic acid (TBBA) were determined in all urine samples by a newly developed UPLC-MS/MS (ultra-high-pressure liquid chromatography combined with tandem mass spectrometry) method. The derived conversion factors (CFs) were applied to spot urines samples of 40 health subjects (33 males, 7 females). The toxicokinetic variables for the urinary excretion of the p-BMHCA metabolites were evaluated individually for each subject. Where appropriate, means, standard deviations (SD) and medians were calculated. The amount of metabolites excreted after 3, 6, 12 and 24h were obtained by linear interpolation.

**Results**

The peak amounts of the 4 metabolites were excreted between 3 and 6h after oral p-BMHCA application. The primary metabolites lysmerol (2) and lysmerylic acid (3) appeared slightly earlier in the urine than the secondary metabolites hydroxyl-lysmerylic acid (9) and TBBA (4). After 12 and 24h more than 90 and 97%, respectively, of the p-BMHCA metabolites were excreted in the urine. The authors regarded excretion of these metabolites as complete by 48h after the oral intake.

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

After 48h, the urinary excreted metabolites of p-BMHCA are dominated by TBBA (4) representing about 14.3% of the administered dose, followed by lysmerol (2), yielding 1.82% of the dose after 48 h. Hydroxy-lysmerylic acid (9) and lysmerylic acid (3) represented only 0.20% and 0.16% of the dose, respectively. In total, the 4 metabolites represented about 16.5% of the dose. Average times for peak excretion (tmax) were 2.2 h and 4.64 h for lysmerol (2) and TBBA (4) and 3.1 h for both lysmerylic acid (3) and hydroxyl-lysmerylic acid (9). After 24 h, between 95% (TBBA) and 99% (lysmerol) were excreted. The elimination half-lives (t½) were found to be lower for the primary metabolites lysmerol (2) and lysmerylic acid (3) (1.19 h and 1.25 h, respectively) than for the secondary metabolites hydroxyl-lysmerylic acid (9) and TBBA (4) (1.39 h and 1.40 h, respectively).

Volunteers CF values were applied to 40 urine samples collected by subjects of the general population. Creatinine standardised urinary p-BMHCA metabolite levels were used for back calculation of the uptake dose. The CF derived with the molar sum of all four metabolites (2 + 3 + 9 + 4) yielded a median uptake dose of 224 µg/d.

**Conclusion**
This explorative metabolism study confirmed that TBBA, lysmerol, lysmerylic acid and hydroxyl-lysmerylic acid are major urinary p-BMHCA metabolites in humans. Therefore, they can be considered as possible biomarkers for assessing exposure in human biomonitoring studies. While TBBA is quantitatively the most dominant p-BMHCA metabolite in urine, its specificity might be hampered by other sources of TBBA apart from p-BMHCA. The three other metabolites, carrying the full p-BMHCA backbone, are considered as specific to p-BMHCA representing about 2% of the oral dose.

Peak excretion for all metabolites occurred between 2 and 5h after oral application, with the primary metabolites (lysmerol and lysmerylic acid) being excreted about 1h earlier than the secondary metabolites (hydroxylated lysmerylic acid and TBBA). More than 90% of all measured lysmeral metabolites were excreted after 12h, with the renal excretion being virtually complete after 48h. After this time period, TBBA, lysmerol, lysmerylic acid and hydroxyl-lysmerylic acid represent on average 14.3, 1.82, 0.20 and 0.16%, respectively, of the dose administered. In total, the 4 metabolites determined represent about 16.5% of the dose. Back-calculation of the exposure dose in 40 adult subjects from the general population resulted in median daily doses of 140–220 µg/d p-BMHCA, depending on the inclusion or exclusion of TBBA in the combined urinary conversion factors.

Ref.: Scherer *et al.,* 2016, SMII: 22

| 3.3.10 | **Photo-induced toxicity** |
|---|---|

**From submission I**

**SCCS conclusion on photo-induced toxicity**
Based on the data and studies available, p-BMHCA is unlikely to exhibit photo-induced toxicity (irritation or sensitisation) in guinea pigs.

| 3.3.10.1 | Phototoxicity / photo-irritation and photosensitisation |
|---|---|

**Additional data from Applicant's submission II dossier**

No additional data.

| 3.3.10.2 | Photomutagenicity / photoclastogenicity |
|---|---|

**Additional data from Applicant's submission II dossier**

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II

_____

No additional data.

---

### 3.3.11 Human data

**From submission I**

**SCCS conclusion on human data**
There is no evidence that p-BMHCA exhibits photo-induced toxicity. However, undiluted p-BMHCA is a proven skin irritant. In most HRIPT studies, p-BMHCA – when being dissolved in a mixture of ethanol and diethyl phthalate – did not provoke skin sensitising reactions after dermal application at concentrations of up to 25%. Conversely, p-BMHCA dissolved in petrolatum already caused positive skin reactions in this assay at concentrations of 5%, thus demonstrating the influence of the vehicle being used to administer the compound onto skin. Additional data from clinical populations also point to sensitising properties of p-BMHCA, albeit at only low frequencies. Reactions were only occasionally observed at concentrations of <5%. Overall, mainly based on clinical studies, the SCCS considers p-BMHCA as an "established contact allergen in humans", an opinion it has held since 2012 (SCCS, 2012).

### 3.3.11.1. Irritation

**Additional data from Applicant's submission II dossier**

No additional data.

### 3.3.11.2. Sensitisation

**Additional data from Applicant's submission II dossier**

No additional data.

### 3.3.11.3. Other clinical data

Recently, the working group of Schnuch *et al.* 2015 analysed the frequency of sensitisation to 26 fragrances in 5451 products including p-BMHCA to be labelled according to current EU legislation.
Use volumes were provided by the International Fragrance Association (IFRA). Data on sensitization frequency generated by the Information Network of Departments of Dermatology (IVDK) network between 2007 and 2009 and specifically 2008 were used. Results of patch testing on the 26 labelled fragrances (1870 patients (in 2008: n=823) were analysed. The proportion of reactions to single constituents in breakdown testing in fragrance mix positives from testing the standard series was extrapolated to the study population (n = 1870) yielding the frequency of sensitisation to single constituents. The relative frequency of sensitisation was calculated as the share of sensitisation to a single allergen (%) relative to the total of sensitisation (=100%) to fragrances. Sensitisation exposure quotient (SEQ) as an estimate of sensitisation risk associated with exposure to the respective fragrance was calculated as the quotient of the relative frequency of sensitisation divided by the relative frequency of use. The SEQ varied greatly, offering a ranking regarding risk of sensitisation.

Although p-BMHCA was highly used in terms of the relative volume sold (standardised market share) of 19.42%, only 0.7% of the 1870 patients tested showed a positive allergic reaction. The share of positive reactions to p-BMHCA was calculated to be 2.9% (confidence interval (CI): 1.5 - 4.9) and the resulting sensitisation exposure quotient (SEQ) of 0.15 indicated a low risk of sensitisation.

Ref.: Schnuch *et al.,* 2015 (SMII: 23)

**SCCS comment**
The study confirms that, while p-BMHCA is a sensitiser, however, the risk of sensitisation at current use levels is low.

| 3.3.12   Special investigations |
|---|

**Additional data from Applicant's submission II dossier**

The possible estrogenic activity of p-BMHCA (source: Sigma, Poole, UK, purity: ≥ 95%) was examined in an explorative screening assay in MCF7 human breast cancer cells *in vitro*. At 3.000.000-fold molar excess, p-BMHCA partially displaced [$^3$H]-estradiol from recombinant human estrogen receptors ERα and ERβ and from cytosolic estrogen receptor of MCF7 cells. At concentrations in the range of $5\times10^{-5}$ to $5\times10^{-4}$ M it increased the expression of a stably integrated estrogen-responsive reporter gene (ERE-CAT) and of the endogenous estrogen-responsive *pS2* gene in MCF7 cells. However, the increase was clearly below the positive control 17β-estradiol ($10^{-8}$ M). Para-BMHCA led to an increase of the proliferation of the estrogen-dependent MCF7 cells over 7 days. This effect was inhibited by the anti-estrogen fulvestrant, suggesting an ER-mediated mechanism.
Although the extent of stimulation of proliferation over 7 days was lower with p-BMHCA than with $10^{-8}$ M 17β-estradiol, given a longer time period of 35 days the extent of proliferation with $10^{-4}$ M increased to the same magnitude as observed with $10^{-8}$ M 17β-estradiol over 14 days. Based on these observations the authors concluded that p-BMHCA is able to induce estrogenic responses in the MCF7 human breast cancer cell line *in vitro*.

Ref.: Charles and Darbre, 2009, SMII: 10

However, *in vitro* receptor-binding alone does not inform whether specific exposures to that substance may lead to adverse effects *in vivo*. For p-BMHCA, there is ample evidence from a variety of *in vivo* studies of a lack of adverse effects on female reproductive organs or fertility. Especially the most recent extended one-generation reproduction toxicity study led to no effects on fertility or on reproductive or endocrine organs (see section 6.8.2). Furthermore, the adverse testicular effects of p-BMHCA in sensitive species appear not to be endocrine-related, but due to overt toxicity to seminiferous tissues including a clear threshold.
Para-BMHCA (no data on source, batch or purity) and its main metabolite p-tert-butylbenzoic acid (TBBA) (no data on source, batch or purity) were tested for agonist and antagonist activities against human RARα, RARβ and RARγ receptors under GLP conditions. The tested concentrations ranged between 0.0013 – 100 μM. All treatment concentrations were performed in triplicate. DMSO was used as solvent and examined as negative control. Agonists (9-cis-retinoic acid, all-trans-retinoic acid) and antagonists (BMS195614, CD2665) were used as reference compounds. For all treatment groups, the DMSO concentration was normalised to a final concentration of 0.1%. 100 μl of each treatment medium was dispensed into triplicate assay wells pre-dispensed with the Reporter Cells. Assay plates were incubated at 37°C for 24 h. In the agonist assays, p-BMHCA and TBBA exhibited no agonist activity towards human RARα and RARβ receptors. Para-BMHCA showed very low-level, non-dose-dependent agonist activity towards human RARγ receptor (about 2.5 fold activation at 4.0 μM only), which is finally considered as biologically not relevant. In the

Opinion on the safety Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II
_____

antagonist assays, none of the test compounds showed antagonist activity towards human RARα and RARβ and RARγ receptors.

Ref.: Indigo Biosciences, 2016, SMII: 15

**SCCS comment**

In *in vitro* experiments a potential p-BMHCA estrogenic activity has been noted but at a higher concentration than observed for the reference. However, as only estrogenic activity was investigated, the SCCS cannot exclude an endocrine mediated mode of action for p-BMHCA.

| 3.3.13   Safety evaluation (including calculation of the MoS) |
|---|

According to the mandate/ToR, there are the following different categories to be considered in the exposure assessment (numbers for relative daily exposure [mg/kg bw/day] according to the SCCS's NoG 2018 and Tozer *et al.,* 2004):

| Product types | Finished product concentration (%) | Relative daily exposure [mg/kg bw/day] |
|---|---|---|
| Hydroalcoholic-based fragrances (e.g. Eau de Toilette, perfume, Aftershave, Cologne)* | 1.42 | 7.17 |
| Deodorants | 0.09 | 22.08 |
| Make up products | 0.04 | |
| eye make-up | | 0.33 |
| make-up remover | | 8.33 |
| liquid foundation | | 7.9 |
| mascara | | 0.42 |
| eyeliner | | 0.08 |
| Face cream | 0.05 | 24.14 |
| Hand cream | 0.05 | 32.7 |
| Body lotion | 0.06 | 123.2 |
| Hair styling | 0.04 | 5.74 |
| Bath cleansing products | 0.1 | |
| soap | | 3.33 |
| shower gel | | 2.79 |
| rinse-off conditioner | | 0.67 |
| shampoo | | 1.51 |

* Maximum finished product concentration for hydroalcoholics on shaved skin is 0.6%

For calculation of MoS the percutaneous absorption study using human skin (BASF, 2016) was used. Based on the SCCS requirements, the mean absorption + 1 SD was taken for:
- "Water in oil" (24h): (Absorbed dose+1SD) + (Epidermis+1SD) + (Dermis+1SD) = (4.83+3.54) + (0.74+0.31) + (0.73+0.35) = 10.5%
- "Oil in water" (24h): (Absorbed dose+1SD) + (Epidermis+1SD) + (Dermis+1SD) = (4.77+2.16) + (0.69+0.31) + (0.78+0.17) = 8.9%

Based on significant deviations from the SCCS requirements, the mean + 2 SD was taken for:
- "Ethanol in water" (24h) = (Absorbed dose+2SD) + (Epidermis+2SD) + (Dermis+2SD) = (5.31+2*2.22) + (1.50+2*0.49) + (0.71+2*0.28) = 13.5%
- "Silicone in water" (24h) = (Absorbed dose+2SD) + (Epidermis+2SD) + (Dermis+2SD) = (3.50+2*1.31) + (0.96+2*0.18) + (0.64+2*0.23) = 8.5%

By considering the percentage of p-BMHCA suggested permissible in the product, the application of these numbers would result in the following SED values:

| Product types | Finished product concentration (p-BMHCA %) | Relative daily exposure [µg/kg bw/day] | Type of product | p-BMHCA fraction absorbed | Systemic Exposure Dose [µg/kg bw/day] |
|---|---|---|---|---|---|
| Hydroalcoholic-based fragrances (e.g. Eau de Toilette, perfume, Aftershave, Cologne) | 1.42 | 7170* | Hydroalcoholic | 0.135 | 13.745 |
| Deodorants | 0.09 | 22080 | Hydroalcoholic | 0.135 | 2.683 |
| Make up products<br>eye make-up<br>make-up remover<br>liquid foundation<br>mascara<br>eyeliner | 0.04 | 330<br>8330<br>7900<br>420<br>80 | Oil in water | 0.089<br>0.089<br>0.089<br>0.089<br>0.089 | 0.012<br>0.297<br>0.281<br>0.015<br>0.003 |
| Face cream | 0.05 | 24140 | Water in oil | 0.105 | 1.267 |
| Hand cream | 0.05 | 32700 | Water in oil | 0.105 | 1.717 |
| Body lotion | 0.06 | 123200 | Oil in water | 0.089 | 6.579 |
| Hair styling | 0.04 | 5740 | Oil in water | 0.089 | 0.204 |
| Bath cleansing products<br>soap<br>shower gel<br>rinse-off conditioner<br>shampoo | 0.1 | 3330<br>2790<br>670<br>1510 | Oil in water | 0.089<br>0.089<br>0.089<br>0.089 | 0.296<br>0.248<br>0.060<br>0.134 |
| | | | | Aggregated SED | 28.15 |

* value of systemic exposure based on Tozer *et al.*, 2004

Exhibit 6

The use of a first-tier deterministic approach (adding all of the numbers derived above) leads to the total SED level of **0.0281 mg/kg bw/day.**

**CALCULATION OF THE MARGIN OF SAFETY (aggregate exposure)**

**Total systemic exposure dose (SED)**                     =    **0.0281 mg/kg bw**

**No observed adverse effect level NOAEL$_{sys}$**           =    **4.5 mg/kg bw/d**
**(EOGRTS, oral, rat)Bioavailability 50% * NOAEL$_{sys}$**   =    **2.25 mg/kg bw/d**

| **Margin of Safety (MOS)** | **NOAEL$_{sys}$/SED** | = | **80** |
|---|---|---|---|

* Standard procedure according to the SCCS's Notes of Guidance for the testing of cosmetic ingredients and their safety evaluation, 2018.

**Individual MoS calculations for the respective product groups:**

| Product types | Systemic Exposure Dose [µg/kg bw/day] | Individual MoS calculations for the respective product groups |
|---|---|---|
| Hydroalcoholic-based fragrances (e.g. Eau de Toilette, perfume, Aftershave, Cologne) | 13.745 | 327 |
| Deodorants | 2.683 | 1677 |
| Make up products<br>eye make-up<br>make-up remover<br>liquid foundation<br>mascara<br>eyeliner | 0.012<br>0.297<br>0.281<br>0.015<br>0.003 | 7409 |
| Face cream | 1.267 | 3551 |
| Hand cream | 1.717 | 2621 |
| Body lotion | 6.579 | 684 |
| Hair styling | 0.204 | 22022 |
| Bath cleansing products<br>soap<br>shower gel<br>rinse-off conditioner<br>shampoo | 0.296<br>0.248<br>0.060<br>0.134 | 6092 |

Para-BMHCA is also used as a fragrance ingredient in some non-cosmetic products such as household cleaners and detergents (see section 3.2). As no specific exposure data were made available to SCCS to assess exposure following these non-cosmetic uses, it was not possible to include them in the aggregated exposure scenarios. Therefore, the actual total exposure of the consumer may be higher than exposure from cosmetic products alone.

Exhibit 6

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II
_____

3.3.14   Discussion

*Physicochemical properties*

Based on the previous SCCS Opinion (SCCS/1540/14):
Para-BMHCA is a colourless to pale yellow liquid carrying a mildly floral odour, reminiscent of cyclamen and lily of the valley. It is commercially available at a purity of ≥97.5% (w/w). According to the applicant the degree of purity can be as high as ≥99.5% (w/w). Possible impurities include 3-(3-*tert*-butylphenyl)-2-methylpropanal and lysmerylic (lilac) acid. The latter compound results from air oxidation in aqueous solutions at pH7 and 25°C. However, since alpha-tocopherol (CAS 59-02-9) is added as a stabilizer directly after the production process, only low concentrations of the corresponding acid are found in Lysmeral®Extra, i.e. a market-relevant ingredient.

*General toxicity*

Based on the previous SCCS Opinion (SCCS/1540/14) and submission II:
The acute toxicity after all relevant routes of application of BHMCA was investigated in rats and rabbits. Based on the $LD_{50}$ values obtained, the acute (lethal) toxicity of p-BMHCA can be considered moderate (>1300 mg/kg bw, oral route) or low (>2000 mg/kg bw, dermal route). However, a single oral application of 50 mg p-BMHCA per kg body weight in male rats already led to testicular atrophy in 2 out of 5 animals. An inhalation toxicity test in rats led to no mortalities but to signs of systemic toxicity after exposure to a saturated atmosphere.
The data on acute toxicity of p-BMHCA provided in Submission II do not change the previous SCCS conclusion (SCCS/1540/14).

*Repeated dose toxicity*

Based on the previous SCCS Opinion (SCCS/1540/14):
The toxicity of p-BMHCA after repeated oral application was investigated in several species. Decreases in body weights and food consumption and/or clinical signs of toxicity were observed after subacute oral administration of p-BMHCA at doses of ≥50 mg/kg bw/day (rats) and ≥200 mg/kg bw/day (dogs). Clinical chemistry and histopathological examinations repeatedly revealed adverse effects on the liver and male reproductive system (testicular toxicity). In a 90-day GLP study in rats BMHCA dose-dependently induced systemic toxicity in both sexes at levels of ≥25 mg/kg bw/day and testicular toxicity in males at ≥50 mg/kg bw/day. Thus oral NOAEL values of 5 mg/kg bw/day and 25 mg/kg bw/day were derived for systemic effects and reproductive effects, respectively.

*Reproductive toxicity*

Based on the previous SCCS Opinion (SCCS/1540/14) and submission II:
Adverse effects of p-BMHCA on the male reproductive system have been consistently observed in several repeated dose and reproduction toxicity studies. A NOAEL of 25 mg/kg bw/day in male rats with regard to this endpoint is substantiated by studies applying the compound for 5 days, 90 days or in the frame of a 1-generation study over 6 weeks prior to mating. In all investigations available, testicular toxicity in rats was accompanied by signs of systemic toxicity. By contrast, other species such as mice and dogs were less sensitive. In dogs, a NOAEL of 40 mg/kg bw/day has been established based on the onset of testicular toxicity after treatment periods of 2 weeks and 3 months. So, from the animal data available, male rats revealed as the most sensitive species with regard to p-BMHCA-mediated testicular toxicity. On the other hand, in female rats developmental toxicity was accompanied by systemic toxicity and found already at lower concentrations. Here, a NOAEL is to be set at 5 mg/kg bw/day. This value is identical to the one defined for general systemic toxicity in rats based on repeated dose toxicity studies. The data available point to

rats as most sensitive animal species tested. Toxicokinetic studies revealed that hepatic metabolism of p-BMHCA in rats results in significantly higher levels of p-tert-butylbenzoic acid (TBBA) when compared to other species. The SCCS is aware of older short-term studies applying TBBA to rats via the oral route and suggesting that this metabolite may also exert testicular toxicity (along with systemic toxicity). However, the doses applied in these studies from the 1960s – 1980s were high and the quality of the studies generally low. The data available therefore do not support the conclusion that this metabolite would be mainly responsible for the testicular effects observed with p-BMHCA in rats.

In the extended one-generation reproduction toxicity study which results were provided in submission II, the NOAEL for general, systemic toxicity of p-BMHCA applied in encapsulated form at 1, 3, or 10 mg/kg bw/d, was established at 3 mg/kg bw/d for the F0 and F1 parental as well as adolescent animals, based on evidence for distinct liver toxicity. This value was further supported by corresponding effects on food consumption, body weights and clinical pathological parameters, which were observed at 10 mg/kg bw/d predominantly in females. The NOAEL for fertility and reproductive toxicity of p-BMHCA in this study could be established at 10 mg/kg bw/d. The NOAEL for developmental toxicity in the F1 and F2 progeny was 3 mg/kg bw/d (equivalent to a mean overall oral dose of 4.5 mg/kg bw/d), based on reduced pup body weights in the F1 and F2 offspring, which were observed at 10 mg/kg bw/d. This NOAEL for developmental toxicity is used for the calculation of the MoS. As these weight reductions were only observed in the presence of maternal toxicity, including lower weight gain during pregnancy, they are not considered as an indication for specific developmental toxicity.

### *Irritation/sensitisation*

Based on the previous SCCS Opinion (SCCS/1540/14):
Para-BMHCA as neat compound is irritating to the skin and eyes of rabbits. A solution of 2% p-BMHCA in propylene glycol led to mild skin erythema. In general the observed effects occurred transiently and were reversible. In a special investigation, p-BMHCA also displayed the potential of inducing respiratory irritation at high concentrations (starting at about 70 µg/L in the atmosphere). In humans 10 and 20% p-BMHCA (dissolved in 75% ethanol/25% diethyl phthalate) led to faint, minimal erythema in 1 and 2 out of 25 volunteers, respectively.

Para-BMHCA is considered to be a moderate skin sensitiser based on several positive LLNA studies. However, human patch-test data show that the risk of sensitisation in consumers at current use levels is low.

### *Dermal absorption*

Based on the previous SCCS Opinion (SCCS/1540/14) and submission II:
Administration of p-BMHCA onto the skin of both experimental animals and humans demonstrated permeation and systemic availability of this compound. Further, *in vitro* studies demonstrated solvent dependent and species specific effects. The bioavailable portion was found much higher in rats (>50%) when compared to mini pigs (<5%). Applying real cream formulations of 0.6% p-BMHCA, again rat skin allowed a much higher absorption (>45%) than mini pig skin (about 25%). In the latter the fraction of bioavailable p-BMHCA increased from 4.9% (EtOH solution) to 25% (cream formulation).
*In vivo*, percutaneous absorption of p-BMHCA in humans was lower when compared with rats (1.4 vs. 19%). The range in 3 volunteers observed was 0.8 – 2.4% (excreted in urine within 24 hours). So, the absorption found in humans for ethanolic solutions of p-BMHCA was comparable to that was has been found in excised mini pig skin.
In the study on percutaneous study provided in submission II the SCCS identified significant deviations from the SCCS requirements. According to SCCS 1358/10, recovery should be between 85 - 115%. The overall recovery of p-BMHCA tested in formulations 1 ("ethanol in water") and 2 ("silicone in water") was not within this acceptance range, even under the

semi-occlusive conditions used. According to SCCS 1564/15, in the case of substances with very low dermal absorption and limited permeation (e.g. colourants or UV-filters with high molecular weight and low solubility), the epidermis may be excluded when it is demonstrated that no movement of the chemicals from the skin reservoir to the receptor fluid occurs. Para-BMHCA did not fulfil these criteria. Therefore, all p-BMHCA present in the living epidermis had to be taken into account for the dermal absorption. Based on the SCCS requirements, the mean + 1 SD was taken for MoS calculation for "Water in oil" (24h) = 10.5% and "Oil in water" (24h) =8.9%; the mean + 2 SD was taken for MoS calculation for "Ethanol in water" (24h) = 13.5% and "Silicone in water" (24h) = 8.5%.

### *Mutagenicity*

Based on the previous SCCS Opinion (SCCS/1540/14) and submission II:
In its previous Opinion (SCCS/1540/14) the SCCS concluded that neither *in vitro* gene mutation nor *in vitro* chromosomal damage could be excluded based on the data provided in submission I. Similarly, due to the lack of sufficient and detailed information, it was also impossible to draw a firm conclusion from the *in vivo* micronucleus report provided.
Based on the analysis of additional reports provided in submission II the SCCS considered that the data did not allow excluding potential genotoxic effects of p-BMHCA because:
- In the tests on gene mutations in bacteria:
  o p-BMHCA was confirmed to induce gene mutations in TA1535 strain
  o The study based on the Ames test was considered to be of limited value as: positive controls used did not clearly demonstrate positive response, no information on historical controls was available and p-BMHCA was tested in low concentrations,
- In the tests on chromosomal aberrations *in vitro*:
  o The study on micronucleus test on human peripheral blood lymphocytes was considered to be of limited value as: p-BMHCA was tested without metabolic activation, limited information was provided on treatment of cells, cytotoxicity or on study methodology and no information on historical controls was available,
- In the comet assay *in vitro*:
  o The study on human colonic epithelial cells was considered to be of limited value as: only 24h exposure was used though shorter incubation times (3-4h treatment) should have also been used, at least 3-5 concentrations ranging from non-toxic up to mild toxic (around 80% viability) should be used, testing only one concentration of 100 µg/mL was not justified.
Based on analysis of data provided in submission I and additionally in submission II, the SCCS maintained its previous opinion that no firm conclusion could be drawn on mutagenicity of p-BMHCA.

Based on Supplement I to Submission II:
In response to the SCCS preliminary opinion (December 2017) the Applicant committed to conduct two additional genotoxicity tests, i.e. an AMES test and an in vitro micronucleus test using a representative and market-relevant specification of p-BMHCA as a test substance.
The results of the new bacterial gene mutation test provided in December 2018 confirmed negative effects of p-BMHCA.
Based on evaluation of all available gene mutation data (including the findings from the gene mutation tests in mammalian cells), the SCCS is of the opinion that a potential of p-BMHCA with 200 ppm alpha-tocopherol to induce gene mutations can be excluded.
The results of the new in vitro micronucleus test in human lymphocytes confirmed that p-BMHCA with 200 ppm alpha-tocopherol did not induce any relevant increase in the number of cells containing micronuclei. Based on evaluation of all available cytogenotoxicity data the SCCS is of the opinion that p-BMHCA with 200 ppm alpha-tocopherol has no potential to induce clastogenic or aneuploidic damage

Exhibit 6

_____

### Carcinogenicity

Based on the previous SCCS Opinion (SCCS/1540/14):
No specific investigations available. There is no evidence from repeated dose studies in animals that p-BMHCA is capable of inducing cancer.

### Toxicokinetics

Based on the previous SCCS Opinion (SCCS/1540/14) and submission II:
Quantitative data on the toxicokinetics of p-BMHCA are available from rat, mouse, rabbit, guinea pig, dog and rhesus monkey and humans. Given its physicochemical properties, p-BMHCA is likely to have high bioavailability via the oral route. Similarly, data after dermal administration clearly demonstrates that p-BMHCA becomes systemically available in animals and humans.

Species specific differences in the metabolism of p-BMHCA have been identified *in vitro* as well as *in vivo*. Still, lysmerylic acid (oxidation product) was the main hepatic metabolite in all species tested. Quantitative evaluation of the metabolic profiles in different species *in vitro* demonstrated much higher levels of *p-t*-butyl-benzoic acid (TBBA) formation by rat hepatocytes when compared to other species. Older studies with rats also provided some evidence of testicular toxicity induced by TBBA, suggesting that this metabolite might be involved in the effects triggered upon application of its parent.

TBBA levels observed in human hepatocytes were about 4-fold lower compared to rat hepatocytes at corresponding concentrations. Comparative assessment of the urinary metabolites in different animal species again uncovered differences in the urinary excretion of TBBA (and TBHA), with rats being the species that predominantly forms TBBA. However, the differences observed between rats and monkeys did not mirror the 4-fold difference in TBBA formation as seen with rat and human liver microsomes *in vitro*.

The data on metabolism of p-BMHCA provided in submission II confirmed that TBBA, lysmerol, lysmerylic acid and hydroxyl-lysmerylic acid are major urinary p-BMHCA metabolites in humans. Peak excretion for all metabolites occurred between 2 and 5 h after oral application, with the primary metabolites (lysmerol and lysmerylic acid) being excreted about 1 h earlier than the secondary metabolites (hydroxylated lysmerylic acid and TBBA). After 48 h, TBBA, lysmerol, lysmerylic acid and hydroxyl-lysmerylic acid represent on average 14.3, 1.82, 0.20 and 0.16%, respectively, of the dose administered.

As there are no oral bioavailability data available, a default value of 50% is used to calculate systemic NOAEL.

### Human data

/

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II
_____

## 4. CONCLUSION

*1. Does the SCCS consider Butylphenyl methylpropional (p-BMHCA) safe for use as a fragrance ingredient in cosmetic leave-on and rinse-off type products in a concentration limit(s) according the ones set up by IFRA as reported above?*

On individual product basis, Butylphenyl methylpropional (p-BMHCA) (CAS 80-54-6) with alpha-tocopherol at 200 ppm, can be considered safe when used as fragrance ingredient in different cosmetic leave-on and rinse-off type products. However, considering the first-tier deterministic aggregate exposure, arising from the use of different product types together, Butylphenyl methylpropional at the proposed concentrations cannot be considered as safe.

This Opinion is not applicable to the use of p-BMHCA in any sprayable products that could lead to exposure of the consumer's lung by inhalation.

*2. Does the SCCS have any further scientific concerns with regard to the use of Butylphenyl methylpropional (p-BMHCA) as a fragrance ingredient in cosmetic leave-on and/or rinse-off type products?*

Evaluation of this substance by other scientific bodies (e.g. under REACH) should also be taken into consideration by the Applicant for potential future assessment of the substance.
Butylphenyl methylpropional is also used as a fragrance ingredient in some non-cosmetic products such as household cleaners and detergents. As no specific exposure data were made available to SCCS to assess exposure following these non-cosmetic uses, it was not possible to include them in the aggregated exposure scenarios. Therefore, the actual total exposure of the consumer may be higher than exposure from cosmetic products alone.

## 5. MINORITY OPINION

/

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

_____

## 6. REFERENCES

### A: Submission I (SMI) References

1. An S, Lee AY, Lee CH, Kim DW, Hahm JH, Kim KJ, Moon KC, Won YH, Ro YS, Eun HC (2005) Fragrance contact dermatitis in Korea: A joint study, Contact Dermatitis, 53, 320-323, #44164

2. Api AM, Basketter DA, Cadby PA, Cano MF, Ellis G, Gerberick GF, Griem P, McNamee PM, Ryan CA, Safford (2008) Dermal sensitization quantitative risk assessment (QRA) for fragrances, Regular Toxicol. Pharmacol., 52, 2-23, #55663

3. BASF SE (1981) Industrial Hygiene Orientating Investigation (German: Gewerbetoxikologische Vorpruefung), Lilial (liquid), BASF SE, Department of Toxicology, Ludwigshafen, Germany, Substance No. 79/166, unpublished data, 02 January 1981, #63831

4. BASF SE (2002) Summary of results – Palatability study in Wistar rats – Administration in the diet for 2 weeks; Project No. 10S0369/01114, Experimental Toxicology and Ecology, BASF SE, Ludwigshafen, Germany, unpublished data, 17 February 2002, #63833

5. BASF SE (2004) Lysmeral (p-t-Butyl-alpha-methylhydrocinnamic aldehyde): Prenatal developmental toxicity study in Wistar rats, BASF SE, Experimental Toxicology and Ecology, Project No. 30R0369/01130, BASF SE, Ludwigshafen, Germany, unpublished data, 20 August 2004, #52014

6. BASF SE (2006a) Lysmeral (p-t-Butyl-a-methylhydrocinnamic aldehyde) – TP/Placebo – TP (Sonnenblumenoel): One-generation reproduction toxicity study in Wistar rats, (rangefinding), oral administration (diet), Project No. 15R0418/03040, BASF SE, Experimental Toxicology and Ecology, Ludwigshafen, Germany, unpublished data, 24 April 2006 for RIFM, Woodcliff Lake, NJ, USA, #53649

7. BASF SE (2006b) Lysmeral and Lysmerylic acid (p-t-Butyl-a-methylhydrocinnamic aldehyde): Comparative toxicity study in Wistar rats, administration by gavage over 2 weeks, Project No. 48S0369/01154, BASF SE, Experimental Toxicology and Ecology, Ludwigshafen, Germany, unpublished data, 17 May 2006, #53648

8. BASF SE (2006c) Summary of Results -Lysmeral and Lysmerylsaeure- Comparative Toxicity Study in C57BL/6NCrl mice- Administration by gavage over 2 weeks; Project No. 49S0369/01153, Experimental Toxicology and Ecology, BASF SE, Ludwigshafen, Germany, unpublished data, 17 May 2006, #63832

9. BASF SE (2008a) Lysmeral (p-t-butyl-alpha-methylhydrocinnamic aldehyde) Screening study on testes toxicity in male Himalayan rabbits, oral administration (gavage), Project No. 06R0369/01222, BASF SE, Experimental Toxicology and Ecology,

_____

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

Ludwigshafen, Germany, unpublished data, 04 August 2008 for RIFM, Woodcliff Lake, NJ, USA, #55472

10. BASF SE (2008b) Lysmeral (p-t-butyl-alpha-methylhydrocinnamic aldehyde): Screening study in Beagle dogs, administration via gelatin capsules, Project No. 11D0369/01229, BASF SE, Experimental Toxicology and Ecology, Ludwigshafen, Germany, unpublished data, 28 July 2008 for RIFM, Woodcliff Lake, NJ, USA, #55473

11. BASF SE (2008c) Screening study with p-t-butyl-alpha-methylhydrocinnamic aldehyde (Lysmeral) in Beagle dogs, administration via gelatin capsules, Project No. 11D0369/01220, BASF SE, Experimental Toxicology and Ecology, Ludwigshafen, Germany, unpublished data, 28 July 2008 for RIFM, Woodcliff Lake, NJ, USA, #55474

12. BASF SE (2010a) Gene Mutation Assay in Chinese hamster V79 cells in vitro (V79/HPRT) with Lysmeral (p-t-butyl-alpha-methylhydrocinnamic aldehyde), Project No. 50M0369/019059, Harlan Cytotest Cell Research, Rossdorf, Germany for BASF SE, Ludwigshafen, Germany and Givaudan UK Ltd., Ashfort, Kemnt, UK, unpublished data, 13 September 2010, #60847

13. BASF SE (2010b) In vitro metabolism of [14C]-Lysmeral in liver microsomes and hepatocytes from rats, rabbits, mice and humans; Project No. 09B0089/10B001, Experimental Toxicology and Ecology, BASF SE, Ludwigshafen, Germany, unpublished data, 20 September 2010, #63830

14. BASF SE (2011a) Safety data Sheet, Lysmeral® Extra, BASF SE, September 2011

15. BASF SE (2011b) Screening study on testes toxicity in male Wistar rats, oral administration (Gavage), Project No. 06R0389/06022, BASF SE, Experimental Toxicology and Ecology, Ludwigshafen, Germany, unpublished data, 24 March 2011 #59014

16. Basketter DA, Gilmour N, Dearman RJ, Kimber I, Ryan CA, Gerberick F (2003) Classification of skin sensitisation potency using the Local Lymph Node Assay, The Toxicologist, 72(S-1), abstract, 101, #42276

17. Basketter DA, Wright ZM, Warbrick EV, Dearman RJ, Kimber I, Ryan CA, Gerberick GF, White IR (2001) Human potency predictions for aldehydes using the local lymph node assay, Contact Dermatitis, 45, 89-94, #38311

18. Bush Boake Allen (1980a) Acute oral toxicity study with p-t-butyl-alphamethylhydrocinnamic aldehyde (Lilestral), Toxicol. Laboratories, London, UK, Study No. 158/8001 for Bush Boake Allen, London, UK, unpublished data, February 1980 (IFF test reports, 1980a), #52291

19. Bush Boake Allen (1980b) Delayed dermal sensitization study in the guinea pig with p-tbutyl-alpha-methylhydrocinnamic aldehyde, Toxicol. Laboratories, London, UK, Study No. 157/8001 for Bush Boake Allen, London, UK, unpublished data, February 1980, #52292

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

20.  Bush Boake Allen (1980c) Primary skin irritation study with p-t-butyl-alphamethylhydrocinnamic aldehyde, Toxicol. Laboratories, London, UK, Study No. 112/8009 for Bush Boake Allen, London UK unpublished data, September 1980 (IFF test reports), #52290

21. Cagen SZ, Patterson DR, Wimberly HC, Lu CC, Gardiner TH (1989) Toxicity induced by subchronic dermal exposure to paratertiary butyl benzoic acid (ptBBA) in Fischer 344 rats, J. American College Toxicol., 8, 1027-1038, #19831

22. Cocchiara J, Api AM (2003) A dermal safety evaluation of para-(tert-butyl)-alpha methylhydrocinnamic aldehyde (BMHCA), The Toxicologist, 72(S-1), abstract, 301, #41754

23. Cocchiara J, Api AM, Jacobson-Kram D (2001) In vitro and in vivo evaluation of the genotoxic potential of three aldehydes used as fragrance ingredients, The Toxicologist, 60(1), abstract, 101-102, #37200

24. Cosmopolitan Safety Evaluation (1979) Acute dermal toxicity of p-t-butyl-alphamethylhydrocinnamic aldehyde in rabbits, Study No. 0111, Technical Report, Cosmopolitan Safety Evaluation Inc., Somerville, NJ, USA, IFF, unpublished data, 07 May 1979, #15027

25. Cosmopolitan Safety Evaluation (1979a) Primary ocular irritation study in rabbits, Study No. 0116, Technical Report, Cosmopolitan Safety Evaluation Inc., Somerville, NJ, USA, IFF, unpublished data, 24 April 1979, #15026

26. Cosmopolitan Safety Evaluation (1979b) Delayed contact hypersensitivity study of p-tbutyl-alpha-methylhydrocinnamic aldehyde in guinea pigs (Buehler and Griffith), Study No. 0105, Technical Report, Cosmopolitan Safety Evaluation Inc., Somerville, NJ, USA, IFF, unpublished data, 09 July 1979, #15028

27. Daston GP, Seed J (2007) Skeletal Malformations and Variations in Developmental Toxicity Studies: Interpretation Issues for Human Risk Assessment, Birth Defects Research (Part B), 80, 421-424, # 63841

28. DeGroot AC, Liem DH, Nater JP, VanKetel WG (1985) Patch tests with fragrance materials and preservatives, Contact Dermatitis, 12, 87-92, #2272

29. DeGroot *et al.* (2000) Routine patch testing with fragrance chemicals in the Netherlands. Contact Dermatitis, 42, 184-185, #35636

30. ECETOC (1995) Technical report No. 66, Skin irritation and corrosion: Reference chemicals data bank, ECETOC, Brussels, March 1995, #50448

31. ECETOC (2004) Influence of Maternal Toxicity in Studies on Developmental Toxicity. Workshop Report No.4, #63843

32. Fentem JH, Briggs D, Chesne C, Elliott GR, Harbell JW, Heylings JR Portes P, Roguet R, van de Sandt JJM, Botham PA (2001) A prevalidation study on in vitro tests for

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

acute skin irritation: results and evaluation by the Management Team., Toxicology in Vitro, 15, 57-93, #38267

33. Frosch PJ, Johansen JD, Menne T, Pirker C, Rastogi SC, Andersen KE, Bruze M, Goossens A, Lepoittevin JP, White IR (2002) Further important sensitizers in patients sensitive to fragrances. I. Reactivity to 14 frequently used chemicals, Contact Dermatitis, 47(2), 78-85, #41242

34. Frosch PJ, Pilz B, Andersen KE, Burrows D, Camarasa JG, Dooms-Goossens A, Ducombs G, Fuchs T, Hannuksela M, Lachapelle JM, Lahti A, Maibach HI, Menne T, Rycroft RJG, Shaw S, Wahlberg JE, White IR, Wilkinson JD (1995) Patch testing with fragrances: Results of a multicenter study of the European Environmental and Contact Dermatitis Research Group with 48 frequently used constituents of perfumes, Contact Dermatitis, 33, 333-342, #27375

35. Furuhashi et al (2007a); Twenty-eight-day Repeat Dose Oral Toxicity Test of p-tert-Butyltoluene in Rats. Nihon Bioresearch Inc#63822

36. Furuhashi et al (2007b); Preliminary Reproduction Toxicity Screening Test of p-tert-Butyltoluene by Oral Administration in Rats. Nihon Bioresearch Inc.: Interpretation Issues for Human Risk Assessment, Birth Defects Research (Part B), 80, 421-424, #63823

37. Gerberick GF, Ryan CA, Kern PS, Dearman RJ, Kimber I, Patlewicz GY, Basketter DA (2004) A chemical dataset for evaluation of alternative approaches to skin-sensitization testing, Contact Dermatitis, 50(5), 274-288, #45016

38. Givaudan (1981a) A 5-day oral toxicity study with p.-tert. butyl benzaldehyde (Ro 13-0787) in male rats

39. Givaudan (1982a) A 5-day oral toxicity study with p.-tert. butyl toluene (Ro 94-0522) in male rats

40. Givaudan (1982b) A 5-day oral toxicity study with p.-tert. Butyl benzoic acid (Ro 02-3701) in male rats

41. Givaudan (1984a) A 5-day oral toxicity study with p-tert butyl benzaldehyde, TBB (Ro 13-0787)

42. Givaudan (1984b) A 5-day oral toxicity study with p-tert butyl benzaldehyde, TBB /Ro 13-0787) in male guinea pigs

43. Givaudan (1984c) A 5-day oral toxicity study with p-tert butyl benzaldehyde, TBB (Ro 13-0787), in male beagle dogs

44. Givaudan (1984d) A 5-day oral toxicity study with p.-tert. butyl toluene, TBT (Ro 94-0522), in male mice

45. Givaudan (1984e) A 5-day oral toxicity study with p.-tert. butyl toluene, TBT (Ro 94-0522), in male guinea pigs

46. Givaudan (1984f) A 5-day oral toxicity study with p.-tert. butyl toluene, TBT (Ro 94-0522), in male Beagle dogs

47.   Givaudan (1990) A 5-day oral toxicity study with p-t-butyl alpha-methylhydrocinnamic aldehyde in male rhesus monkeys, Givaudan, unpublished data, 1990, #12141 [Original Givaudan report dated 1984]

48. Givaudan (1990a) Reevaluation of testicular and epididymal side effects caused by p-tbutyl alpha-methylhydrocinnamic aldehyde in rats following short (5 days) and subchronic (13 weeks) oral administration, Givaudan, unpublished data, 1990, #12144 [Original Givaudan report dated 1986.]

49.   Givaudan (1990b) A 5-day oral toxicity study with p-t-butyl alpha-methylhydrocinnamic aldehyde in male mice and male Guinea pigs, Givaudan, unpublished data, 1990 (RIFM, 1990a), #12139 [Original Givaudan report dated 1983]

50.   Givaudan (1990c) A 5-day oral toxicity study with p-t-butyl alpha-methylhydrocinnamic aldehyde in male rats, Givaudan, unpublished data, 1990, #12138 [Original Givaudan report dated 1986]

51.   Givaudan (1990d) A complementary oral toxicity study with p-t-butyl alphamethylhydrocinnamic aldehyde on female dogs during a period of 13 weeks, Givaudan, unpublished data, 1990, #12147

52. Givaudan (1990f) A supplementary study with p-t-butyl-alpha-methylhydrocinnamic aldehyde on rats for determining acetylcholinesterase and cholinesterase activity of blood plasma, erythrocytes, liver and brain tissue, Givaudan, unpublished data, 1990, #12145 [Original Givaudan report dated 1987]

53.   Givaudan (1990g) A toxicity study following oral administration of p-t-butyl alphamethylhydrocinnamic aldehyde in dogs during a period of 13 weeks, Givaudan, unpublished data, 1990, #12140

54. Givaudan (1990h) Pilot study on male dogs with p-t-butyl alpha-methylhydrocinnamic aldehyde following oral administration (increasing dosage) during 9 weeks, Givaudan, unpublished data, 1990, #12146

55. Givaudan (1990i) Subchronic toxicity study following oral (gavage) administration of p-tbutyl alpha-methylhydrocinnamic aldehyde to rats for a period of at least 90 days, Givaudan, unpublished data, 1990, #12143 [Original Givaudan report dated 1986]

56. Givaudan (1991) A 5-day toxicity study with p-t-butyl-alpha-methyl-hydrocinnamic aldehyde on male rats: Dermal administration compared to oral administration, Givaudan, unpublished data, 17 June 1991, #16176

57. Givaudan (1994) Partition coefficient n-octanol/water of lilial according to OECD Guideline No. 117. Report number 94-E 15. Owner company: Givaudan-Roure SA. Report date: 1994-03-14, #40515

58. Givaudan (1995) Abiotic degradation: stability of Lilial in aqueous solution in presence of air. unpublished study. Testing laboratory: Givaudan-Roure SA, Corporate Safety & Environmental Affairs. Report no.: 95 - E37. Owner company: Givaudan-Roure SA. Report date: 1995-08-10, #40516

59. Givaudan (2001) Lilial (p-t-Butyl-a-methylhydrocinnamic aldehyde): Local Lymph Node Assay (LLNA) in mice (identification of contact allergens, RCC, Study No. 811811, RCC, Itingen, Switzerland for Givaudan, Vernier, Switzerland, unpublished data, 18 May 2001, #41328

60. Givaudan (2009) Bourgeonal, silvial and cyclamen aldehyde: Toxicity study by oral gavage administration to sexually mature male CD rats for 5 days, Study No. GEN0062, Huntingdon Life Science, Eye, Suffolk, UK for Givaudan, Vernier, Switzerland, unpublished data, 07 July 2009, #57411

61. Hazleton Laboratories America Inc. (1986); Procter & Gamble Comp.; Acute oral toxicity in rats with B0837-01, B0838-01, B0839-01 and B0840-01, DRD No. BSBTS 913; NTIS/OTS 0537648; cited in: BG Chemie; Toxikologische Bewertung Nr. 54 p-t-Butylbenzoesäure 10/03, #20260

62. Heydorn S, Johansen JD, Andersen KE, Basketter D, Bruze M, Karlberg AT, White I, Menne T (2002) Identification of fragrances relevant to hand eczema, Contact Dermatitis, 46(Suppl. 4), abstract, 21-22, #40461

63. Heydorn S, Johansen JD, Andersen KE, Bruze M, Svedman C, White IR, Basketter DA, Menne T (2003) Fragrance allergy in patients with hand eczema - a clinical study, Contact Dermatitis, 48(6),317-323, #43274

64. Hunter CG, Chambers PL, Stevenson DE (1965) Studies on the oral toxicity of p-tert-butylbenzoic acid in rats, Food CosmeticToxicol., 3, 289-298, #20265

65. Huntingdon Research Center (1994) The dermal absorption of [14C]-BMHCA ([14C]-paratert-butyl-alpha-methylhydrocinnamaldehyde) in man, Study No. HRC/RIF 24/930573, Huntingdon Research Center, Huntingdon, UK, RIFM, unpublished data, 09 December 1994, #23500

66. Huntingdon Research Center (1995) Studies of the oral and dermal absorption of [14C]-para-tert-butyl-alpha methylhydrocinnamaldehyde (BMHCA) in the rat, Study No. HRC/RIF 21/920829, Huntingdon Research Center, Huntingdon, UK, unpublished data, 26 January 1995, #23697

67. Ishihara M, Itoh M, Nishimura M, Kinoshita M, Kantoh H, Nogami T, Yamada K (1986) Closed epicutaneous test, Skin Research, 28, 230-240, #5601

68. Ishihara M, Itoh S, Hayashi S, Satake T (1979) Methods of diagnosis in cases of cosmetic dermatitis and facial melanosis in females, Nishinihon J. Dermatology, 41(3), 426-439, #6667

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

69. Isola D, Lalko J (2001) Vehicle effects in the murine Local Lymph Node Assay (LLNA), Int. J. Toxicol., 20, 401, #38352

70. Klecak G (1985) The Freund's Complete Adjuvant Test and the Open Epicutaneous Test. In: Current Problems in Dermatology, Vol. 14, 152-171, #42349

71. Lalko J, Isola D, Api AM (2004) Ethanol and diethyl phthalate: Vehicle effects in the local lymph node assay, Int. J. Toxicol., 23(3), 171-177, #45218

72. Larsen W, Nakayama H, Lindberg M, Fischer T, Elsner P, Burrows D, Jordan W, Shaw S, Wilkinson J, Marks J, Sugawara M, Nethercott J (1996) Fragrance contact dermatitis: A worldwide multicenter investigation. (Part 1), American J. Contact Dermatitis, 7, 77-83, #28415

73. Larsen WG (1983) Allergic contact dermatitis to the fragrance material lilial, Contact Dermatitis, 9, 158-159, #7038

74. Lu CC, Cagen SZ, Darmer KI, Patterson DR (1987) Testicular Effects Induced by Dermal or Inhalation Exposure to Para-tertiary Butyl Benzoic Acid (ptBBA) in Fischer 344 Rats, J. Am. College Toxicol., 6, 233-243, #6535

75. MB Research Laboratories (1977) Acute oral toxicity study in rats and acute dermal toxicity study in rabbits, Project No. MB 77-1743, MB Research Laboratories, Spinnertown, PA, USA for RIFM, unpublished data, 18 August 1977, #1695

76. Patlewicz G, Roberts DW, Walker JD (2003) QSARs for the skin sensitization potential of aldehydes and related compounds, QSAR & Combinatorial Science, 22(2), 196-203, #52041

77. Givaudan (1964) Human repeat insult patch test with 2-methyl-3-(p-isopropylphenyl) propionaldehyde and p-t-butyl-alpha-methylhydrocinnamic aldehyde, Industrial Toxicology Laboratories, 01 November 1964 for RIFM, Woodcliff Lake, NJ, USA, #6186

78. Givaudan (1965) Sensitization and irritation studies of hydroxycitronellal and p-t-butylalpha-methylhydrocinnamic aldehyde in human subjects, unpublished data, 11 June 1965 for RIFM, Woodcliff Lake, NJ, USA, #6187

79. RIFM (Research Institute for Fragrance Materials, 1971a) Repeated insult patch test on human subjects, Food and Drug Research laboratories, unpublished data, 30 August 1971 for RIFM, Woodcliff Lake, NJ, USA, #2730

80. RIFM (Research Institute for Fragrance Materials, 1971b) Appraisal of sensitizing powers by maximization testing in humans, Ivy Research Laboratories, unpublished data, 20 April 1971 for RIFM, Woodcliff Lake, NJ, USA, #1805

81. RIFM (Research Institute for Fragrance Materials, 1972a) Repeated insult patch test of p-t-Butyl-alpha-methylhydrocinnamic aldehyde in human subjects, Hill Top Research, Study No. V1232, unpublished data, 21 March 1972 for RIFM, Woodcliff Lake, NJ, #6112

Exhibit 6

60

611

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

82. RIFM (Research Institute for Fragrance Materials, 1972b) The contact-sensitization potential of fragrance materials by maximization testing in humans, Ivy Research Laboratories, unpublished data, 18 February 1972 for RIFM, Woodcliff Lake, NJ, USA, #1804

83. IFF (International Flovers & Fragrances, 1980) Repeated insult patch test of p-t-butylalpha-methylhydrocinnamic aldehyde in human subjects, Hill Top Research, Study No. 79-1018-71, unpublished data, 14 February 1980 for RIFM, Woodcliff Lake, NJ, USA, #15029

84. RIFM (Research Institute for Fragrance Materials, 1984a) Acute dermal irritation study, Study No. 307-338/8403, Toxicology Laboratory, Ledbury, UK, unpublished data, 01 June 1984, RIFM, Woodcliff Lake, NJ, USA, #1795

85. RIFM (Research Institute for Fragrance Materials, 1985a) Acute dermal irritation study in rabbits, Study No. 70-101/8503, Toxicology Laboratory, Ledbury, UK, unpublished data, 01 June 1985, RIFM, Woodcliff Lake, NJ, USA, #3099

86. RIFM (Research Institute for Fragrance Materials, 1988a) A human repeat insult patch test with p-t-butyl-alpha-methylhydrocinnamic aldehyde Inveresk Research International, Study No. 55047, unpublished data, 23 December 1988 for Givaudan, Geneva, Switzerland, #9360

87. RIFM (Research Institute for Fragrance Materials, 1998) 24 Hour primary dermal irritation test of p-t-butyl-alpha-methylhydrocinnamic aldehyde in human subjects, Harrison Research Laboratory, HRP Panele #98-380-24R, unpublished data, 10 August 1998, for RIFM, Woodcliff Lake, NJ, USA, #34404

88. RIFM (Research Institute for Fragrance Materials, 1999a) Repeated insult patch test of p-tbutyl-alpha-methylhydrocinnamic aldehyde in human subjects, Harrison Research Laboratory, HRP Panele #98-131 (1, 2, and 3), unpublished data, 04 May 1999, for RIFM, Woodcliff Lake, NJ, USA, #34405

89. RIFM (Research Institute for Fragrance Materials, 1999b) Bacterial reverse mutation assay of p-t-butyl-alpha-methylhydrocinnamic aldehyde, BioReliance, Study No. AA07CT.502.BTL, Project No. Ames-98-2, RIFM, Woodcliff Lake, NJ, USA, unpublished data, 02 November 1999, #35168

90. BioReliance, RIFM (Research Institute for Fragrance Materials, 2000a) In vitro mammalian chromosome aberration test of para-tert-butyl-alpha-methylhydrocinnamic aldehyde, BioReliance, Study No. AA19SN.331.BTL, Project No. Chrom Ab–99-2, RIFM, Woodcliff Lake, NJ, USA unpublished data, 19 May 2000, #35685

91. RIFM (Research Institute for Fragrance Materials, 2000b) Mammalian erythrocyte micronucleus test of para-tert-butyl-alpha-methylhydrocinnamic aldehyde,

Exhibit 6
61

612

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

BioReliance, Study No. AA19SN.123.BTL, Project No. Gen–99– 5, RIFM, Woodcliff Lake, NJ, USA, unpublished data, 30 June 2000, #35691

92. RIFM (Research Institute for Fragrance Materials, 2001a) Local Lymph Node Assay with p-t-butyl-a-methylhydrocinnamic aldehyde diluted with material E (ethanol), Central Toxicology Laboratory, Study No. GM7411, Sponsor Project No. CO0253, RIFM, Woodcliff Lake, NJ, USA, unpublished data, 12 March 2001, #37065

93. RIFM (Research Institute for Fragrance Materials, 2001b) Local Lymph Node Assay with p-t-butyl-a-methylhydrocinnamic aldehyde diluted with material F (DEP), Central Toxicology Laboratory, Study No. GM7412, Sponsor Project No. CO0253, RIFM, Woodcliff Lake, NJ, USA, unpublished data, 09 May 2001, #37066

94. RIFM (Research Institute for Fragrance Materials, 2001c) Local Lymph Node Assay with pt-butyl-a-methylhydrocinnamic aldehyde diluted with material G (25% ethanol, 75% DEP), Central Toxicology Laboratory, Study No. GM7413, Sponsor Project No. CO0253, RIFM, Woodcliff Lake, NJ, USA, unpublished data, 09 May, #37067

95. RIFM (Research Institute for Fragrance Materials, 2001d) Local Lymph Node Assay with p-t-butyl-a-methylhydrocinnamic diluted with material H (75% ethanol, 25% DEP), Central Toxicology Laboratory, Study No. GM7414, Sponsor Project No. CO0253, RIFM, Woodcliff Lake, NJ, USA, unpublished data, 09 May 2001, #37068

96. RIFM (Research Institute for Fragrance Materials, 2002) Repeated insult patch test of p-tbutyl-alpha-methylhydrocinnamic aldehyde in human subjects, Harrison Research Laboratory, HRP Panele #00-123/01-00-123X, unpublished data, 14 August 2002, for RIFM, Woodcliff Lake, NJ, USA, #40923

97. Roche (1980) A guinea pig assay of photosensitizing potential of p-t-butyl-alphamethylhydrocinnamic aldehyde (Lilial), Givaudan, GV-82-1763, Roche Study, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 03 April 1980, #56767

98. Roche (1982a) Identification of p-tert-butylbenzaldehyde, dehydrolilial and p-t-butyl-alphamethylhydrocinnamic aldehyde (Lilial) in rats, Roche Report No. B 96.128, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 30 March 1982, #56762

99. Roche (1982b) Lilial (p-t-Butyl-alpha-methylhydrocinnamic aldehyde): Freund's complete adjuvant test, Givaudan, Roche Study No. 2378 a1 and b2, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 11 May 1982, #56768

100. Roche (1982c) p-t-Butyl-alpha-methylhydrocinnamic aldehyde (Lilial): KAO skin sensitization test in guinea pigs, Givaudan, Roche Study No. 2378 b1 and b2, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 22 June 1982, #56769

101. Roche (1982d) Penetration studies in vitro on the intact skin of naked rats and mini pigs with p-t-butyl-alpha-methylhydrocinnamic aldehyde (Lilial), Givaudan, Roche Study No. 217, 219, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 02 April 1982, #56763

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

102.  Roche  (1983)  Determination  of  phototoxicity  of  p-t-butyl-alpha-methylhfydrocinnamic aldehyde in guinea pigs, Givaudan, Roche Study No. PT 473, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 24 May 1983, #34334

103.  Roche  (1984)  Mutagenicity  evaluation  of  p-t-butyl-alpha-methylhydrocinnamic aldehyde in the Salmonella/mammalian microsome plate incorporation assay (Ames Test), Givaudan, Roche Study No. 105'726, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 18 October 1984, #34333

104. Roche (1985) Elimination of p-tert-butylbenzoic Acid (TBBA) and p-tert-Butylhippuric Acid (TBHA) as metabolites of Ro 13-0181 (TBB), Ro 94-0522 (TBT) and p-t-butyl-alphamethylhydrocinnamic aldehyde (Lilial) in different animal species, Roche Report No. BS

96.137, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 15 October 1985, #56760

105. Roche (1986a) Assessment of acute respiratory sensory irritation of p-t-butyl-alphamethylhydrocinnamic aldehyde in mice, Givaudan, Roche Study Nos. 15, 16, 17, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 17 March 1986, #34331

106.  Roche  (1986b)  Determination  of  photoallergenicity  of  p-t-butyl-alpha-methylhydrocinnamic aldehyde (Lilial) in guinea pigs, Givaudan, Roche Study No. PHs 499, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 29 October 1986, #56766 107. Roche (1986c) Penetration studies on intact skin of naked rats and pigs in vitro with p-tbutyl-alpha-methylhydrocinnamic aldehyde (Lilial), Givaudan, Roche Study No. 662 and 663, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 21 May 1986, #56764 108. Roche (1987) Acute eye irritation test of p-t-butyl-alpha-methylhydrocinnamic aldehyde in rabbits, Givaudan, Roche Study No. 50/87/AT, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 02 June 1987, #34335

109. Roche (1990) Determination of contact hypersensitivity in albino guinea pigs by the maximization test with p-t-butyl-alpha-methyl-hydrocinnamic aldehyde (lilial, Giv/Ro 82-1763), Report No. 446D90 – RCC Project 282723, RCC, Itingen, Switzerland, unpublished data, 17 December 1990, #16177

110. Roche (1994) Effect of Lilial (p-t-butyl-alpha-methylhydrocinnamic aldehyde) on the testosterone secretion characteristics of rat Leydig-cells in vitro and comparison with the specific functional inhibition of Ketoconazole, Givaudan, Roche, Report No. B-162'465, F. Hoffmann-La Roche, Basle, Switzerland, unpublished data, 02 February 1994, #56759

111. Schnuch A, Uter W, Geier J, Lessmann H, Frosch PJ (2007) Sensitization to 26 fragrances to be labelled according to current European regulation, Contact Dermatitis, 57(1), 1-10, #52924

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

112. Scientific Committee on Consumer Safety (SCCS; 2012) Opinion on fragrance allergens in cosmetic products, SCCS/1459/11, EC, Dictorate D: Health Systems and Products, Unit D5, adopted at 15th plenary meeting, 26 – 27 June 2012

113. Shell (1982) Study of the comparative toxicity of benzoic acid & p-tertiary buty benzoic acid, US EPA (TSCAT) NTIS/OTS 0505458; record datae: 02 June 1982, #20268

114. Unilever (1988) Sensitization potential of Lilial (p-t-butyl-alpha-methylhydrocinnamic aldehyde), Study No. S16622T02, Unilever Research Engineering, Environmental Safety Laboratory, Bedford, UK, unpublished data, 13 July1988, #7091

115. Unilever (2001) Local lymph node assay (LLNA) in mice (Identification of contact allergens), RCC, Study No. 818302, Sponsor No. KS010162, RCC, Itingen, Switzerland for Unilver, Shambrook, Bedford, UK, unpublished data, 27 September 2001, #41235

116. US EPA (TSCAT, 1982); OTS0505405, New Doc. I.D. 88-8100336, 5-day oral toxicity study, #20262

117. US EPA (TSCAT, 1986) OTS0505405-1, New Doc I.D. 89-8600010, Acute oral toxicity studies performed with p-tert-Butyl Benzaldehyde, p-tert-Butyltoluene & p-tert-Butyl Benzoic acid with cover letter, 23 May 1986, #20263

118. US EPA (TSCAT, 1991a) Follow-up information to US EPA regarding preliminary results of a comparison between oral & dermal exposure of p-t-butyl-a-methylhydrocinnamic aldehyde (4-(1,1-Dimethylethyl)-a-methyl-benzene propanal) (sanitized), NTIS, OTS0524035-3, Doc ID 89-910000322 Givaudan Corp., #53120

119. US EPA (TSCAT, 1991b) OTS0533794, New Doc I.D. 86-920000505S, Acute oral toxicity study in CD rats with attachments, 02 December 1991, #54212 120. US EPA (TSCAT, 1991c) OTS0533793, New Doc I.D. 86-920000504S, eye irritation study with attachments, #54210

121. US EPA (TSCAT, 1991d) OTS0533795, New Doc I.D. 86-920000506S, acute dermal toxicity study in rabbits, #54215

122. Van Oosten EJ, Schuttelaar MLA, Coenraads PJ (2009) Clinical relevance of positive patch test reactions to the 26 EU-labelled fragrances, [Erratum Attached], Contact Dermatitis, 61(4), 217-223, #57836

123. Watanabe K (1988) An approach to the determination of the optimal concentration of lilial in patch-testing and the incidence of positive reactions to 2% benzyl salicylate in new patients with pigmented contact dermatitis in 1986, Skin Research, 30(Supplement 5), 150-157, #37139

## B: Submission II (SMII) References

1. Aviello G, Rowland I, Gill CI, Acquaviva AM, Capasso F, McCann M, Capasso R, Izzo AA, Borelli F (2010) Antiproliferative effect of rhein, an anthraquinone isolated from Cassia species, on Caco-2 human adenocarcinoma cells. Cell. Mol. Med. 14, 2006–2014

2. BASF SE (2010) Product Specification, Lysmeral® Extra, BASF SE, Nutrition & Health, 01 March 2010

3. BASF SE (2014) Final Report – Characterization of "Lysmeral Extra", Study No. 14L00082 (confidential), Competence Center Analytics, BASF SE, Ludwigshafen, Germany, unpublished, confidential data, 18 August 2014

4. BASF SE (2015) Final Report – Characterization of "Lysmeral (encapsulated), Study No. 15L00013 (confidential), Competence Center Analytics, BASF SE, Ludwigshafen, Germany, unpublished, confidential data, 31 March 2015

5. BASF SE (2017) Lysmeral® Extra, Quality & Regulatory Product Information, PRD 30506710, BASF SE, Nutrition & Health, Ludwigshafen, Germany, 09 February 2017

6. BASF SE (2016) Technical Information, Lysmeral® Extra, PRD 30506710, BASF SE, January 2016

7. BASF SE (2016) Report – [14C]-Lysmeral in different formulations, study of penetration through human skin in vitro, BASF SE, Experimental Toxicology and Ecology, Project No. 10B0089/10B020, BASF SE, Ludwigshafen, Germany, unpublished data, 21 December 2016

8. BASF SE (2017) Report – Lysmeral (encapsulated), Modified Extended One-generation reproduction toxicity study in Wistar rats, administration via the diet, BASF SE, Experimental Toxicology and Ecology, Project No. 03R0179/14R092, BASF SE, Ludwigshafen, Germany, unpublished data, 30 January 2017

9. Cariello N F Piegarsch WW (1996) The Ames test: The two-fold rule revisited, Mut. Res., 369, 23-31

10. Charles AK and Dabre PD (2009) Oestrogenic activity of benzyl salicylate, benzyl benzoate and butylphenylmethylpropional (Lilial) in MCF7 human breast cancer cells in vitro, J. Appl. Toxicol., 29, 422-434

11. Di Sotto A (2014b) Supplemental data on cytotoxicity in the Ames test and Comet assay and frequency of micronuclei of: Di Sotto A, Maffei F, Hrelia P, Di Giacomo S, Pagano E, Borrelli F, Mazzanti G (2014a) Genotoxicity assessment of some cosmetic and food additives, Regulat. Toxicol. Pharmacol., 68, 16-22

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

12. Di Sotto A, Maffei F, Hrelia P, Di Giacomo S, Pagano E, Borrelli F, Mazzanti G (2014a) Genotoxicity assessment of some cosmetic and food additives, Regulat. Toxicol. Pharmacol., 68, 16-22

13. Fowler P, Smith K, Young J, Jeffrey L, Kirkland D, Pfuhler S, Carmichael P (2012) Reduction of misleading ("false") positive results in mammalian cell genotoxicity assays. I. Choice of cell type, Mutat Res, 742, 11– 25

14. Gatehouse DG, Wilcox P, Forster R, Rowland IR, Calalnder RD (1990) Bacterial Mutation Assays. In: Basic Mutagenicity Tests: UKEMS Part 1 Revised. Ed. Kirkland DJ, Cambridge University Press, 13-61

15. Indigo Biosciences (2016) CXR Biosciences Study Report, Indigo Contract #S1600134, Indigo Biosciences, State College, PA, USA, unpublished report, 19 August 2016

16. Innospec Ltd. (2011a) Lilestralis Pure: 32229: Reverse mutation assay "Ames test" using salmonella typhimurium and Escherichia coli, Project No. 41100698, Harlan Laboratories Ltd, Derbyshire, UK for Innospec Limited, Cheshire, EY, UK, unpublished data, 30 June 2011

17. Innospec Ltd. (2011b) Lilestralis Pure: 32229: L5178Y TK +/- mouse lymphoma assay, Project No. 41100699, Harlan Laboratories Ltd, Derbyshire, UK for Innospec Limited, Cheshire, EY, UK, unpublished data, 22 June 2011

18. International Fragrance Association (IFRA, 2015a) SCCS Opinion on BMHCA, Hearing with the applicant, presentation slides, EUROFORUM building, Luxembourg, unpublished data, 16 December2015

19. International Fragrance Association (IFRA, 2015b) IFRA Letter, Detailed comments to the SCCS Opinion SCCS/1540/14, dated 12th August 2015, IFRA, unpublished data, 18 December 2015

20. McCann J, Choi E, Yamasaki E, Ames BN (1975) Detection of carcinogens as mutagens in the Salmonella/microsome test: Assay of 300 chemicals, Proc. Nat. Acad. Sci. USA; 72, No. 12, 5135-5139

21. Safford RJ, Api AM, Roberts DW, Lalko JF (2015) Extension of the Dermal Sensitisation Threshold (DST) approach to incorporate chemicals classified as reactive, Regulatory Toxicol. Pharmacology, 72, 694-701

22. Scherer M, Koch HM, Schuetze A, Pluym N, Krnac D, Gilch G, Leibold E, Scherer G (2016) Human metabolism and excretion kinetics of the fragrance Lysmeral after a single oral dosage, Int. J. Hygiene Environment. Health, in press

23. Schnuch A, Uter W, Lessmann H, Geier J (2015) Risk of sensitization to fragrances estimated on the basis of patch test data and exposure, according to volume used and a sample of 5451 cosmetic products, Flavour and Fragrance Journal, 30,208-217

Exhibit 6
66

617

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II
_____

24. Scientific Committee on Consumer Safety (SCCS, 2016) The SCCS Notes of Guidance for the Testing of Cosmetic Ingredients and their Safety Evaluation, 9th Revision, adopted at 11th plenary meeting, 29-Sep 2015, revised 25-Apr-2016, SCCS/1564/15

25. Tozer SA, O'Keefe L, Cowan-Ellsberry CE, Rich K (2004) Use of probabilistic analysis in the refinement of exposure data for hydroalcoholic perfume products. Toxicology 202, 123 26.

26. RIFM 2001, Analytics on #40923

27. Everds NE et al (2013). Interpreting Stress Responses during Routine Toxicity Studies: A Review of the Biology, Impact, and Assessment. Toxicologic Pathology, 41: 560-614

28. Hall AP et al (2012). Liver Hypertrophy: A Review of Adaptive (Adverse and Non-adverse) Changes—Conclusions from the 3rd International ESTP Expert Workshop. Toxicologic Pathology, 40: 971-994

29. Scientific Committee on Consumer Safety (SCCS; 2016) Opinion on Butylphenyl methylpropional (BMHCA), SCCS/1540/14, adopted by written procedure on 12 August 2015, revision of 16 March 2016

30. van Ravenzwaay B, Leibold E (2004). A comparison between in vitro rat and human and in vivo rat skin absorption studies. Human & Experimental Toxicology 23, 421 -430

31. Williams GM, Iatropoulous MJ (2002). Alteration of Liver Cell Function and Proliferation: Differentiation between Adaptation and Toxicity. TOXICOLOGIC PATHOLOGY, vol 30, no 1, pp 41–53

32. BASF SE (2016) Certificates of Analysis on Lysmeral®Extra. Collection of selected examples from the years 2014-2016

33. BASF SE (2013) Final Report – Characterization of "Lysmeral Extra", Study No. 13L00139 (confidential), Competence Center Analytics, BASF SE, Ludwigshafen, Germany, unpublished, confidential data, 18 November 2013

34. BASF SE (1998) Study Report – Shelf Life of Lysmeral, Study No. 9901006, BASF, Ludwigshafen, Germany, unpublished, confidential data, 17 December 1998

35. BASF SE (2017) Determination of the Tocopherol concentration in Lysmeral®Extra, Document No. LJ17/009, BASF SE, Ludwigshafen, Germany, unpublished, confidential data, 08 February 2017

36. Composition of cream vehicles, Procter&Gamble, 2017, unpublished, confidential data

37. Kligman and Epstein, 1975 Contact Dermatitis 1975: 1: 231-239

Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II
_____

38. Dossier on the safety of p-BMHCA (2-(4-tert-butylbenzyl)propionaldehyde (Lysmeral) CAS 80-54-6) in cosmetic products Submission II BASF-IFRA, 24 February, 2017

39. Scientific Committee on Consumer Safety (SCCS, 2018) The SCCS Notes of Guidance for the Testing of Cosmetic Ingredients and their Safety Evaluation, 10th Revision, adopted at plenary meeting on 24 – 25 October 2018.

## C: Supplement I to Submission II (SMII) References

1. BASF SE (2018a) Lysmeral Extra - SALMONELLA TYPHIMURIUM / ESCHERICHIA COLI REVERSE MUTATION ASSAY. Report No. 40M0369/01M027.

2. BASF SE (2018b) Lysmeral Extra - Micronucleus Test In Human Lymphocytes In Vitro. Report No. 31M0369/01X101.

3. BASF (2018c) Lysmeralsäure - SALMONELLA TYPHIMURIUM / ESCHERICHIA COLI REVERSE MUTATION ASSAY. Report No. 40M0491/14M347.

4. BASF (2018d) Lysmeralsäure - Micronucleus Test In Human Lymphocytes In Vitro. Report No. 31M0491/14X669.

5. BASF SE (2011) Study Report – m-Lysmeral. Enhanced One-Generation Reproduction Toxicity Study in Wistar Rats. Oral Administration (Gavage), Study No. 77R0875/08070, BASF, Ludwigshafen, Germany, unpublished, confidential data, 12 July 2011

## 7. GLOSSARY OF TERMS

See SCCS/1602/18, 10th Revision of the SCCS Notes of Guidance for the Testing of Cosmetic Ingredients and their Safety Evaluation – from page 141

## 8. LIST OF ABBREVIATIONS

See SCCS/1602/18, 10th Revision of the SCCS Notes of Guidance for the Testing of Cosmetic Ingredients and their Safety Evaluation – from page 141