# EXHIBIT 7

Exhibit 7

620



European Commission

# Public Health

EXPERT OPINION

# The safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II

Final Opinion

# Details

**Publication date**       10 May 2019

**Author**       [Scientific Committee on Consumer Safety (SCCS)](#)

# Description

Exhibit 7

621

**WG on Cosmetic Ingredients**
**SCCS members:** U. Bernauer, L. Bodin, Q. Chaudhry, P. Coenraads (Chairperson), M. Dusinska, J. Ezendam, E. Gaffet, C.L. Galli, B. Granum, E. Panteri, V. Rogiers, C. Rousselle, M. Stepnik (Rapporteur), T. Vanhaecke, S. Wijnhoven
**Contact:** SANTE-C2-SCCS@ec.europa.eu
**On request from:** European Commission
**SCCS Number:** SCCS/1591/17
**Adopted on:** 10 May 2019

**Conclusion of the opinion:**

*1. Does the SCCS consider Butylphenyl methylpropional (p-BMHCA) safe for use as a fragrance ingredient in cosmetic leave-on and rinse-off type products in a concentration limit(s) according the ones set up by IFRA as reported above?*

On individual product basis, Butylphenyl methylpropional (p-BMHCA) (CAS 80-54-6) with alpha-tocopherol at 200 ppm, can be considered safe when used as fragrance ingredient in different cosmetic leave-on and rinse-off type products. However, considering the first-tier deterministic aggregate exposure, arising from the use of different product types together, Butylphenyl methylpropional at the proposed concentrations cannot be considered as safe.

This Opinion is not applicable to the use of p-BMHCA in any sprayable products that could lead to exposure of the consumer's lung by inhalation.

*2. Does the SCCS have any further scientific concerns with regard to the use of Butylphenyl methylpropional (p-BMHCA) as a fragrance ingredient in cosmetic leave-on and/or rinse-off type products?*

Evaluation of this substance by other scientific bodies (e.g. under REACH) should also be taken into consideration by the Applicant for potential future assessment of the substance. Butylphenyl methylpropional is also used as a fragrance ingredient in some non-cosmetic products such as household cleaners and detergents. As no specific exposure data were made available to SCCS to assess exposure following these non-cosmetic uses, it was not possible to include them in the aggregated exposure scenarios. Therefore, the actual total exposure of the consumer may be higher than exposure from cosmetic products alone.

**Keywords:**

SCCS, scientific opinion, Butylphenyl methylpropional (p-BMHCA) in cosmetic products Submission II, Regulation 1223/2009, CAS 80-54-6, EC 201-289-8

**Opinion to be cited as:**

SCCS (Scientific Committee on Consumer Safety), Opinion on the safety of Butylphenyl methylpropional (p-BMHCA) in cosmetic products - Submission II, preliminary version of 14 December 2017, final version of 10 May 2019, SCCS/1591/2017.

Exhibit 7

622

# Files

1 DECEMBER 2021

sccs_o_213.pdf

_____

English (927.3 KB - PDF)

[Download ⤓](#)

Share this page

    

Exhibit 7

623