# EXHIBIT 14

Exhibit 14
66



Exhibit 14

67

Water, Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance, Polyquaternium-37, Tetrasodium EDTA, Butylphenyl Methylpropional, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate.

## Where:

Dampen hair and apply from roots to ends.                                                                                              es, especially for those with visible damage.



STEP 1:

Apply a generous amount from roots to ends on damp, towel dried hair.

**ALL INGREDIENTS**

Water, Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance, Polyquaternium-37, Tetrasodium EDTA, Butylphenyl Methylpropional, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate.

INGREDIENTS

# Free of DEA,                                                                    ehyde

VIEW ALL INGREDIENTS



All Hair Types



PH Balanced



Vegan



Cruelty Free



Gluten Free



Nut Free



Paraben Free



Phthalates Free



Phosphate Free



Sulfate Free

Exhibit 14
68



# The Original Bond Builder

The only patented system to noticeably repair extreme damage—turn dry, brittle hair into soft, shiny, and more resilient hair.

HOW IT WORKS    →

## ALL INGREDIENTS

Water, Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance, Polyquaternium-37, Tetrasodium EDTA, Butylphenyl Methylpropional, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate.

## How It Works

A single molecule, free of silicones and oils, dramatically improves the hair strength, protects from within, and provides immediate results.

LEARN MORE

SUSTAINABILITY

## The Environment Comes First

We are devoted to developing and maintaining sustainable products with environmental, social, and economic benefits while protecting public health & the environment over the entire lifecycle.

We eliminate

7,700 MT

Pounds of GHG emissions

## ALL INGREDIENTS

Water, Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate,

Exhibit 14
69

Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance, Polyquaternium-37, Tetrasodium EDTA, Butylphenyl Methylpropional, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate.

We save

8,239 Acres

Of US land from being deforested

# The complete OLAPLEX system.

← 1 OF 7 →









PRIMES HAIR TO ABSORB NOURISHMENT

NOURISHES, STRENGTHENS AND REPAIRS

ADDS MOISTURE, STRENGTHENS AND REDUCES FRIZZ

ADDS SHINE, STRENGTHENS AND HEAT PROTECTS

No.0 Intensive Bond Building Treatment

No.4 Bond Maintenance Shampoo

No.6 Bond Smoother

No.7 Bonding Oil

$ 28

$ 28

$ 28

ADD TO BAG

ADD TO BAG

ALL INGREDIENTS

Water, Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance, Polyquaternium-37, Tetrasodium EDTA, Butylphenyl Methylpropional, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate.

# Discover the bond builder.

See and shop customer photos, plus add your own. Use #OLAPLEX to share your hair journey.

FOLLOW US @OLAPLEX →

# Reviews

4.4 ★★★★½   2658 Reviews, 183 Q&As

Exhibit 14
70

REVIEWS    QUESTIONS

WRITE A REVIEW    ASK A QUESTION

Filter Reviews

SEARCH REVIEWS

Color    Volume    Strength    Shedding    Improvement    Oil

Texture    Frizz    Results    Length    Residue

RATING

DID THIS ADDRESS ANY ...

**ALL INGREDIENTS**

Water, Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance, Polyquaternium-37, Tetrasodium EDTA, Butylphenyl Methylpropional, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate.

2658 REVIEWS

SORT: SELECT

★★★★★

Anna F.
VERIFIED BUYER

**Obsessed**

Obsessed.

   

★★★★★

Karla S.
VERIFIED BUYER

**This mask is incredible**

I have naturally curly hair, I've always straightened it due to how frizzy and uncontrollable it was. After using OLAPLEX #3 and #6 my hair has made a drastic change. My curls are more defined and healthy! I fell I love with this product. I fully recommend it to blinds and even curly brunettes!



★★★★☆

Cynthia T.
VERIFIED BUYER

**I love this but for**

I love this but for some reason it worked better when my hair stylist used it in me. I left it in for almost an hour at home and she left it in for about 15 minutes. The directions say the longer the better. But it's made my hair so much

**ALL INGREDIENTS**

Water, Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance, Polyquaternium-37, Tetrasodium EDTA, Butylphenyl Methylpropional, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate.

★★★★★

*Would you describe your hair as...:* Weak and D

Exhibit 14
71

*Did this address any of the following hair concerns::* Breakage / Weakness / Visible Damage

Love it! My hair is so much shinier and my breakage looks so much better!

Jacqueline C.
VERIFIED BUYER

---

★★★★★

*Would you describe your hair as...:* Colored / Chemically treated
*Did this address any of the following hair concerns::* Dryness, Frizz, Breakage / Weakness / Visible Damage, Curl Support

### Everything I had by hoped

Everything I had by hoped for and more! Love the products

Tina D.
VERIFIED BUYER

---

←    1   2   3   →



ALL INGREDIENTS

Water, Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance, Polyquaternium-37, Tetrasodium EDTA, Butylphenyl Methylpropional, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate.

Sign up fo

OLAPLEX

Type Your Email Address    →

LEGAL

Terms + Conditions

Privacy Policy

Returns

Anti-Diversion

Careers

Patents

Safety Data

PROFESSIONAL

Professionals Site Login

SOCIAL

© 2020 OLAPLEX. All rights reserved.

We use cookies to improve your experience on the site. By clicking accept, you are consenting to our use of cookies to enhance site navigation, analyze site usage, and assist in our marketing efforts.

LEARN MORE

ACCEPT

Exhibit 14
72