# EXHIBIT 15

Exhibit 15

670

https://web.archive.org/web/20210628104455/https://olaplex.com/products/olaplex-no-3-hair-perfector#expand

2025-06-19T11:03:06-04:00

INTERNET ARCHIVE — https://olaplex.com/products/olaplex-no-3-hair-perfector
167 captures
6 Jul 2019 - 2 Feb 2025

Go    APR JUN JUL
◄ 28 ►
2020 2021 2022    ▼ About this capture

Skip to main content
Skip to main content

FREE SHIPPING ON ALL US $50+ ORDERS.

- Shop
- Why OLAPLEX
- Hair Diagnostic

Olaplex Logo
Account    Cart 0

- Shop
- Why OLAPLEX
- Hair Diagnostic

Icon Close    Visit Professional Site

**Your Bag**

Icon close
Your Cart is Empty

Need Ideas? Shop Our Best Sellers

Shop All    Shop N°.3    Shop N°.4

checkout



alt=no.3 bottle front

Exhibit 15



No.3 Hair Perfector Back Label

alt=no.3 curly

Exhibit 15

672



Repairs, protects and strengthens

## No.3 Hair Perfector

$ 28 Full item price

|

QTY:

1

+

Size  SIZE: 100ml ∨

Add to bag

|

QTY:

1

+

⦿ One-time purchase

○ Subscribe

Ⓖ Subscription details

Add to bag

## About N°3

**The product that made OLAPLEX famous!**

Our global best-seller is an at-home treatment, not a conditioner, that reduces breakage and visibly strengthens hair, improving its look and feel. It will restore your hair's healthy appearance and texture by repairing damage and protecting hair structure.

PH Balance: 3.5-5

## FROM THE PEOPLE

★
★
★
★
★

"This is the only product I have ever used that has truly repaired my hair after all of the bleach...In ONE USE this product visibly and textually repaired my hair so well, it's insane."

- Hannah

View More Reviews

Where:

Dampen hair and apply from roots to ends.

When:

Use once a week or two to three times a week for damaged hair.

For:

All hair types, especially for those with visible damage.



Icon Muted Icon Unmuted

No.3 Hair Perfector
Step 1:
Apply a generous amount from roots to ends on damp, towel dried hair.

No.3 Hair Perfector
Step 2:
Comb through once and leave on for a minimum of 10 minutes or more.

No.3 Hair Perfector
Step 3:
Rinse from hair, shampoo, and condition.
Ingredients
Free of DEA, Aldehydes and Formaldehyde

## ALL INGREDIENTS

Water (Aqua/Eau), Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Phenoxyethanol, Cetyl Alcohol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance (Parfum), Tetrasodium EDTA, Polyquaternium-37, Benzyl Benzoate, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate

View all ingredients

All Hair Types

PH Balanced

Vegan

Cruelty Free

Gluten Free

Nut Free

Paraben Free

Phthalates Free

Phosphate Free

Sulfate Free



**The Original Bond Builder**

The only patented system to noticeably repair extreme damage—turn dry, brittle hair into soft, shiny, and more resilient hair.
how it works



**The Original Bond Builder**

The only patented system to noticeably repair extreme damage—turn dry, brittle hair into soft, shiny, and more resilient hair.
how it works

Exhibit 15

674



No.3 Hair Perfector



No.3 Hair Perfector

How It Works

A single molecule, free of silicones and oils, dramatically improves the hair strength, protects from within, and provides immediate results.

LEARN MORE



No.3 Hair Perfector

SUSTAINABILITY
The Environment Comes First

We are devoted to developing and maintaining sustainable products with environmental, social, and economic benefits while protecting public health & the environment over the entire lifecycle.

We save

38 mm

Gallons of water

We eliminate



Exhibit 15

675



23 mm
Pounds of GHG emissions
We save



29,000 Trees
A year from being cut down
We save



Exhibit 15

676

8,239 Acres

Of US land from being deforested

**The complete OLAPLEX system.**

No.3 Hair Perfector

No.3 Hair Perfector

Primes Hair To Absorb Nourishment
No.0 Intensive Bond Building Treatment
$ 28 Full item price
Default Title
Add to bag

No.3 Hair Perfector

No.3 Hair Perfector

Nourishes, strengthens and repairs
No.4 Bond Maintenance Shampoo
$ 28 Full item price
250ML
Add to bag

No.3 Hair Perfector

No.3 Hair Perfector

Adds moisture, strengthens and reduces frizz
No.6 Bond Smoother
$ 28 Full item price
Default Title
Add to bag

No.3 Hair Perfector

No.3 Hair Perfector

Adds shine, strengthens and heat protects
No.7 Bonding Oil
$ 28 Full item price
Default Title
Add to bag

No.3 Hair Perfector

No.3 Hair Perfector

Hydrates, repairs and strengthens
No.5 Bond Maintenance Conditioner
$ 28 Full item price
250ML
Add to bag
New Product

No.3 Hair Perfector

Exhibit 15

677

No.3 Hair Perfector

Repair Protect Strengthen
The Complete Hair Repair System
$ 196 Full item price
Default Title | Add to bag

No.3 Hair Perfector

No.3 Hair Perfector

Repair Hydrate Strengthen
Bond Maintenance System Kit
$ 84 Full item price
Default Title | Add to bag

No.3 Hair Perfector

No.3 Hair Perfector

Prime Repair Strengthen
The Ultimate Repair Kit
$ 56 Full item price
Default Title | Add to bag

No.3 Hair Perfector

No.3 Hair Perfector

Hydrate Strengthen Repair
Daily Cleanse & Condition Duo
$ 56 Full item price
Default Title | Add to bag
New Product

No.3 Hair Perfector

No.3 Hair Perfector

Hydrate Strengthen Repair
Shampoo & Condition Bundle
$ 112 Full item price
Default Title | Add to bag

**Discover the bond builder.**

See and shop customer photos, plus add your own. Use #OLAPLEX to share your hair journey.

follow us @olaplex

**Reviews**

Powered by

4.4 ★★★★★ 2658 Reviews, 183 Q&As

✎ Write A Review        💬 Ask A Question

REVIEWS    QUESTIONS

**Filter Reviews**

🔍 Search Reviews

Color   Volume   Strength   Shedding   Improvement   Oil

Exhibit 15

678

Texture   Frizz   Results   Length   Residue   ...

| Rating ▼ | Images & Videos ▼ | Would you describe your ... ▼ | Did this address any of t... ▼ | Would you recommend t... ▼ |

**2658 Reviews**                                                                 Sort: Select ▼



**A**  Anna F. Verified Buyer                                                    07/13/20
★★★★★
**Obsessed**
Obsessed.

⤴ Share  |  Reviewed on:  No.3 Hair Perfector                    Was This Review Helpful?  👍 0   👎 0

**K**  Karla S. Verified Buyer                                                   07/05/20
★★★★★
**This mask is incredible**
I have naturally curly hair, I've always straightened it due to how frizzy and uncontrollable it was. After using OLAPLEX #3 and #6 my hair has made a drastic change. My curls are more defined and healthy! I fell I love with this product. I fully recommend it to blinds and even curly brunettes!

⤴ Share  |  Reviewed on:  No.3 Hair Perfector                    Was This Review Helpful?  👍 2   👎 2

**C**  Cynthia T. Verified Buyer                                                 07/07/20
★★★★☆
**I love this but for**
I love this but for some reason it worked better when my hair stylist used it in me. I left it in for almost an hour at home and she left it in for about 15 minutes. The directions say the longer the better. But it's made my hair so much softer. Less breakage too!

⤴ Share  |                                                      Was This Review Helpful?  👍 26   👎 5

**J**  Jacqueline C. Verified Buyer                                             02/14/22
★★★★★
*Would you describe your hair as...:*  Weak and Damaged
*Did this address any of the following hair concerns::*  Breakage / Weakness / Visible Damage

**Love it! My hair is**
Love it! My hair is so much shinier and my breakage looks so much better!

⤴ Share  |                                                      Was This Review Helpful?  👍 0   👎 0

**T**  Tina D. Verified Buyer                                                    02/14/22
★★★★★
*Would you describe your hair as...:*  Colored / Chemically treated
*Did this address any of the following hair concerns::*  Dryness, Frizz, Breakage / Weakness / Visible Damage, Curl Support

**Everything I had by hoped**
Everything I had by hoped for and more! Love the products

⤴ Share  |                                                      Was This Review Helpful?  👍 0   👎 0

‹   **1**  2  3  4  5  6  7  8  9   ›

**Sign up for OLAPLEX mail!**

[ Type Your Email Address ]
Thanks for signing up!

**SUPPORT**
- FAQ
- Returns
- Shipping
- Klarna
- Contact Us
- Stylist Locator
- Careers

**LEGAL**
- Terms + Conditions
- Privacy Policy
- Cookie Notice
- Applicant Privacy Notice
- Anti-Diversion
- Patents
- Safety Data

© 2021 OLAPLEX. All rights reserved.

- **Professional**

- Professionals Site Login

- **Social**

United States (USD $) ▼

Exhibit 15

679