# EXHIBIT 16

Exhibit 16

680



**URL**

https://x.com/olaplex/status/1496933135488978959

**Timestamp**

Tue Jun 17 2025 10:08:52 GMT-0400 (Eastern Daylight Time)

Exhibit 16

681



**URL**

https://x.com/olaplex/status/1496933135488978959

**Timestamp**

Tue Jun 17 2025 10:08:52 GMT-0400 (Eastern Daylight Time)

Exhibit 16

682

**URL**

https://x.com/olaplex/status/1496933135488978959

**Timestamp**

Tue Jun 17 2025 10:08:52 GMT-0400 (Eastern Daylight Time)

Exhibit 16

683