# **EXHIBIT 17**

Exhibit 17

684



**Olaplex** ✓
February 28, 2022 · ⊙

Hello cherished OLAPLEX Family, we know you may have questions around the standard regulatory processes the cosmetic industry is going through right now.
Your health is the utmost importance to us, along with providing you with the correct information.
In response to the recent social posts, Lavinia Popescu, Chief Scientist, VP R&D + Regulatory here at OLAPLEX is here to help clarify questions surrounding lilial, which OLAPLEX no longer uses in any of its products.
In September 2020, the EU regulatory authority announced their intent to phase out Butylphenyl methylpropional commonly referred to as "lilial" by March of 2022. Since January 2022, Olaplex no longer sold products using lilial in the UK or EU. At Olaplex, lilial was previously used in small amounts as a fragrance in N°.3 Hair Perfector. It is not an active or functional ingredient. While this phase-out is limited to the EU and the US permits use of this ingredient, out of an abundance of caution we proactively removed lilial from our N°.3 Hair Perfector globally. It is a widely used fragrance compound found naturally in the essential oil of chamomile and is used synthetically in a variety of thousands of beauty products, including perfumes, shampoos, deodorants, skincare, tanning lotions, and hair styling products, primarily for its Lily of the Valley aroma. The way Olaplex diligently used the ingredient as a fragrance, nonfunctional and not active, it should not cause infertility, miscarriages, or disruptions in fetus development. Please let us know if you have additional questions. We are here to answer.
See less

👍❤️ 99                                                                                                                    60 comments   8.9K views

👍 Like                          💬 Comment                          ↪ Share

Comments                                                                                                              See all

  Write a comment...

😊 😀 📷 GIF 🎁

Exhibit 17

685