# EXHIBIT 18

Exhibit 18

686

**From:** operations olaplex on behalf of operations olaplex <operations@olaplex.com>
**Sent:** Thursday, October 1, 2020 8:18 PM
**To:** Anthony Gras
**CC:** Andrea Bragato; Ashkar; Haysam Eid
**Subject:** Re: [EXTERNAL SENDER] RE: [EXTERNAL SENDER] RE: PRODUCTS DOCUMENTS URGENT!!!
**Attachments:** 3D-6970_No0_Box_EN_Graphics_05_OX042A_01 Approved.pdf; NO3_deluxe_sample_Retail_T30-85.pdf; TP_176270_PN 603004_proof (1) Approved.pdf

Launch Kit English Artwork is attached.

On Thu, Oct 1, 2020 at 12:27 PM Anthony Gras <anthony@olaplex.com> wrote:
Hi Susan,
English label artwork please
Thanks

On Thu, 1 Oct 2020 at 20:25, operations olaplex <operations@olaplex.com> wrote:
Please confirm if you need Global or English artwork for No. 0.

On Thu, Oct 1, 2020 at 1:38 AM Anthony Gras <anthony@olaplex.com> wrote:
Hi Susan,
Many thanks for the update.
They actually received the No.0 Launch Kit, which is currently sitting at Dubai Customs warehouse until CFS is received. So they do need the artwork for the No.0 Kit, as well as No.0 standalone for their future orders.

Anthony

On Wed, Sep 30, 2020 at 10:24 PM operations olaplex <operations@olaplex.com> wrote:
I have ordered you a new Free Sale Certificate but it will be 4-6 weeks before I receive it.
As far as the artwork you are requesting, we do not have any more of the No. 0 launch kits so the artwork in the dropbox is for the No. 0 standalone.

Anthony, please advise on what they will receive for No. 0.

Susan

On Tue, Sep 29, 2020 at 11:41 PM Ashkar <ashkar@eideal.com> wrote:

Dear Ms.Susan,

Thank you for updating the documents.

It seems the missing documents mentioned below still not updated in Dropbox. We can process the application only once we have all these all documents.

1. *Artwork with Barcode*

- *No.0 Intense Bond Builder Kit- 185ML (Box)*
- *No.3 Hair Perfector 30ML*

2. *Free Sale Certificate*

- *No.0 not included in attached certificate*

Exhibit 18

CONFIDENTIAL

OLPX-SA-0000083568



Thanks in advance for your quick response.

*Stay SAFE & HEALTHY,*

--

Best regards

Ashkar MV

---

**From:** operations olaplex <operations@olaplex.com>
**Sent:** Tuesday, September 29, 2020 11:49 PM
**To:** Ashkar <ashkar@eideal.com>
**Cc:** Anthony Gras <anthony@olaplex.com>; Andrea Bragato <andrea@olaplex.com>; Haysam Eid <haysam@eideal.com>
**Subject:** Re: [EXTERNAL SENDER] RE: PRODUCTS DOCUMENTS URGENT!!!

Ashkar,

All of the soft copies of your requested documents other than the COFS are in your Regulatory Dropbox.
Please advise what you are still missing.

Susan

On Fri, Sep 25, 2020 at 10:35 PM Ashkar <ashkar@eideal.com> wrote:

Exhibit 18

CONFIDENTIAL

OLPX-SA-0000083569

Dear Susan,

Good Day!

A gentle reminder on below request as our shipment is still on hold.

***Stay SAFE & HEALTHY,***

--

Best regards

Ashkar MV

---

**From:** Ashkar <ashkar@eideal.com>
**Sent:** Wednesday, September 23, 2020 8:36 PM
**To:** 'Anthony Gras' <anthony@olaplex.com>; 'operations olaplex' <operations@olaplex.com>
**Cc:** 'Andrea Bragato' <andrea@olaplex.com>; 'Haysam Eid' <haysam@eideal.com>
**Subject:** RE: PRODUCTS DOCUMENTS URGENT!!!

Dear Susan,

A kind reminder on below request as we have to submit the documents by tomorrow.

We need your full attention and cooperation at this matter.

***Stay SAFE & HEALTHY,***

--

Best regards

Ashkar MV

---

**From:** Ashkar <ashkar@eideal.com>
**Sent:** Tuesday, September 22, 2020 3:14 PM
**To:** 'Anthony Gras' <anthony@olaplex.com>; 'operations olaplex' <operations@olaplex.com>
**Cc:** 'Andrea Bragato' <andrea@olaplex.com>; 'Haysam Eid' <haysam@eideal.com>
**Subject:** RE: PRODUCTS DOCUMENTS URGENT!

Exhibit 18

CONFIDENTIAL
OLPX-SA-0000083570

**Importance:** High

Dear Susan,

Good Day,

A kind reminder on below request, as we can clear the shipment only once we uploaded all these documents.

Thanks in advance for your quick response.

*Stay SAFE & HEALTHY,*

--

Best regards

Ashkar MV

---

**From:** Anthony Gras <anthony@olaplex.com>
**Sent:** Monday, September 21, 2020 4:52 PM
**To:** operations olaplex <operations@olaplex.com>
**Cc:** Ashkar <Ashkar@eideal.com>; Andrea Bragato <andrea@olaplex.com>; Haysam Eid <haysam@eideal.com>
**Subject:** Fwd: PRODUCTS DOCUMENTS URGENT!

Hi Susan,

If possible could we please put a priority to this request from EIDEAL, our partners in the UAE..?

Information needed urgently:

**No. 0 Intense Bond Builder Kit (185ml)**

1. Art work (including all the products in the kit)
2. Ingredients report (For all the products in kit)

3. Free sale certificate,

4. Certificate of Analysis

5. Product picture

Thanks a lot,

Anthony

Exhibit 18

CONFIDENTIAL
OLPX-SA-0000083571

---------- Forwarded message ---------
From: **Ashkar** <ashkar@eideal.com>
Date: Mon, Sep 21, 2020 at 1:36 PM
Subject: RE: PRODUCTS DOCUMENTS URGENT!
To: operations olaplex <operations@olaplex.com>, Anthony Gras <anthony@olaplex.com>
Cc: Leah Wright <leah@olaplex.com>, Andrea Bragato <andrea@olaplex.com>, Haysam Eid <haysam@eideal.com>

Dear Mr.Anthony,

Good Day!

Could you please share with us below requested documents urgently as the shipment is in Dubai but we can't clear it without these documents.

Kindly consider it on priority basis and share with us.

Thanks in advance for your quick support.

*Stay SAFE & HEALTHY,*

--

Best regards

Ashkar MV

---

**From:** Ashkar <ashkar@eideal.com>
**Sent:** Sunday, September 20, 2020 10:29 AM
**To:** 'operations olaplex' <operations@olaplex.com>; 'Anthony Gras' <anthony@olaplex.com>
**Cc:** 'Leah Wright' <leah@olaplex.com>; 'Andrea Bragato' <andrea@olaplex.com>; 'Haysam Eid' <haysam@eideal.com>
**Subject:** RE: PRODUCTS DOCUMENTS URGENT!
**Importance:** High

Dear Susan,

Hope you are well!

Please share with us below requested documents as soon as possible as we need to submit it with Municipality to clear the shipment.

*Stay SAFE & HEALTHY,*

Exhibit 18

OLPX-SA-0000083572

--

Best regards

Ashkar MV

---

**From:** Ashkar <ashkar@eideal.com>
**Sent:** Tuesday, September 15, 2020 9:41 AM
**To:** 'operations olaplex' <operations@olaplex.com>; 'Anthony Gras' <anthony@olaplex.com>
**Cc:** 'Leah Wright' <leah@olaplex.com>; 'Andrea Bragato' <andrea@olaplex.com>; 'Haysam Eid' <haysam@eideal.com>
**Subject:** RE: PRODUCTS DOCUMENTS URGENT!
**Importance:** High

Dear Susan,

Thank you for sharing the laboratory report.

Kindly share with us below documents as soon as possible we need to submit it at the earliest.

**No. 0 Intense Bond Builder Kit (185ml)**

1. Art work (including all the products in the kit)
2. Ingredients report (For all the products in kit)

3. Free sale certificate,

4. Certificate of Analysis

5. Product picture

*Stay SAFE & HEALTHY,*

--

Best regards

Ashkar MV

---

**From:** operations olaplex <operations@olaplex.com>
**Sent:** Tuesday, September 15, 2020 1:39 AM
**To:** Ashkar <ashkar@eideal.com>; 'Anthony Gras' <anthony@olaplex.com>
**Cc:** 'Leah Wright' <leah@olaplex.com>; 'Andrea Bragato' <andrea@olaplex.com>
**Subject:** Re: PRODUCTS DOCUMENTS URGENT!

Ashkar,

Exhibit 18

CONFIDENTIAL
OLPX-SA-0000083573

Formaldehyde testing results are attached for No. 0.

Let me know if you need anything else.

Susan

---

**From:** Ashkar <ashkar@eideal.com>
**Date:** Saturday, September 12, 2020 at 1:37 AM
**To:** 'Anthony Gras' <anthony@olaplex.com>
**Cc:** Leah Wright <leah@olaplex.com>, Operations <operations@olaplex.com>, 'Andrea Bragato' <andrea@olaplex.com>, 'Dave Olaplex' <dave@olaplex.com>
**Subject:** RE: PRODUCTS DOCUMENTS URGENT!

Dear Mr.Anthony,

Hope you are doing well!

Kindly be informed that the email to Manuk Keseyen is undelivered so please advise to whom I need to contact for below request.

*Stay SAFE & HEALTHY,*

--

Best regards

Ashkar MV

---

**From:** Ashkar <ashkar@eideal.com>
**Sent:** Saturday, September 12, 2020 12:29 PM
**To:** 'Manuk Keseyan' <manuk@olaplex.com>
**Cc:** 'Anthony Gras' <anthony@olaplex.com>; 'Leah Wright' <leah@olaplex.com>; 'operations olaplex' <operations@olaplex.com>; 'Andrea Bragato' <andrea@olaplex.com>; 'Dave Olaplex' <dave@olaplex.com>
**Subject:** RE: PRODUCTS DOCUMENTS URGENT!
**Importance:** High

Dear Manuk,

Hope you are doing well!

It's a gentle follow up on below request and we need it before our shipment arrive in UAE.

**No. 0 Intense Bond Builder Kit (185ml)**

1. Art work (including all the products in the kit)
2. Ingredients report (For all the products in kit)

Exhibit 18

3. Free sale certificate,

4. Certificate of Analysis

5. Product picture

Thanks in advance for your quick response.

**Stay SAFE & HEALTHY,**

--

Best regards

Ashkar MV

---

**From:** Ashkar <ashkar@eideal.com>
**Sent:** Wednesday, September 2, 2020 9:33 AM
**To:** 'Manuk Keseyan' <manuk@olaplex.com>
**Cc:** 'Anthony Gras' <anthony@olaplex.com>; 'Leah Wright' <leah@olaplex.com>; 'operations olaplex' <operations@olaplex.com>
**Subject:** RE: LAB TEST REPORT

Dear Manuk,

Good Day!

This is a gentle follow up on free sale certificate for No.0 as we need to finish the registration process asap.

**Stay SAFE & HEALTHY,**

--

Best regards

Ashkar MV

---

**From:** Ashkar <ashkar@eideal.com>
**Sent:** Tuesday, August 18, 2020 2:32 PM
**To:** 'Manuk Keseyan' <manuk@olaplex.com>
**Cc:** 'Anthony Gras' <anthony@olaplex.com>; 'Leah Wright' <leah@olaplex.com>; 'operations olaplex' <operations@olaplex.com>
**Subject:** RE: LAB TEST REPORT

Exhibit 18

CONFIDENTIAL
OLPX-SA-0000083575

Dear Manuk,

Hope you are doing well!

Regarding the test report please hold on my request as we will submit the samples in UAE central lab for testing as requested by municipality, we will let you know if we need anything else.

And we need the free sale certificate for No.0 asap to complete the registration.

***Stay SAFE & HEALTHY,***

--

Best regards

Ashkar MV

_____

**From:** Manuk Keseyan <manuk@olaplex.com>
**Sent:** Tuesday, August 11, 2020 11:19 PM
**To:** Ashkar <ashkar@eideal.com>
**Cc:** Anthony Gras <anthony@olaplex.com>; Leah Wright <leah@olaplex.com>; operations olaplex <operations@olaplex.com>
**Subject:** Re: LAB TEST REPORT

Hi Ashkar,

Regarding the testing results you have inquired about, I can confirm that we don't currently have them on file for the products you have noted. I will need to submit samples for testing and can provide you with the timing on obtaining the results after we have them submitted for testing.

However, before I can submit any samples for testing, I first need further clarification as to what a **Free Alkaline Test** is? We have inquired with several local testing facilities and they were unsure what this test entails.

Kindly provide me with the testing methodology as well as an example of the test report with results, as this will be of great help to us.

Thank you for all of your assistance and I look forward to hearing from you soon.

Best Regards,

Manuk Keseyan

On Mon, Aug 10, 2020 at 10:23 PM Ashkar <ashkar@eideal.com> wrote:

Exhibit 18

CONFIDENTIAL
OLPX-SA-0000083576

Dear Manuk,

Thank you for your prompt reply.

Waiting for your further update.

*Stay SAFE & HEALTHY,*

--

Best regards

Ashkar MV

**From:** Manuk Keseyan [mailto:manuk@olaplex.com]
**Sent:** Monday, August 10, 2020 11:58 PM
**To:** Ashkar <ashkar@eideal.com>
**Cc:** Anthony Gras <anthony@olaplex.com>; Leah Wright <leah@olaplex.com>; operations olaplex <operations@olaplex.com>
**Subject:** Re: LAB TEST REPORT

Hi Ashkar,

Thank you for your email.

Please see my responses below noted in blue.

Best Regards,

Manuk Keseyan

Please let us know if you have the Lab test report for below mentioned products,

as requested by Dubai municipality and we need to submit it at the soonest.

No.6 100ML- Heavy Metal test - Uploaded for you in the shared dropbox folder.

No.3 100ML- Formaldehyde test - Currently looking into this request, will update you as soon as information is available.

Free Alkaline test - Currently looking into this request, will update you as soon as information is available.

No.5 2000ML- Exact concentration of "Cetrimonium Chloride" should be submitted , the provided one in range concentration - Exact concentration is 1.24%

Formaldehyde test - Currently looking into this request, will update you as soon as information is available.

Exhibit 18

CONFIDENTIAL

OLPX-SA-0000083577

Free Alkaline test - Currently looking into this request, will update you as soon as information is available.

On Sun, Aug 9, 2020 at 5:59 AM Ashkar <ashkar@eideal.com> wrote:

Dear Mr.Mauk,

Hope you are doing well!

Please let us know if you have the Lab test report for below mentioned products,

as requested by Dubai municipality and we need to submit it at the soonest.

**No.6  100ML-**  Heavy Metal test

**No.3 100ML-**   Formaldehyde test

　　　　　Free Alkaline test

**No.5 2000ML-** Exact concentration of "Cetrimonium Chloride" should be submitted , the provided one in range concentration

　　　　　Formaldehyde test

　　　　　　Free Alkaline test

The quickest response from your side is highly appreciated.

*Stay SAFE & HEALTHY,*

--

Best regards

Ashkar MV

**From:** Manuk Keseyan [mailto:manuk@olaplex.com]
**Sent:** Wednesday, July 29, 2020 2:59 AM
**To:** Ashkar <ashkar@eideal.com>
**Cc:** Anthony Gras <anthony@olaplex.com>
**Subject:** Re: ARTWORK REQUEST

Hi Ashkar,

Exhibit 18

CONFIDENTIAL

OLPX-SA-0000083578

Hope my email finds you well.

Thank you for your update and please note that the documents for No.0 have been uploaded to the dropbox folder and ready for you.

Please don't hesitate to contact me should you have any further questions.

Best Regards,

Manuk Keseyan

On Tue, Jul 28, 2020 at 7:32 AM Ashkar <ashkar@eideal.com> wrote:

> Dear Manuk,
>
> Hope you are doing well!
>
> We managed to resubmit the applications with same artwork and waiting for the final review.
>
> Meanwhile could you please share with us the documents for No.0 asap as we need to register it before our shipment.
>
> *Stay SAFE & HEALTHY,*
>
> --
> Best regards
> Ashkar MV
>
> **From:** Manuk Keseyan [mailto:manuk@olaplex.com]
> **Sent:** Saturday, July 25, 2020 4:51 AM
> **To:** Ashkar <ashkar@eideal.com>
> **Subject:** Re: ARTWORK REQUEST
>
> Hi Ashkar,
>
> Hope my email finds you well.
>
> Thank you for bringing this to our attention and could you please clarify for me what the reason is for the rejection of the applications and why does artwork need to be resubmitted?

Exhibit 18

CONFIDENTIAL

698

OLPX-SA-0000083579

All the artwork that I provided you in the dropbox folder is current so there are no other versions to provide.

With regards to No.0, you will have the soft copy docs available for you in the dropbox folder shortly.

Thanks again for all your assistance and I look forward to hearing from you soon.

Best Regards,

Manuk Keseyan

On Wed, Jul 22, 2020 at 7:05 AM Ashkar <ashkar@eideal.com> wrote:

> Dear Mr.Manuk,
>
> Good Day !
>
> Hope you are doing well.
>
> This is Ashkar from Eideal Trading LLC Dubai regarding Olaplex.
>
> We are in the process of registration of products with Dubai Municipality but some of the applications are rejected and they requested to resubmit the Art work.
>
> Could you please share with me the artwork for below items and complete documents for N.0.
>
> 1. No.6 – Art work
>
> 2. Salon Kit #1 – Art Work
>
> 3. Traveling Stylist Kit- Art Work
> 4. No.0 –  Art work, Ingredients report, Free sale certificate, Certificate of Analysis, Product picture
>
> --
> Best Regards

Exhibit 18

CONFIDENTIAL

OLPX-SA-0000083580

Ashkar Mundivaliyath
Junior Accountant

EIDEAL

EIDEAL TRADING L.L.C
Dubai, UAE
P.O. Box: 187123
Tel +97142594665
Mob +971556292853

www.eideal.com
@eidealonline
#HairToolsGuru

--

Manuk Keseyan

Sr. Compliance and Regulatory Specialist

Olaplex, Inc.

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**BEWARE OF CYBER-CRIME**: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--

Manuk Keseyan

Sr. Compliance and Regulatory Specialist

Olaplex, Inc.

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**BEWARE OF CYBER-CRIME**: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

Exhibit 18

CONFIDENTIAL

OLPX-SA-0000083581

--

Manuk Keseyan

Sr. Compliance and Regulatory Specialist

Olaplex, Inc.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--

Manuk Keseyan

Sr. Compliance and Regulatory Specialist

Olaplex, Inc.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

Exhibit 18

--

**Anthony Gras**

OLAPLEX Inc

+44 7850 089 718

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--

*operations@olaplex.com*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--
*operations@olaplex.com*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--
*operations@olaplex.com*

Exhibit 18

CONFIDENTIAL

OLPX-SA-0000083583

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--
*operations@olaplex.com*

Exhibit 18

Exhibit 18



3/17/2020

OX042A

CONFIDENTIAL

OLPX-SA-0000083585

Exhibit 18

Exhibit 18

706

PARTIAL LARGE SIZE
**200%**

545-3051

UPC: 896364002633

TUBE TEMPLA    TE

92mm

Non P   rinting Area

7mm

TAKE HOME • OLAPLEX.COM

THE ORIGINAL

**OLAPLEX.**
**Nº3**
HAIR PERFECTOR™

*Printing A*

REPAIRS, STRENGTHENS,
& HYDRATES ALL HAIR TYPES

3mm(1/8")

10 ml/Net .33 fl oz

**Use before shampooing; NOT a conditioner, it's a bond builder.**
**DIRECTIONS OF USE:**
• Use 1x per week, for damaged hair 2-3x per week.
• Apply on damp towel-dried hair.
• Apply a generous amount from scalp to ends until hair is thoroughly saturated.
• Leave on for a minimum of 10 minutes. Longer if desired.
• Rinse from hair, for best results, shampoo with OLAPLEX Nº4 and condition with OLAPLEX Nº5.
    For more information,go to OLAPLEX.com.
**INGREDIENTS:** Water (Aqua), Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance (Parfum), Polyquaternium-37, Tetrasodium EDTA, Butylphenyl Methylpropional, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate

*Warning: Avoid contact with eyes. Not for children under 3 yrs.*
*Distributed by OLAPLEX, LLC*
*Santa Barbara, CA 93108 USA;* **Obelis s.a., 1090 Brussels, Belgium**
*Made in California, USA/Fabriqué en Californie, E.-U.*
*Patents: http://patents.olaplex.com.*

24M

8  96364 00263  3

H1

85mm

H2

Non P   rinting Area

FRONT PANEL C/L.

Tube Shoulder

BACK PANEL C/L.

**All text must be outlined.**
**Acceptable artwork formats are:**
**Adobe Illustrator (.ai) or Ecapsulated Post Script (.eps)**

mm  0    10    20    30    40    50    60    70    80    90    100    110    120    130    140    150    160    170

| | FILE INFORMATION | | PROJECT INFORMATION | | | | CLIENT APPROVAL CHECKLIST | |
|---|---|---|---|---|---|---|---|---|
| | FILE NAME | T-30 | TUBE DIAMETER Ø 30 | mm | **Hot Stamping** | | ☐ Dieline ☐ Copy ☐ Colors ☐ UPC ☐ Photography ☐ Illustration ☐ Eye Mark | |
| | | | TUBE LENGTH 85 | mm | ☐ Silver    ☐ Gold | | | |
| | | | PRINT INFORMATION | | ☐ Other Metallic Color | | | |
| | CLIENT | customer code | OFFSET | COLOR | 5 mm unvarnished from bottom | | **client signature** | |
| | | | | | INTERNAL APPROVAL | | | |
| | STARTED | 06/11/09 CGP | SILK-SCREEN | COLOR | | | **date** | |
| | MODIFIED | 00/00/00 CGP | | | Design *Ve* Proof | | IMPORTANT: **This art has been checked and proofed for accuracy. It is the responsibility of the client to make all final approvals before the release of this art.** PLEASE DOUBLE CHECK FOR ACCURACY. | |
| PROOF NUMBER | SOFTWARE | ai by Illustrator CS cdr by Coreldraw 9 | | | UPC Test ___ Verify ___ | | | |
| | | | | | RELEASE DATE | | | |
| **1** | PROOF SIZE **100%** | EXPROT **PDF** | ☐ TUBE COLOR | | ▨ DIELINE DOES NOT PRINT | | | |

Exhibit 18

Exhibit 18

TAKE HOME • OLAPLEX.COM

PROFESSIONAL INSPIRED

# OLAPLEX.

INTENSIVE BOND BUILDING
HAIR TREATMENT

N°·0

PRIMES, REPAIRS, STRENGTHENS AND
PROTECTS ALL HAIR TYPES

155ml/Net 5.2 fl oz

OLAPLEX's patented and proprietary technology is a proven
hair reparative system trusted by stylists worldwide.
**This intensive, bond-building treatment is best used as
a two-part system with N°·3 Hair Perfector, to strengthen
and repair all types of damaged hair.**

**Directions of use:**
1. Apply N°·0 to dry hair. Saturate from root to tip.
2. Leave on hair for 10 minutes. Do not rinse.
3. Apply a generous amount of N°·3 Hair Perfector to saturated hair
   and wait 10 minutes.
4. Rinse, shampoo and condition as usual with OLAPLEX Bond Maintenance™
   Shampoo and Conditioner.

**Ingredients:** Water (Aqua), Bis-Aminopropyl Diglycol Dimaleate,
Sodium Benzoate, Phenoxyethanol

**Welcome to your first of many #BESTHAIRDAYS**

*Warning:* Avoid contact with eyes.
*Distributed by OLAPLEX, INC.*
*Santa Barbara, CA 93108 USA*
**Obelis s.a. 1030 Brussels Belgium**
*Made in California, USA*
*Patents: patents.olaplex.com*

NOT FOR RESALE

12M

0ZPXSX0RY



| Artwork: | **PN 603004** | | | Date: | **04/28/2020** | Wind Direction: | **Off Right - Wound Out** | |
|---|---|---|---|---|---|---|---|---|
| Size/Shape: | **3.75" x 5" RCR** | | | | | | **Dieline Does Not Print** | #3 |
| Corner Radius: **0.1250"** | Gap Across: **0.125"** | | Gap Around: **0.125"** | Die Ref #: **M01349** | | Inks: **K** | | |
| Material: | **2.3mil Solid White Gloss BOPP** | | | | | Sheet At: - | Peel Tab: - | Int Ref #: 105739 |
| Adhesive: | **Permanent (607C/PSF10144)** | | | | | Perf At: - | Perf Type: - | |
| Liner: | **1.2mil PET** | | | | | | | |
| Topcoat: | **1.4mil Matte Laminate (Indoor Use)** | | | | | | | |

**Important Information**

1. All Pantone color callouts will be converted to CMYK. Please refer to the Pantone+ Color Bridge (CP) color book for the conversion values.
2. Objects set to overprint may not print on press as they appear on your screen. Please check that your overprint options are set correctly.
3. Please carefully review and inspect the art for typographical errors, omissions, graphic errors, barcode accuracy, compliance to government regulations, etc. We are not responsible for printed errors once print approval has been received.

I agree that the job specifications on this proof are accurate and that I have reviewed the imporant information listed on the right.

Approved By: *Reef Holland*   Date: **4/29/2020**

Exhibit 18

CONFIDENTIAL

OLPX-SA-0000083587