# EXHIBIT 19

Exhibit 19

710

**From:** Erika Brooks on behalf of Erika Brooks <erika@olaplex.com>
**Sent:** Wednesday, May 26, 2021 2:59 PM
**To:** Lavinia Popescu
**CC:** Crystal Kim; Joseph Myers; Donna Schwandt; Abby White; Sarah Wonsowski; Brittany Meeks; Brenna Smith
**Subject:** Re: Label Ingredient List - No. 3 and No. 8 Sephora

Thanks Lavinia!

On Wed, May 26, 2021 at 7:54 AM Lavinia Popescu <lavinia@olaplex.com> wrote:
> Hi Erika,
> Before we send all the labels we would like to take some time to check all the labels that we have in our files.
> We will follow up with you next week.
> Thank you
> Lavinia

On Wed, May 26, 2021 at 10:52 AM Erika Brooks <erika@olaplex.com> wrote:
>> Hi Joseph! Following up here.  Can you please send over ingredient lists for other products?
>>
>> Caught a few other discrepancies I'd like to tackle at the same time as 3 + 8 updates across retailers. (In the meantime, Sephora US has been updated with 3 + 8 ingredients!)

On Mon, May 24, 2021 at 1:46 PM Crystal Kim <crystal@olaplex.com> wrote:
>>> Thanks Joseph - updated No.3 and No.8 on Olaplex.com.
>>> If you have the latest ingredients list for other products, I'll update on the site asap.

On Mon, May 24, 2021 at 12:18 PM Erika Brooks <erika@olaplex.com> wrote:
>>>> Adding Brittney, Crystal + Brenna for visibility.
>>>>
>>>> Hi Joseph- thank you!
>>>>
>>>> While we're doing this exercise, is it possible to send over ingredient lists for 0, 4, 5, 6 + 7? I'd like to comb through and send over the most up to date lists for all of our products to ensure we're refreshing with the most up to date.

On Mon, May 24, 2021 at 11:46 AM Joseph Myers <joseph@olaplex.com> wrote:
>>>>> Hi Team,
>>>>>
>>>>> Here are the current ingredient lists for No. 3 and No.8.
>>>>>
>>>>> No. 3
>>>>>
>>>>> Water (Aqua/Eau), Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Phenoxyethanol, Cetyl Alcohol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance (Parfum), Tetrasodium EDTA, Polyquaternium-37, Benzyl Benzoate, Etidronic Acid, Ascorbic Acid, Phytantriol, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate
>>>>>
>>>>>
>>>>> No.8
>>>>>
>>>>> Water(Aqua/Eau), Dimethicone, Cetyl Alcohol, Persea Gratissima (Avocado) Oil, Glycerin, Stearyl Alcohol, Ethylhexyl Olivate, Behentrimonium Chloride, Cetrimonium Bromide, Limnanthes Alba (Meadowfoam) Seed Oil, Oryza Sativa (Rice) Bran Oil, Quaternium-80, Squalane, Rosa Canina (Rose Hip) Seed Extract, Ceramide AP, Ceramide NP, Hydrolyzed Jojoba Esters, Sodium Hyaluronate, Sodium PCA, Bis-Aminopropyl Diglycol Dimaleate, Arginine, Jojoba Esters, Panthenol, Carthamus Tinctorius (Safflower) Seed Oil, Cannabis Sativa (Hemp) Seed Oil, Glycine, Alanine, Serine, Valine, Isoleucine, Proline, Threonine, Guar Hydroxypropyltrimonium Chloride, Histidine, Hydroxyethylcellulose, Phenylalanine, Aspartic Acid, PCA, Phosphatidylcholine, Citric Acid, Sodium Lactate, Ethylhexylglycerin, Sodium Benzoate, Phenoxyethanol, Bis-Cetearyl Amodimethicone, Propylene Glycol, Isopropyl Alcohol, Sodium Nitrate, Tocopherol, Fragrance (Parfum), Citral, Hexyl Cinnamal, Limonene
>>>>>
>>>>> Please be advised that the ingredients Propylene Glycol, Isopropyl Alcohol, Sodium Nitrate, Tocopherol were not declared on the first label run. Initially, they were classified as incidental ingredients but had to be declared on the second label run per UK/EU requirements. Also, you might find an earlier ingredient list without one of the Canadian or EU common names (Aqua/Eau) for Water.  The fragrance was also updated to include the common name Pafrum and have a global ingredient list.
>>>>>
>>>>> I hope this helps.
>>>>>
>>>>> Joseph

Exhibit 19

On Mon, May 24, 2021 at 1:02 PM Donna Schwandt <donna@olaplex.com> wrote:
Thank you Abby! If you would like me to ask her I can and see what she says!
Thank you!

On Mon, May 24, 2021 at 12:58 PM Abby White <abby@olaplex.com> wrote:
Hey Team,

Donna reached out on slack with the message (attached). Can we get her the latest inci lists for both products and start coming up with messaging as to why there might be any changes between the website and the inci list?

@Donna Schwandt It might be helpful to get an image of the labels she has in store but we can wait for Joseph in case he already has clarification on this.

Thanks,
Abby
--
Abby White
(630) 278-9214
Project Manager, Product Development
OLAPLEX, Inc

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--
Donna Schwandt
Social Media Support Staff
OLAPLEX, INC.
(734)776-6636
www.olaplex.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--
Joseph Myers
Regulatory Compliance Manager
Olaplex Inc.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--
Erika Brooks

Marketing Department

Retail Trade Marketing Manager

Olaplex, INC.

e: erika@olaplex.com

c: 330.618.6959

www.olaplex.com

--
Erika Brooks

Marketing Department

Exhibit 19

CONFIDENTIAL

OLPX-SA-0000079664

Retail Trade Marketing Manager

Olaplex, INC.

e: erika@olaplex.com

c: 330.618.6959

www.olaplex.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--

Crystal Kim
Vice President, eCommerce
OLAPLEX, INC.
M: 347-863-8374
www.olaplex.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--
Erika Brooks

Marketing Department

Retail Trade Marketing Manager

Olaplex, INC.

e: erika@olaplex.com

c: 330.618.6959

www.olaplex.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--
Lavinia Popescu

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--
Erika Brooks

Marketing Department

Retail Trade Marketing Manager

Olaplex, INC.

Exhibit 19

e: erika@olaplex.com

c: 330.618.6959

www.olaplex.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

Exhibit 19

CONFIDENTIAL

OLPX-SA-0000079666