# EXHIBIT 20

Exhibit 20
715

**From:** Joseph Myers on behalf of Joseph Myers <joseph@olaplex.com>
**Sent:** Wednesday, July 21, 2021 2:46 PM
**To:** vherrera
**CC:** April Garcia; pierina
**Subject:** Re: [EXTERNAL SENDER] RE: Ingredient change # 3
**Attachments:** No0 155ml Label Sprayer Global outlined production.pdf; No3 100ml FrntBck Labels Global outlined production.pdf

Hi Veronica,

Sorry for the delay.  Attached is the artwork for the new No.3 and No.0.

Thanks,
Joseph

On Tue, Jul 20, 2021 at 3:42 PM vherrera <vherrera@butterflycorpsac.com> wrote:

> do you have the artwork for the new # 0 with the spray?
>
>
> **From:** Joseph Myers [mailto:joseph@olaplex.com]
> **Sent:** Tuesday, July 20, 2021 3:08 PM
> **To:** vherrera
> **Cc:** April Garcia; pierina
> **Subject:** Re: [EXTERNAL SENDER] RE: Ingredient change # 3
>
>
> Hi Veronica,
>
>
> Actually, the 100 mL global is in the warehouse. However, let me find out when it's available because I do know we still have stock of the old.
>
>
> Joseph
>
>
> On Tue, Jul 20, 2021 at 2:18 PM Joseph Myers <joseph@olaplex.com> wrote:
>
>> The Bonus size and the holiday kit are the new formula.  We are still waiting to get the 100 ml size in the warehouse with the new formula. We still have old stock to exhaust. Yes, I believe the STT date is still August 15th.
>>
>>
>> Thanks,
>>
>>
>> On Tue, Jul 20, 2021 at 2:11 PM vherrera <vherrera@butterflycorpsac.com> wrote:
>>
>>> Ok thanks.
>>>
>>> I need to know if the Bonus size will still be shipping on august 15th as schedule and if it will be with the new or old formula.
>>>
>>> is the 4P and holiday kit also going to be shipping as scheduled in August?

CONFIDENTIAL

OLPX-SA-0000082217

Exhibit 20
716

**From:** Joseph Myers [mailto:joseph@olaplex.com]
**Sent:** Tuesday, July 20, 2021 2:07 PM
**To:** vherrera
**Cc:** April Garcia; pierina
**Subject:** Re: [EXTERNAL SENDER] RE: Ingredient change # 3

Hi Veronica,

I will send the updated artwork.  The new No.3 isn't ready to ship yet so you can place your order for the current formula.

Thanks,

Joseph

On Mon, Jul 19, 2021 at 6:44 PM vherrera <vherrera@butterflycorpsac.com> wrote:

> Hi Joseph,
>
> We are placing the new order tomorrow.
>
> I need the artwork for the # 3 for the regular size with the ingredient change .
>
> Please confirm that the attached  formula is the updated one with the new ingredient.
>
> Also it is important in order to change the registration at the appropriate time that we know when the new product will be shipping.
>
> Regards,
>
> Veronica
>
> **From:** Joseph Myers [mailto:joseph@olaplex.com]
> **Sent:** Tuesday, July 13, 2021 3:34 PM
> **To:** vherrera

CONFIDENTIAL

OLPX-SA-0000082218

Exhibit 20
717

**Cc:** April Garcia; pierina
**Subject:** Re: [EXTERNAL SENDER] RE: Ingredient change # 3

Hi Veronica,

Yes, that is the updated formula. The Jumbo No.3 label and COA have been added. I am confirming the ETA for the new No.3. When is your next order?

Thanks,

Joseph

On Tue, Jul 13, 2021 at 2:55 PM vherrera <vherrera@butterflycorpsac.com> wrote:

> I only saw the 4P was updated.
>
> When will I have the complete #3? the one in the drop box says change in allergen and its from april  2021 so I am not sure if its the current formula. Anyway for the # 3 I need all the new information.
>
> thanks,
>
> Veronica
>
> **From:** Joseph Myers [mailto:joseph@olaplex.com]
> **Sent:** Tuesday, July 13, 2021 2:42 PM
> **To:** vherrera
> **Cc:** April Garcia; pierina
> **Subject:** Re: [EXTERNAL SENDER] RE: Ingredient change # 3
>
> Hi Veronica,
>
> I sent the link to dropbox again.  Please confirm receipt.
>
> Thanks,
>
> Joseph
>
> On Tue, Jul 13, 2021 at 2:04 PM vherrera <vherrera@butterflycorpsac.com> wrote:
>
> > Hi April,

CONFIDENTIAL

OLPX-SA-0000082219

Exhibit 20
718

My drop box is not working properly can you please send all documents via email.

Will the next order we receive of the # 3 be with the new formula?

thanks,

Veronica

**From:** Joseph Myers [mailto:joseph@olaplex.com]
**Sent:** Wednesday, July 7, 2021 9:57 AM
**To:** vherrera
**Cc:** April Garcia; pierina
**Subject:** Re: [EXTERNAL SENDER] RE: Ingredient change # 3

Hi Veronica,

Sorry for the delay. I am uploading the updated information for 4P to your dropbox. Also, I will include the new QQ, label artwork for No.3. I am still confirming the STT for the new #3.

Joseph

On Wed, Jun 30, 2021 at 5:58 PM vherrera <vherrera@butterflycorpsac.com> wrote:

> Please confirm receipt.

> **From:** vherrera [mailto:vherrera@butterflycorpsac.com]
> **Sent:** Wednesday, June 23, 2021 1:44 PM
> **To:** 'Joseph Myers'; 'April Garcia'; 'pierina@butterflycorpsac.com'
> **Subject:** FW: Ingredient change # 3

> HI Joseph,

> I have not heard back from you regarding this.

> Veronica

> **From:** vherrera [mailto:vherrera@butterflycorpsac.com]
> **Sent:** Wednesday, June 16, 2021 2:41 PM
> **To:** 'Joseph Myers'; 'pierina'

CONFIDENTIAL

OLPX-SA-0000082220

Exhibit 20
719

**Cc:** 'April Garcia'
**Subject:** Ingredient change # 3

Hi Joseph

We never got the complete registration paperwork for the purple shampoo (enclosed is the email requesting the primary and secondary ingredients be identified ) and also the # 3 is changing ingredients in July. We need the new formula, labels, etc to reregister the product.  We will also need  to know when you will be shipping the # 3 with the new ingredients so the registration is updated before the product is shipped.

thanks,

Veronica

--

Joseph Myers

Regulatory Compliance Manager

Olaplex Inc.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--

Joseph Myers

Regulatory Compliance Manager

Olaplex Inc.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIAL

OLPX-SA-0000082221

Exhibit 20
720

--

Joseph Myers

Regulatory Compliance Manager

Olaplex Inc.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--

Joseph Myers

Regulatory Compliance Manager

Olaplex Inc.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

--

Joseph Myers

Regulatory Compliance Manager

Olaplex Inc.

--

Joseph Myers

Regulatory Compliance Manager

Olaplex Inc.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIAL

OLPX-SA-0000082222

Exhibit 20
721

--
Joseph Myers
Regulatory Compliance Manager
Olaplex Inc.

CONFIDENTIAL

OLPX-SA-0000082223

Exhibit 20
722

Exhibit 20
723



CONFIDENTIAL

OLPX-SA-0000082224

Exhibit 20
724

Exhibit 20
725



FRONT





BACK

OLAPLEX No.3 100ml / 3.3 fl. oz.
Front & Back Labels - Global
Trim: 1.925" x 2.5"

CONFIDENTIAL

OLPX-SA-0000082225

Exhibit 20
726