# EXHIBIT 21

Exhibit 21
727

**From:** Tracie Chesterman on behalf of Tracie Chesterman <tracie@olaplex.com>
**Sent:** Thursday, November 11, 2021 9:36 PM
**To:** Heather Harper; Tania Nicholls
**CC:** Tiffany
**Subject:** Fwd: [EXTERNAL SENDER] OLPX Activity - 11.11.21
**Attachments:** 11.11.21 OLPX.xlsx

+ Tiffany so she has insight into this process.

Heather, Will you keep track of the equity that was sold so it can be provided to eTrade once they are up and running? I just want to make sure one person has all the final records of where the equity currently stands and what has been sold. (I went to law school to avoid these math issues. ;)

Tania, Heather, I will draft the DWAC authorization letter after the town hall and copy you both on the circulation to AST.

Thank you!!

---------- Forwarded message ---------
From: **Maines, Tatum A** <Tatum.Maines@morganstanley.com>
Date: Thu, Nov 11, 2021 at 4:30 PM
Subject: [EXTERNAL SENDER] OLPX Activity - 11.11.21
To: tracie@olaplex.com <tracie@olaplex.com>, heather@olaplex.com <heather@olaplex.com>, tania.nicholls@olaplex.com <tania.nicholls@olaplex.com>
CC: siliconvalleygroup <siliconvalleygroup@morganstanley.com>

Heather,

Please see the attached spreadsheet summarizing today's trades.

Pay special attention to the formulas in the spreadsheet from columns N-Y. Feel free to adjust as necessary. We are going to wire the final dollar value referenced in column Y after you finish your calculations.

Total DWAC quantity for today's trades is 188,375.

Please cc siliconvalleygroup when returning the spreadsheet. Thank you!

Best,

--

Tatum Maines | Client Service Associate

Morgan Stanley Wealth Management

The Silicon Valley Group

2775 Sand Hill Road, Suite 120, Menlo Park, CA 94025

Tel. (650) 926-7658

Fax. (650) 275-9207

Tatum.Maines@morganstanley.com

If you would like to unsubscribe from marketing e-mails from Morgan Stanley Wealth Management, you may do so here . Please note, you will still receive service e-mails from Morgan Stanley Wealth Management.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

Exhibit 21
728

CONFIDENTIAL                                                                                                                    OLPX-SA-0000408366

To view Morgan Stanley's Client Relationship Summary and other important disclosures about our accounts and services, please visit www.morganstanley.com/disclosures/account-disclosures

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**BEWARE OF CYBER-CRIME:** If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

Exhibit 21
729
CONFIDENTIAL                                                                                      OLPX-SA-0000408367

Exhibit 21
730

**OLPX - Olaplex, Inc.**                    **Stock Option Exercise Reporting**                    Morgan Stanley

| Company Contacts: | tracie@olaplex.com |
| --- | --- |
| | heather@olaplex.com |
| | tania.nicholls@olaplex.com |
| | |
| MS Operational - Contacts: | siliconvalleygroup@morganstanley.com |
| Brendan O'Brien | brendan.f.obrien@morganstanley.com |
| Tatum Maines | tatum.maines@morganstanley.com |

| TICKER SYMBOL: | OLPX | DTC: 0015 |
| --- | --- | --- |
| CUSIP | 679369108 | |
| MS Branch Locator | 233 | |
| Requestor's Name: | Brendan O'Brien | |
| PHONE # | 650-926-7687 | |

**NOTE: You must adjust for the medicare surcharge correctly, account for Social Limits on YTD income as well as Federal supplemental income limits in the below formulas.**

| OLPX EMPLOYEE DETAILS | | TRANSACTION DETAILS | | | **GRANT DETAILS & EXERCISE INFORMATION** | | | | | ADDITIONAL INFORMATION | | OPTION PAYMENT DETAILS | | | Taxes | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Employee Name | MS Retail Account Number | Sale Date | # of Shares Sold | Sale Price /Shr | Grant Date | Type | Grant ID # | Grant Price | Shares Exercised to DWAC | Type of Exercise Exercise | Transaction Fees | Sale Price | Total Option Costs Due | Total Gain/Income | Federal Tax | State Tax | SS Tax | Medicare | Medicare Surtax | Local Tax | TOTAL Tax | Total Tax | Total Due to Company |
| ▉ | XXX-XXXXXX | 11/11/2021 | 26,070 | $ ▉ | 7/8/2020 | NQ | | $0.76 | 26,070 | same day sale | | ▉ | ▉ | ▉ | | | | | | | 0.00% | $0.00 | ▉ |
| ▉ | XXX-XXXXXX | 11/11/2021 | 14,366 | $ ▉ | 7/8/2020 | NQ | | $0.76 | 14,366 | same day sale | $ ▉ | ▉ | ▉ | ▉ | | | | | | | 0.00% | $0.00 | ▉ |
| ▉ | XXX-XXXXXX | 11/11/2021 | 147,939 | $ ▉ | 9/22/2020 | NQ | | $1.65 | 147,939 | same day sale | | ▉ | ▉ | ▉ | | | | | | | 0.00% | $0.00 | ▉ |
| | | | | | | | | | | | | $0.00 | $0.00 | $0.00 | | | | | | | 0.00% | $0.00 | $0.00 |
| | | | | | | | | | | | | $0.00 | $0.00 | $0.00 | | | | | | | 0.00% | $0.00 | $0.00 |
| | | | | | | | | | | | | $0.00 | $0.00 | $0.00 | | | | | | | 0.00% | $0.00 | $0.00 |
| | | | | | | | | | | | | $0.00 | $0.00 | $0.00 | | | | | | | 0.00% | $0.00 | $0.00 |
| **TOTALS** | | | **188,375** | | | | | | **188,375** | | | ▉ | ▉ | ▉ | | | | | | | | $0.00 | ▉ |

The information and data contained in this report are from sources considered reliable, but their accuracy and completeness is not guaranteed. This report has been prepared for illustrative purposes only and is not intended to be used as a substitute for monthly transaction statements you receive on a regular basis from Morgan Stanley Smith Barney LLC. Please compare the data on this document carefully with your monthly statements to verify its accuracy. The Company strongly encourages you to consult with your own accountants or other advisors with respect to any tax questions.