# EXHIBIT 22

Exhibit 22

732

# OLAPLEX.

November 11, 2021

American Stock Transfer &
Trust Company, LLC
6201 15th Avenue
Brooklyn, NY  11219

Dear Mr. Lundberg:

As a result of an option exercise, American Stock Transfer & Trust Company, LLC is hereby authorized to issue the following Olaplex Holdings, Inc. common stock via DTC using the DWAC System.

   Number of Shares to issue: 188,375
   Brokerage Firm: Morgan Stanley
   Control Number: 2471100001
   **DTC DWAC #: 0015**

Please call Tracie Chesterman at 917-574-9310, if you have any questions regarding this issuance.

Very truly yours,

Tracie Chesterman
Deputy General Counsel
Olaplex, Inc.
917-574-9310

Olaplex, Inc., 1187 Coast Village Road #1-520, Santa Barbara, CA, 93108

Exhibit 22

CONFIDENTIAL

OLPX-SA-0000027871

Olaplex, Inc., 1187 Coast Village Road #1-520, Santa Barbara, CA, 93108

Exhibit 22

CONFIDENTIAL

OLPX-SA-0000027872