# EXHIBIT 23

Exhibit 23
735

**From:** Charlotte Watson on behalf of Charlotte Watson <charlotte.watson@olaplex.com>
**Sent:** Tuesday, March 1, 2022 8:59 PM
**To:** Brittany Fraser
**CC:** Eric Tiziani; Allison Malkin; JuE Wong; Tiffany
**Subject:** Re: FW: BlackRock URGENT Request for Call

Hi All,

To confirm, we do not have any reference to lilial as a current ingredient on our website.

We have now updated the FAQ's section to include this topic so there is a central source for anyone searching on olaplex.com

Thank you,

Charlotte

On Tue, Mar 1, 2022 at 9:45 AM Brittany Fraser <Brittany.Fraser@icrinc.com> wrote:

> Hi team,
>
> On the first question - I wonder if they are getting mixed up with the "Behentrimonium Methosulfate" ingredient – which is listed on the No. 3 product page HERE.
>
> If you scroll down to the "view all ingredients" section, it comes up in the detailed info.  Please see a screen shot below. It might be helpful to clarify that this is different from the "Butylphenyl methylpropional" ingredient in question (assuming that's accurate).
>
> Thanks,
>
> Brittany
>
> INGREDIENTS
>
> # Free of DEA, Aldehydes and Formaldehyde
>
> VIEW ALL INGREDIENTS
>
> All Hair Types   PH Balanced   Vegan   Cruelty Free   Gluten Free
>
> Nut Free   Paraben Free   Phthalates Free   Phosphate Free   Sulfate Free
>
> ## ALL INGREDIENTS ✕
>
> Water (Aqua), Bis-Aminopropyl Diglycol Dimaleate, Propylene Glycol, Cetearyl Alcohol, Behentrimonium Methosulfate, Cetyl Alcohol, Phenoxyethanol, Glycerin, Hydroxyethyl Ethylcellulose, Stearamidopropyl Dimethylamine, Quaternium-91, Sodium Benzoate, Cetrimonium Methosulfate, Cetrimonium Chloride, Fragrance (Parfum), Polyquaternium-37, Tetrasodium EDTA, Benzyl Benzoate, Etidronic Acid, Ascorbic Acid, Phytantriol,Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Panthenol, Simmondsia Chinensis (Jojoba) Seed Oil, Citric Acid, Potassium Sorbate

CONFIDENTIAL

OLPX-SA-0000127591

Exhibit 23
736

**From:** Eric Tiziani <eric.tiziani@olaplex.com>
**Sent:** Tuesday, March 1, 2022 12:43 PM
**To:** Charlotte Watson <charlotte.watson@olaplex.com>
**Cc:** Allison Malkin <Allison.Malkin@icrinc.com>; Brittany Fraser <Brittany.Fraser@icrinc.com>; JuE Wong <jue@olaplex.com>; Tiffany <tiffany@olaplex.com>
**Subject:** Re: FW: BlackRock URGENT Request for Call

Many thanks.

Looks like I'll have the call with them tomorrow, so we don't need to rush a response right now.

Best,

Eric

On Tue, Mar 1, 2022 at 12:36 PM Charlotte Watson <charlotte.watson@olaplex.com> wrote:

> Hi Eric,
>
> I will check with Crystal on question 1. I cannot find it there either.
>
> Regarding, question 2, agree - we should use our public statement and refer to the IG live post.
>
> JuE is just finishing up on our No.9 consumer pr event and will let her weigh in too.
>
> Thank you.
>
> On Tue, 1 Mar 2022 at 09:32, Eric Tiziani <eric.tiziani@olaplex.com> wrote:
>
>> Thanks Brittany -
>>
>> All - To answer Blackrock's questions, I'm just looking to see if we have further answers on the following:
>>
>> 1) Is the ingredient showing up on our website still?  I can't find it and I know we moved all production to the new formulas in 2021.
>>
>> 2) I will share Lavinia's video for their question 2.  Can I say that we are accepting product returns from consumers?
>>
>> That should suffice for me having a call with them today.
>>
>> Thanks,
>>
>> Eric
>>
>> On Tue, Mar 1, 2022 at 11:59 AM Brittany Fraser <Brittany.Fraser@icrinc.com> wrote:
>>
>>> Hi Eric – I don't have insight on the answers to these questions but happy to help craft language if the team can provide an update. In the meantime, I've started a few response templates below and have copied Allison here for visibility as well.

CONFIDENTIAL

OLPX-SA-0000127592

Exhibit 23
737

Thanks,

Brittany

1. Saying our website Olaplex.com includes the ingredient that we mention in No. 3. ( assume that was just not removed yet.)

   - [We will be updating the website ASAP to reflect the removal of this ingredient] – is this correct?

2. Mentioned backlash against Olaplex in Social media in the UK.  People throwing away their product, etc.  Are we taking back product, any response to quiet folks fears via social media?

   - Team to provide update on social media strategy in the UK & if we are giving product refunds...
   - [We are communicating to our customers that since January 2022, Olaplex no longer sold products using Butylphenyl methylpropional (Lillial) in the UK or EU.]

**From:** Eric Tiziani <eric.tiziani@olaplex.com>
**Sent:** Tuesday, March 1, 2022 11:38 AM
**To:** JuE Wong <jue@olaplex.com>; Brittany Fraser <Brittany.Fraser@icrinc.com>
**Cc:** Charlotte Watson <charlotte.watson@olaplex.com>; Tiffany <tiffany@olaplex.com>
**Subject:** Fwd: FW: BlackRock URGENT Request for Call

Hi JuE and Brittany,

The questions below are coming from one of our top investors, Blackrock.

Can I please ask for your support in how we'd like to respond to their follow up questions so that we can get back to them today.

Many thanks,

Eric

---------- Forwarded message ---------
From: **Allison Malkin** <Allison.Malkin@icrinc.com>
Date: Tue, Mar 1, 2022 at 11:12 AM
Subject: RE: FW: BlackRock URGENT Request for Call
To: Eric Tiziani <eric.tiziani@olaplex.com>

Two follow ups from Blackrock.

1. Saying our website Olaplex.com includes the ingredient that we mention in No. 3. ( assume that was just not removed yet.)
2. Mentioned backlash against Olaplex in Social media in the UK.  People throwing away their product, etc.  Are we taking back product, any response to quiet folks fears via social media?

Please let me know when you have time to discuss.  They would like to speak with you but I wanted to get you their questions so we had time to craft a response.

Best,

CONFIDENTIAL

OLPX-SA-0000127593

Exhibit 23
738

Allison

**From:** Eric Tiziani <eric.tiziani@olaplex.com>
**Sent:** Tuesday, March 1, 2022 10:02 AM
**To:** Allison Malkin <Allison.Malkin@icrinc.com>
**Subject:** Re: FW: BlackRock URGENT Request for Call

ok.  I'll be on standby.  certainly want to calm any concerns quickly.

thanks,

Eric

On Tue, Mar 1, 2022 at 9:50 AM Allison Malkin <Allison.Malkin@icrinc.com> wrote:

> CAUTION: This Email originated outside the company. Do not click links or open attachments unless you are expecting them from the sender.

Eric,

They are now requesting a call with you?  I can send the statement. I was planning to review the statement when speaking to them yesterday but was not given availability until this morning..  I will ask if we can connect now and see if Lance needs to speak to you too. Just hoping to avoid that given the quiet period.

Best,

Allison

---

**From:** Hoff, Lisa CWK <Lisa.Hoff@blackrock.com>
**Sent:** Tuesday, March 1, 2022 8:15 AM
**To:** Nina Weiss <Nina.Weiss@icrinc.com>; Allison Malkin <Allison.Malkin@icrinc.com>
**Subject:** RE: BlackRock URGENT Request for Call

Apologies for not being able to get back to you.  Lance was in a few minutes yesterday afternoon.  May I ask for availability for today with the CFO?

Thank you

Lisa

---

**From:** Hoff, Lisa CWK <Lisa.Hoff@blackrock.com>
**Sent:** Monday, February 28, 2022 12:33 PM
**To:** Nina Weiss <Nina.Weiss@icrinc.com>
**Subject:** RE: BlackRock URGENT Request for Call

Hi Nina,

CONFIDENTIAL

OLPX-SA-0000127594

Exhibit 23
739

They are not looking to go through financial trends. The questions pertain specifically to reports regarding some of the products which contain an ingredient being banned in Europe and likely in the UK going forward, as well as potential social media backlash surrounding this topic.

Hope this helps,

Lisa

---

**From:** Nina Weiss <Nina.Weiss@icrinc.com>
**Sent:** Monday, February 28, 2022 12:25 PM
**To:** Hoff, Lisa CWK <Lisa.Hoff@blackrock.com>
**Subject:** RE: BlackRock URGENT Request for Call

External Email: Use caution with links and attachments

Hi Lisa,

Given the quiet period can you please email us your questions or put in the body of the email the areas you want to go over with IR? Thanks!

Best,

Nina

---

**From:** Hoff, Lisa CWK <Lisa.Hoff@blackrock.com>
**Sent:** Monday, February 28, 2022 12:04 PM
**To:** Nina Weiss <Nina.Weiss@icrinc.com>
**Subject:** RE: BlackRock URGENT Request for Call

Was hoping for sooner.  Is IR available?

---

**From:** Nina Weiss <Nina.Weiss@icrinc.com>
**Sent:** Monday, February 28, 2022 12:00 PM
**To:** Hoff, Lisa CWK <Lisa.Hoff@blackrock.com>
**Subject:** RE: BlackRock URGENT Request for Call

External Email: Use caution with links and attachments

Hi Lisa,

CONFIDENTIAL

OLPX-SA-0000127595

Exhibit 23
740

Yes, would Friday, March 11th at 11am ET work?

Best,

Nina

---

**From:** Hoff, Lisa CWK <Lisa.Hoff@blackrock.com>
**Sent:** Monday, February 28, 2022 11:57 AM
**To:** Nina Weiss <Nina.Weiss@icrinc.com>
**Subject:** BlackRock URGENT Request for Call

Hi Nina,

I hope you are well! Is it possible to get management on the phone for a 20 min call with Alister Hibbert and Lance Enguehard?

Thank you!
Lisa

Lisa Hoff

BlackRock Capital Markets, Corporate Solutions

BlackRock

(646) 231-1007

Lisa.Hoff@blackrock.com

Group email:

BCMCorporateSolutionsAMRS@blackrock.com

This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message. See http://www.blackrock.com/corporate/compliance/email-disclaimers for further information.  Please refer to http://www.blackrock.com/corporate/compliance/privacy-policy for more information about BlackRock's Privacy Policy.

For a list of BlackRock's office addresses worldwide, see http://www.blackrock.com/corporate/about-us/contacts-locations.

© 2022 BlackRock, Inc. All rights reserved.

**External Email. Exercise Caution when clicking links or opening attachments.**

**Nina Weiss,** Senior Associate

D 332-242-4323
,
www.icrinc.com

Investor Relations    Public Relations   Capital Markets Advisory   ESG Solutions
Crisis Communications   Transactions    Special Situations     Branding + Creative

Follow Us

**Confidentiality Notice:** The contents of this email, including any attachments, are confidential and/or privileged and, in all cases, provided for the sole use of the intended recipient. If you are not the intended recipient of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from ICR may be monitored for various purposes including security management and compliance.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

BEWARE OF CYBER-CRIME: If you receive an e-mail or any other communication that appears to be generated from an OLAPLEX employee that contains new, revised or altered bank wire instructions, consider it suspect and call our office at a number you trust. Our wire instructions do not change.

CONFIDENTIAL

OLPX-SA-0000127598

Exhibit 23
743