# EXHIBIT 24
# PROVISIONALLY FILED UNDER SEAL