# EXHIBIT 25

# PROVISIONALLY FILED UNDER SEAL