# EXHIBIT 26

Exhibit 26

1101

Equiniti Trust Company, LLC
INTERNAL CEDEFST REPORT
24711  OLAPLEX HOLDINGS INC
Beginning Balance as of  09/30/2021 :  0.000
Number of Shares Issued and Outstanding as of close of business 05/09/2025 :  665,922,884.000

| Process Date | As Of Date | Transaction Type | Trans # | Broker # | Comment | | Shares Issued | Shares Retired |
|---|---|---|---|---|---|---|---|---|
| 11/12/2021 | 11/12/2021 | CEDE-FAST | | 0015 | CTL # 2471100001 | | 188,375.000 | 0.000 |
| 11/15/2021 | 11/15/2021 | CEDE-FAST | | 0015 | CTL # 2471100002 | | 260,950.000 | 0.000 |
| 11/22/2021 | 11/22/2021 | CEDE-FAST | | 0015 | CTL 2471100003 | | 88,297.000 | 0.000 |
| 11/26/2021 | 11/26/2021 | CEDE-FAST | | 0015 | CTL# 2471100004 | | 416.000 | 0.000 |
| 12/17/2021 | 12/17/2021 | CEDE-FAST | | 0015 | CTL # 2471100005 | | 70,074.000 | 0.000 |
| 01/03/2022 | 01/03/2022 | CEDE-FAST | | 0015 | CTL 2471100006 | | 61,287.000 | 0.000 |
| 03/11/2022 | 03/11/2022 | CEDE-FAST | | 0385 | CTL 2471100007 | | 61,937.000 | 0.000 |
| 04/07/2022 | 04/07/2022 | CEDE-FAST | | 0385 | CTL 2471100008 | | 72,225.000 | 0.000 |
| 05/25/2022 | 05/25/2022 | CEDE-FAST | | 0385 | CTL # 2471100010 | | 10,000.000 | 0.000 |
| 06/02/2022 | 06/02/2022 | CEDE-FAST | | 0385 | CTL 2471100009 | | 50,205.000 | 0.000 |
| 06/02/2022 | 06/02/2022 | CEDE-FAST | | 0385 | CTL 2471100011 | | 15,000.000 | 0.000 |
| 06/02/2022 | 06/02/2022 | CEDE-FAST | | 0385 | CTL 2471100012 | | 25,000.000 | 0.000 |
| 06/23/2022 | 06/23/2022 | CEDE-FAST | | 0385 | CTL # 2471100013 | | 1,500.000 | 0.000 |
| 06/23/2022 | 06/23/2022 | CEDE-FAST | | 0385 | CTL # 2471100014 | | 57,915.000 | 0.000 |
| 08/22/2022 | 08/22/2022 | CEDE-FAST | | 0385 | CTL # 2471100015 | | 25,000.000 | 0.000 |
| 10/06/2022 | 10/06/2022 | CEDE-FAST | | 0385 | CTL # 2471100016 | | 44,211.000 | 0.000 |
| 10/31/2022 | 10/31/2022 | CEDE-FAST | | 0385 | CTL # 2471100017 | | 24,300.000 | 0.000 |
| 11/02/2022 | 11/02/2022 | CEDE-FAST | | 0385 | CTL # 2471100018 | | 1,512.000 | 0.000 |
| 11/23/2022 | 11/23/2022 | CEDE-FAST | | 0005 | CTL # 2471100019 | | 31,371.000 | 0.000 |
| 11/23/2022 | 11/23/2022 | CEDE-FAST | | 0005 | CTL # 2471100020 | | 5,472.000 | 0.000 |
| 12/01/2022 | 12/01/2022 | CEDE-FAST | | 0385 | CTL # 2471100023 | | 30,000.000 | 0.000 |
| 12/01/2022 | 12/01/2022 | CEDE-FAST | | 0385 | CTL # 2471100021 | | 70,000.000 | 0.000 |
| 12/02/2022 | 12/02/2022 | CEDE-FAST | | 0385 | CTL# 2471100022 | | 16,910.000 | 0.000 |
| 12/05/2022 | 12/05/2022 | CEDE-FAST | | 0005 | SOP | | 163,800.000 | 0.000 |
| 12/05/2022 | 12/05/2022 | CEDE-FAST | | 0005 | SOP | | 233,499.000 | 0.000 |
| 12/06/2022 | 12/06/2022 | CEDE-FAST | | 0005 | CTL# 2471100026 | | 292,425.000 | 0.000 |
| 12/08/2022 | 12/08/2022 | CEDE-FAST | | 0005 | CTL# 2471100027 | | 22,509.000 | 0.000 |
| 12/16/2022 | 12/16/2022 | CEDE-FAST | | 0005 | CTL # 2471100030 | | 19,449.000 | 0.000 |
| 12/16/2022 | 12/16/2022 | CEDE-FAST | | 0005 | CTL# 2471100029 | | 6,900.000 | 0.000 |
| 12/16/2022 | 12/16/2022 | CEDE-FAST | | 0385 | CTL# 2471100028 | | 16,200.000 | 0.000 |
| 01/09/2023 | 01/09/2023 | CEDE-FAST | | 0385 | CTL 2471100031 | | 35,370.000 | 0.000 |
| 01/11/2023 | 01/11/2023 | CEDE-FAST | | 0005 | CTL 2471100032 | | 398,220.000 | 0.000 |
| 01/12/2023 | 01/12/2023 | CEDE-FAST | | 0005 | CTL # 2471100033 | | 181,509.000 | 0.000 |
| 01/18/2023 | 01/18/2023 | CEDE-FAST | | 0005 | CTL # 2471100034 | | 161,660.000 | 0.000 |
| 01/18/2023 | 01/18/2023 | CEDE-FAST | | 0005 | CTL # 2471100035 | | 198,650.000 | 0.000 |
| 01/19/2023 | 01/19/2023 | CEDE-FAST | | 0005 | CTL 2471100036 | | 180,508.000 | 0.000 |
| 02/02/2023 | 02/02/2023 | CEDE-FAST | | 0005 | CTL # 2471100037 | | 84,640.000 | 0.000 |
| 02/03/2023 | 02/03/2023 | CEDE-FAST | | 0005 | | 2471100038 | 166,586.000 | 0.000 |
| 02/07/2023 | 02/07/2023 | CEDE-FAST | | 0005 | CTL 2471100039 | | 198,740.000 | 0.000 |
| 02/09/2023 | 02/09/2023 | CEDE-FAST | | 0005 | OPTION EXERCISE | | 50,034.000 | 0.000 |
| 02/13/2023 | 02/13/2023 | CEDE-FAST | | 0005 | | 2471100041 | 29,930.000 | 0.000 |
| 02/13/2023 | 02/13/2023 | CEDE-FAST | | 0005 | | 2471100042 | 31,171.000 | 0.000 |
| 02/21/2023 | 02/21/2023 | CEDE-FAST | | 0005 | | 2471100043 | 37,866.000 | 0.000 |
| 02/21/2023 | 02/21/2023 | CEDE-FAST | | 0005 | | 2471100044 | 49,984.000 | 0.000 |
| 03/06/2023 | 03/06/2023 | CEDE-FAST | | 0005 | CTL 2741100045 | | 61,995.000 | 0.000 |
| 03/08/2023 | 03/08/2023 | CEDE-FAST | | 0005 | CTL# 2471100046 | | 9,899.000 | 0.000 |
| 03/09/2023 | 03/09/2023 | CEDE-FAST | | 0385 | CTL 2471100048 | | 26,120.000 | 0.000 |
| 03/15/2023 | 03/15/2023 | CEDE-FAST | | 0385 | CTL# 2471100047 | | 197,909.000 | 0.000 |
| 03/17/2023 | 03/17/2023 | CEDE-FAST | | 0005 | CTL # 2471100049 | | 110,000.000 | 0.000 |
| 03/20/2023 | 03/20/2023 | CEDE-FAST | | 0385 | CTL # 2471100050 | | 80,000.000 | 0.000 |
| 03/20/2023 | 03/20/2023 | CEDE-FAST | | 0385 | CTL # 2471100051 | | 113,060.000 | 0.000 |
| 03/21/2023 | 03/21/2023 | CEDE-FAST | | 0005 | CTL # 2471100052 | | 56,466.000 | 0.000 |
| 03/23/2023 | 03/23/2023 | CEDE-FAST | | 0005 | CTL 2471100054 | | 159,499.000 | 0.000 |
| 03/23/2023 | 03/23/2023 | CEDE-FAST | | 0005 | CTL 2471100053 | | 143,917.000 | 0.000 |

Exhibit 26

CONFIDENTIAL

OLPX-SA-0000028259

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/24/2023 | 03/24/2023 | CEDE-FAST | 0005 | CTL 2471100055 | 185,984.000 | 0.000 |
| 03/28/2023 | 03/28/2023 | CEDE-FAST | 0005 | CTL # 2471100057 | 8,385.000 | 0.000 |
| 03/28/2023 | 03/28/2023 | CEDE-FAST | 0005 | CTL # 2471100056 | 54,927.000 | 0.000 |
| 03/30/2023 | 03/30/2023 | CEDE-FAST | 0005 | CTL 2471100058 | 145,328.000 | 0.000 |
| 03/30/2023 | 03/30/2023 | CEDE-FAST | 0005 | CTL 2471100059 | 146,438.000 | 0.000 |
| 04/03/2023 | 04/03/2023 | CEDE-FAST | 0005 | CTL 2471100060 | 156,452.000 | 0.000 |
| 04/03/2023 | 04/03/2023 | CEDE-FAST | 0005 | CTL 2471100061 | 187,327.000 | 0.000 |
| 04/05/2023 | 04/05/2023 | CEDE-FAST | 0005 | CTL 2471100063 | 100,000.000 | 0.000 |
| 04/05/2023 | 04/05/2023 | CEDE-FAST | 0005 | CTL 2471100062 | 36,811.000 | 0.000 |
| 04/10/2023 | 04/10/2023 | CEDE-FAST | 0005 | CTL # 2471100065 | 6,100.000 | 0.000 |
| 04/10/2023 | 04/10/2023 | CEDE-FAST | 0005 | CTL # 2471100064 | 7,761.000 | 0.000 |
| 04/14/2023 | 04/14/2023 | CEDE-FAST | 0005 | CTL 2471100066 | 84,773.000 | 0.000 |
| 04/14/2023 | 04/14/2023 | CEDE-FAST | 0005 | CTL 2471100067 | 301,366.000 | 0.000 |
| 05/15/2023 | 05/15/2023 | CEDE-FAST | 0385 | CTL# 2471100068 | 62.000 | 0.000 |
| 05/24/2023 | 05/24/2023 | CEDE-FAST | 0385 | CTL #2471100069 | 127,000.000 | 0.000 |
| 06/06/2023 | 06/06/2023 | CEDE-FAST | 0385 | CTL # 2471100070 | 127,000.000 | 0.000 |
| 07/11/2023 | 07/11/2023 | CEDE-FAST | 0385 | CTL #2471100071 | 118,260.000 | 0.000 |
| 07/21/2023 | 07/21/2023 | CEDE-FAST | 0385 | CTL # 2471100072 | 49,220.000 | 0.000 |
| 08/16/2023 | 08/16/2023 | CEDE-FAST | 0385 | CTL #2471100073 | 26,058.000 | 0.000 |
| 10/02/2023 | 10/02/2023 | CEDE-FAST | 8862 | CTL 2471100074 | 8,686.000 | 0.000 |
| 11/06/2023 | 11/06/2023 | CEDE-FAST | 0015 | CTL# 2471100075 | 100,000.000 | 0.000 |
| 11/08/2023 | 11/08/2023 | CEDE-FAST | 0015 | CTL # 2471100079 | 25,231.000 | 0.000 |
| 11/09/2023 | 11/09/2023 | CEDE-FAST | 0015 | CTL 2471100078 | 82,605.000 | 0.000 |
| 11/10/2023 | 11/10/2023 | CEDE-FAST | 0015 | CTL 2471100080 | 82,196.000 | 0.000 |
| 11/14/2023 | 11/14/2023 | CEDE-FAST | 0015 | CTL # 2471100077 | 198,973.000 | 0.000 |
| 11/14/2023 | 11/14/2023 | CEDE-FAST | 0015 | CTL 2471100082 | 168,208.000 | 0.000 |
| 11/15/2023 | 11/15/2023 | CEDE-FAST | 0015 | CTL# 2471100084 | 174,033.000 | 0.000 |
| 11/16/2023 | 11/16/2023 | CEDE-FAST | 0015 | CTL # 2471100086 | 181,250.000 | 0.000 |
| 11/17/2023 | 11/17/2023 | CEDE-FAST | 0015 | CTL# 2471100076 | 1,027.000 | 0.000 |
| 11/17/2023 | 11/17/2023 | CEDE-FAST | 0015 | CTL # 2471100088 | 174,033.000 | 0.000 |
| 11/17/2023 | 11/17/2023 | CEDE-FAST | 0015 | CTL# 2471100085 | 96,710.000 | 0.000 |
| 11/17/2023 | 11/17/2023 | CEDE-FAST | 0015 | CTL 2471100083 | 4,200.000 | 0.000 |
| 11/17/2023 | 11/17/2023 | CEDE-FAST | 0015 | CTL 2471100081 | 600.000 | 0.000 |
| 11/17/2023 | 11/17/2023 | CEDE-FAST | 0015 | CTL# 2471100087 | 88,286.000 | 0.000 |
| 11/24/2023 | 11/24/2023 | CEDE-FAST | 0015 | CTL # 2471100089 | 4,417,708.000 | 0.000 |
| 11/28/2023 | 11/28/2023 | CEDE-FAST | 0015 | CTL # 2471100090 | 96,839.000 | 0.000 |
| 11/28/2023 | 11/28/2023 | CEDE-FAST | 0015 | CTL # 2471100091 | 103,161.000 | 0.000 |
| 12/05/2023 | 12/05/2023 | CEDE-FAST | 0015 | CTL #2471100092 | 3,823.000 | 0.000 |
| 01/31/2024 | 01/31/2024 | CEDE-FAST | 0015 | CTL# 2471100093 | 400.000 | 0.000 |
| 01/31/2024 | 01/31/2024 | CEDE-FAST | 0015 | CTL# 2471100095 | 900.000 | 0.000 |
| 01/31/2024 | 01/31/2024 | CEDE-FAST | 0015 | CTL 2471100094 | 24,266.000 | 0.000 |
| 03/21/2024 | 03/21/2024 | CEDE-FAST | 0015 | CTL 2471100096 | 100,000.000 | 0.000 |
| 04/01/2024 | 04/01/2024 | CEDE-FAST | 0015 | CTL # 2471100097 | 100,000.000 | 0.000 |
| 04/02/2024 | 04/02/2024 | CEDE-FAST | 0015 | CTL# 2471100099 | 72,379.000 | 0.000 |
| 04/08/2024 | 04/08/2024 | CEDE-FAST | 0015 | CTL# 2471100098 | 326,176.000 | 0.000 |
| 04/18/2024 | 04/18/2024 | CEDE-FAST | 0015 | CTL# 2471100100 | 406,693.000 | 0.000 |
| 05/14/2024 | 05/14/2024 | CEDE-FAST | 0015 | CTL 2471100101 | 12,324.000 | 0.000 |
| 05/24/2024 | 05/24/2024 | CEDE-FAST | 0015 | CTL 2471100102 | 55,147.000 | 0.000 |
| 07/10/2024 | 07/10/2024 | CEDE-FAST | 0015 | CTL# 2471100103 | 142,857.000 | 0.000 |
| 07/31/2024 | 07/31/2024 | CEDE-FAST | 0015 | CTL 2471100104 | 11,608.000 | 0.000 |
| 08/05/2024 | 08/05/2024 | CEDE-FAST | 0015 | CTL# 2471100105 | 12,500.000 | 0.000 |
| 08/22/2024 | 08/22/2024 | CEDE-FAST | 0015 | CTL# 2471100106 | 428,568.000 | 0.000 |
| 10/10/2024 | 10/10/2024 | CEDE-FAST | 8862 | CTL# 2471100107 | 53,571.000 | 0.000 |
| 10/29/2024 | 10/29/2024 | CEDE-FAST | 0015 | CTL# 2471100108 | 189,796.000 | 0.000 |
| 10/30/2024 | 10/30/2024 | CEDE-FAST | 0015 | CTL# 2471100109 | 200,000.000 | 0.000 |
| 11/05/2024 | 11/05/2024 | CEDE-FAST | 0015 | CTL # 2471100110 | 53,681.000 | 0.000 |
| 11/08/2024 | 11/08/2024 | CEDE-FAST | 0015 | CTL 2471100111 | 150,000.000 | 0.000 |
| 11/14/2024 | 11/14/2024 | CEDE-FAST | 0015 | CTL # 2471100112 | 50,000.000 | 0.000 |
| 11/15/2024 | 11/15/2024 | CEDE-FAST | 0015 | CTL 2471100113 | 100,000.000 | 0.000 |
| 12/13/2024 | 12/13/2024 | CEDE-FAST | 0015 | CTL 2471100114 | 790,514.000 | 0.000 |

Exhibit 26

CONFIDENTIAL

OLPX-SA-0000028260

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/18/2024 | 12/18/2024 | CEDE-FAST | 0015 | CTL# 2471100115 | 80,000.000 | 0.000 |
| 12/20/2024 | 12/20/2024 | CEDE-FAST | 0015 | CTL 2471100116 | 131,578.000 | 0.000 |
| 01/29/2025 | 01/29/2025 | CEDE-FAST | 0015 | CTL #2471100117 | 394,736.000 | 0.000 |
| 02/27/2025 | 02/27/2025 | CEDE-FAST | 0015 | CTL# 2471100118 | 17,046.000 | 0.000 |
| 03/10/2025 | 03/10/2025 | CEDE-FAST | 0015 | CTL # 2471100119 | 578,839.000 | 0.000 |
| 03/21/2025 | 03/21/2025 | CEDE-FAST | 0015 | CTL #2471100121 | 57,900.000 | 0.000 |
| 03/21/2025 | 03/21/2025 | CEDE-FAST | 0015 | CTL # 2471100120 | 42,100.000 | 0.000 |
| 03/28/2025 | 03/28/2025 | CEDE-FAST | 0015 | CTL # 2471100122 | 122,945.000 | 0.000 |
| 03/31/2025 | 03/31/2025 | CEDE-FAST | 0015 | CTL # 2471100123 | 75,000.000 | 0.000 |
| 04/02/2025 | 04/02/2025 | CEDE-FAST | 0015 | CTL #2471100124 | 197,347.000 | 0.000 |
| 04/07/2025 | 04/07/2025 | CEDE-FAST | 0015 | CTL# 2471100125 | 46,584.000 | 0.000 |
| 04/22/2025 | 04/22/2025 | CEDE-FAST | 0015 | CTL 2471100126 | 165,494.000 | 0.000 |

Exhibit 26

CONFIDENTIAL

OLPX-SA-0000028261