# EXHIBIT 27

Exhibit 27

1105

From:     Mcdonald, Jamie (TRPA) [Jamie.Mcdonald@troweprice.com]
Sent:     3/8/2022 3:39:25 PM
To:     Brathwaite, Christina (TRPA) [Christina.Brathwaite@troweprice.com]
CC:     Eiswert, David (TRPA) [david.eiswert@troweprice.com]; Hanano, Nabil (TRPA) [Nabil.Hanano@troweprice.com]; Kane, Jonathan (TRPA) [Jonathan.Kane@troweprice.com]
Subject:     FW: OLPX color on lockup....

Seems like this lock up remains a major headwind...street generally surprised at stock's reaction to strong earnings

---

**From:** <JRich@gordonhaskett.com>
**Sent:** Tuesday, March 8, 2022 10:29 AM
**To:** Scollard, Brian (TRPA) <Brian.Scollard@troweprice.com>
**Cc:** Rob Russell <RRussell@gordonhaskett.com>
**Subject:** RE: [EXTERNAL] ***OLPX shrs dn 7% – Key Conf. Call Takeaways (inc. positive ULTA read-through)

Hey Brian –

No problem. Yes it's 3/29. The thing to realize/remember though is that it's basically all owned by Advent (vs. a distributed shareholder base like w/a TOST, BIRD, etc.) so I'd be somewhat surprised if they sold down here given how far below IPO price it is. They *could* prob. get some off but it would make a very tough set-up and not send a great signal to the market about their confidence in the business by selling so low. The reality is that Advent invested at ~$1B valuation & even here it's a $8.7B mkt cap so a 9x for them, so they prob. want to get out of as much as they can even at these levels, so it makes a tricky set-up.

Hope that's helpful!

Best,
Jonathan

Jonathan Rich
Managing Director – Consumer, Internet & Capital Markets Specialist
Gordon Haskett
441 Lexington Ave. 10th Floor
New York, NY 10017
Work: 212-404-0615
Cell: 917-547-9334
jrich@gordonhaskett.com

---

**From:** Scollard, Brian (TRPA) <Brian.Scollard@troweprice.com>
**Sent:** Tuesday, March 8, 2022 10:26 AM
**To:** Jonathan Rich <JRich@gordonhaskett.com>
**Subject:** RE: [EXTERNAL] ***OLPX shrs dn 7% – Key Conf. Call Takeaways (inc. positive ULTA read-through)

Thank you for this.  Streetaccount has OLPX lockup expiry coming 3/29- does that look correct to you?  Thanks.

---

**From:** Jonathan Rich <jrich@gordonhaskett.com>
**Sent:** Tuesday, March 8, 2022 10:12 AM
**To:** Scollard, Brian (TRPA) <Brian.Scollard@troweprice.com>
**Subject:** [EXTERNAL] ***OLPX shrs dn 7% – Key Conf. Call Takeaways (inc. positive ULTA read-through)

Exhibit 27

CONFIDENTIAL

TRPOLA_0000001



**Consumer/Internet Intel**
Jonathan Rich | jrich@gordonhaskett.com

**OLPX – Key Conf. Call Takeaways**
- **Ulta – Performance thus far has surpassed our & Ulta's expectations.**
- **Sephora -** Continue to grow +DD% w/Sephora w/penetration at Sephora moving to '12 currently (vs. 9% in '21).
- **Lilial –** In last 10 days, misinformation on OLAPLEX has surfaced re Lilial in our products. In Sept. '20 EU EU regulatory authority announced their intent to phase it out by Mar '22 over concerns when used at certain quantities could have negative impact on women's fertility/reproductive system if ingested. In response we no longer produce products w/Lilial. Prior to that No. 3 Hair Perfector contained very small amounts of Lilial to enhance the product's fragrance but was never an active or functional ingredient & independent medical/chemist experts confirmed that the very small amount of Lilial, (0.0119%) prev. used had no impact on fertility and the reproductive system.
- **Omicron** – Slight impact in salon channel but by Feb. were back to normal.
- **Q122 Guidance Details - Q1 Revs will be higher than F22 guidance** *(+36% at mid-point)* led by strength in Specialty Retail & Pro, more so than DTC *(lap higher DTC trend LY).* "This was expected given LY's new product launches & distribution gains occurred after Q121." Interest Exp. $12M
- **F22 Guidance Details – "To put it simply… rest of our business is on plan & this overperformance we're seeing in Ulta is leading to the strong guidance."** Revs +36%/$796-826M, GM 'down modestly' (absorb cost inflation that isn't entirely offset by mitigation efforts inc. cost-savings initiatives & tactical pricing), Adj. EBITDA +26%/$504-526M, Interest Exp. $40M, Tax Rate ~21%.
- **Q4 Recap – Revs +79% (ex-ULTA pipeline fill +60%)** w/US +95% & Int'l +61%. **Each sales channel exceeded expectations. Specialty Retail +332% ($60M)** driven by strong momentum in existing distribution, new distribution (inc. Sephora's launch at 200 Kohls locations & **~$15M initial pipeline fill for Retail/.com launch w/ULTA in Jan which was in line w/expectations) or ex-ULTA pipeline fill up >220%.  Pro +9%** ($57M) was slightly ahead of expectations. DTC +85% ($50M).
- **Inventories –** up ~200%/$65M y/y inc. higher in-transit inventory levels y/y due to longer lead times required given macro supply chain env.
- **Europe –** No direct operations in Russia/Ukraine. Direct exposure is <1% of sales & 1-2% when inc. all of Eastern Europe.

**OLPX - Reports Q421 Earnings, Q beats on Adj. EBITDA by ~10% driven by better topline, GMs & SG&A; F22 EBITDA guided +4-9% above St. driven by topline guide +2-6% above St.; Completed debt refi resulting in 'signif' interest exp savings.** *Recall shrs at $14 are dn ~33% from $21 IPO price (which had been raised from an original $14-16 range). The co's 180 day lock-up expires on 3/29 though keep in mind OLPX has a highly concentrated shareholder base (i.e. Advent & Mousse together owned ~96% of the co pre-IPO)*
- Revs +79%/$167M vs. St. $158M, guidance $148-156M
- Adj. EBITDA: $111M/66.5% vs. St. $100.5M/63.7%, guidance $97-100M
- GM: $133.8M/80.4% vs. St. $127M/80.8%
- SG&A: $22.6M/13.6% vs. St. $29M/19.3%
- Debt Refinancing - On Feb. 23rd completed debt refinancing which will result in ~300bps interest rate reduction & 'signif' interest exp. Savings

**Guidance**
- F22 Revs: +36%/$796-826M vs. St. $777M
- F22 Adj. EBITDA: +26%/$504-526M vs. St. $484M/62.4%
- *St. ests from Consensus Metrix*
- CC @ 9amET

**2/2/22**

**OLPX -** At SBH's Beauty Systems Group, the FQ1 launch of new 4P shampoo was among best new product launches we've seen from OLPX brand

**12/12/21**

**OLPX –** One of the most well-regarded fundamental stories of the recent IPO class, shrs have continued to mostly trade in a $25-28/shr range. Q3 earnings were strong & Q4 was guided signif above the St. **Despite the ~85M shrs early unlock being triggered beg. 11/15, stock hasn't yet come for sale.** Notably, commentary from ULTA re OLPX on 12/2 *(~3 weeks after OLPX guided)* was very positive

Exhibit 27

**12/2/21**

**OLPX – read-through from ULTA.** Salon service performing exceptionally well, exceeding our expectations. *ULTA is expanding OLPX from Salon to Retail in Jan.*

**11/29/21**

**OLPX – Announcing expanded distribution w/ULTA.** OLPX's retail products will be available at each of the co's >1.25K stores & ulta.com [ulta.com] beg Jan '22 (*OLPX recently launched its professional hair products in ULTA salons*). **Note that the expansion into Ulta Retail was already reflected in OLPX's F21 guide from 11/10.**

**Q321 Earnings - 11/10/21**

**OLPX – Key Conf. Call Takeaways**
- **Seasonality –** In Q3, tend to sell-in the kits that're sold through during Holiday which is 1 of the reasons **traditionally Q3 absolute sales $s are higher than Q4** (i.e. in Pro channel, stylists buy up inventory to get ready for holiday/Q4)
- **GM -** Higher input costs, particularly inbound distribution, and some product mix.
- **Q421 Guidance Details -** Revs $148-156M, Adj. EBITDA $97-100M…Q3's higher inbound distribution costs are projected forward into Q421 & '22. The kit sell-in Q3 (the product mix GM headwind) is more a Q3 dynamic.
- **F21 Guidance Details -** Revs +107%/$580-588M, Adj. EBITDA +98%/$392-398M, Adj. Net Income +103%/$263-268M
- **China -** Seen very promising results ahead of 11.11
- **Professional -** Are 800K professional hair stylists & have >250K that're in constant engagement w/OLPX via Facebook group.

**OLPX - Reports Q321 Earnings, Q beats on Adj EBITDA/EPS driven by stronger topline & GMs; Implied Q4 guide well ahead of St. of Revs/EBITDA; Announcing early unlock triggered on 15% / 85.4M shrs beg 11/15**
- Revs: +81%/$162M vs. St. $145.3M
- EPS: 11c vs. St. 9c
- GM: $129M/79.9% vs. St. $116M/79.6%
- Adj. EBITDA: $107M/66.1% vs. St. $97.1M/66.8%
- *Adj. EBITDA was neg impacted by $4.3M/265bps due to incremental costs related to accelerated vesting of cash-settled unit awards & re-valuation of non-vested cash-settled unit awards for non-executive employees due to the valuation of the co at the IPO.*
- **Early Unlock - 15% early unlock resulting in ~85.4M shrs becoming eligible for sale beg 11/15.**

Guidance
- Q421 Revs: $148-156M vs. St. BBG $112M (*note that underwriter initiation reports JPM, MS, BofA, etc. all seem to have ~$120-121M Q4 est*)
- Q421 Adj. EBITDA: $97-100M vs. St. $72.2M
- F21 Guidance Details - Revs +107%/$580-588M, Adj. EBITDA +98%/$392-398M, Adj. Net Income +103%/$263-268M
- *St. ests from Bloomberg (note there is no other Consensus yet; i.e. not loaded into Visible Alpha or Consensus Metrix yet)*
- CC @ 9amET Phone: +833.711.4979

**11/4/21**

**OLPX – Closed Today >30%/>$27.30 for 5th Consecutive Trading Session Triggering Potential Early Unlock Following Weds (11/10) Earnings.** OLPX's Early Unlock (*which was buried in the Underwriting section of the S-1 rather than the usual "Shares Eligible For Future Sale" section*) triggers if OLPX has closed up >30% ($27.30) for 5 out of the 10 consecutive trading days ending after Q3 earnings. *With Q3 earnings scheduled for 11/10, the 10 trading days before started on 10/27.* OLPX today closed at $28.90, the 5the straight session >$27.30, setting up the name to be Early Unlocked if it remains >$27.30 following earnings. If Early Unlocked, up to 10% of the outstanding shrs (~85M) can be sold beg the 2nd trading day post earnings. S1 [sec.gov]*Recall OLPX IPO'd near the end of its Sept.-Q but didn't preannounce Q3 results.*

**10/25/21**

**OLPX Sell-Side Initiations –** JPM, GS, Truist, Piper, Cowen, TAG @ OW; MS, Jefferies & Barclays at Neutral

**9/30/21**

Exhibit 27

**Olaplex (OLPX) - Priced $1.55B IPO** (*vs. raised $1.14-1.27, original $940M-$1.07B*) **of 73.7M shrs (*vs. prior 67M*) @ $21/shr (*vs. raised $17-19, original $14-16*), implying a $14.6B market cap** (*vs. raised $11.8-13.2B, original $9.7-11.1B*). Sell-side initiations due on 10/25.

**9/28/21**

**HPC/Beauty - Olaplex (OLPX) Pricing Range Raised to $17-19/shr** (*from $14-16*) or a ~$1.14-1.27B IPO (*vs. prev. $940M-$1.07B*), **implying a ~$11.8-13.2B market cap** (*vs. prev. $9.7-11.1B*). S-1/A [sec.gov]

**9/20/21**

**HPC/Beauty - Olaplex (OLPX) IPO Launch Details (~$1B IPO w/$10-11 Mkt Cap) + Roadshow &** S-1 [sec.gov] **Takeaways**
- **Bottom Line – Olaplex (OLPX) is a fast growing & highly profitable Prestige Haircare brand whose products leverage the co's patented Bis-amino ingredient** ("our unique bond building technology can repair disulfide bonds in human hair that are destroyed via chemical, thermal, mechanical, environmental and aging processes"). **Through 1H21, Revs have grown >170% to $270M & Adj. EBITDA +180% to $191M (71% EBITDA margin),** *essentially generating F20's performance in 1H21.* **The co is targeting Revs 25%+, Adj. EBITDA $s 20%+ & Adj. EBITDA margins sustaining 58%+ over the medium-term** (*note that expansion into category adjacencies like skincare aren't inc. in medium-term targets*). **OLPX's go to market strategy begins w/hairstylists in the Professional channel** which provides credibility to their products (~35% of customers purchased after being introduced by their hairstylist), generates ~50% of sales & are the only channel in which 3 of the co's 11 SKUs (No 1, No 2 & No 4-1) are sold. Those SKUs serve as a gateway to the co's 8 add'l products which can be purchased in the Specialty Retail (26% of sales; *principally Sephora where are in >1,800 doors globally & will be inc. in the KSS rollout of 200 stores in Fall '21 growing to at least 850 by '23*) or DTC (27% of sales) channels. *Sephora, Beauty Systems Group (SBH's Professional Channel business) & AMZN each accounted for >10% of sales.* OLPX currently sells 11 Prestige Haircare SKUs across the Maintenance (high frequency Shampoos & Conditioners) & Treatments/Protection (*areas Consumers are most concerned about which deliver strong loyalty/less likely to switch between brands*) and typically does not use promotional activity outside of the occasional LTO product kits. **Consumers on avg. who purchased at least 1 OLPX product purchased >3.5 other products over the last 12 months. The Bis-amino ingredient/technology is underpinned by >100 patents (w/13 years on avg. remaining on each) which create both barriers to entry & a foundation for entry into adjacent categories over time**, given patent claims are broadly drafted & inc. claims covering applications across adjacent categories haircare along w/skin care & nail health (OLPX sees expansion opportunities over time to other hair health/treatments inc. scalp care & believes >80% of consumers familiar w/the brand would like to see a skincare line of which >50% would switch from their current products). **OLPX in Dec. '20 made a $470M distribution to its existing holders, partly funded by a $350M term loan. OLPX is launching a $940M-$1.07B IPO of Secondary shrs (primarily Advent) for an implied $9.7-11.1B market cap.** *Advent acquired Olaplex in Nov. '19 for ~$1B according to WWD & on 6/30 Bloomberg reported that Advent was exploring options, inc. a sale, w/a targeted valuation of at least $1.5B.* **Lock-up 180 days.**

**Financial Highlights**
- **1H21 Financials - Revs +171%/$270M (Q1 +166%, Q2 +175%),** GM +219M/81% **(dn 100bps y/y due increased sales of lower-margin products & higher input costs, particularly inbound distribution), Adj. EBITDA +181%/$191M/71%** (Q121 +180%/$86M/72.6%, Q221 +182%/$105M/69.3%)
- **F20 Financials -** Revs +90%/$282M, GM $230M/82% (+300bps y/y due to favorable customer mix to Specialty/DTC & product mix inc. launch of innovative, higher margin products), Adj. EBITDA +98%/$199M/71%
- **Quarterly Revs Growth –** Q221 +175%/$152M, Q121 +166%/$118M, Q420 $93M, Q320 $89M, Q220 $55M, Q120 $44M.
- **Channel Penetration/Growth –** In 1H21, Pro (47% of Revs) grew +126% y/y, DTC (27%) +174% y/y & Specialty (26%) +321% y/y.

**Other Important Highlights**
- **IPO Terms – Launching $940M-1.07B IPO (67M shrs @ $14-16/shr) for implied market cap of ~$9.7-11.1B** (*695M shrs count comprised of 648M shrs + 46.9M in the money 2020 stock-comp options + 491K 2021 stock comp options*). **Selling shareholders inc. Advent (selling ~62.5M shrs) & Mousse Partners (~4.5M).** Post IPO, Advent will own ~80% & Mousse Partners ~6%. *Recall Mousse has been on ULTA board for >20 years & also invested in BeautyCounter.*
- **Medium-Term Targets –** Revs 25%+, Adj. EBITDA $s 20%+, Adj. EBITDA Margins sustained at 58%+.
- **Supply Chain –** OLPX's finished products are manufactured by 3 manufacturers in US (2 w/multiple facilities) & Europe (1). Cosway Company manuf products that accounted for >70% of '20 revs. Agreement w/Cosway

Exhibit 27

1109

CONFIDENTIAL    TRPOLA_0000004

expires Jan 1st '23 & automatically renews for subsequent 2 year periods unless terminated by either party upon 180 days' notice.

- **Management -** CEO JuE Wong joined in Jan '20 & was prev. CEO of Moroccanoil & CEO of Elizabeth Arden. CFO Eric Tiziani joined in Jun '21 & was prev. CFO of Unilever North America.
- **Valuation - Advent purchased Olaplex in Nov. '19 for ~$1B valuation** (when co had >$100M in Revs) according to WWD [wwd.com] sources. **Bloomberg [bloomberg.com] on 6/30 reported Advent was exploring options, inc. a sale, of Olaplex & was targeting a valuation of at least $1.5B** (vs. launching ~$1B IPO at a ~$10B+ valuation).
- **Digital Marketing –** Digital community inc. >100 brand advocates (inc. licensed cosmetologists), 2 professional-dedicated communities on social media consisting of >230K hairstylists & several co-operated accounts inc. on IG, TikTok, FB & other social media platforms, where have demonstrated robust followership and engagement. Plan to continue to grow our social media engagement by increasing digital marketing spend.
- **Tax Receivable Agreement (TRA)** – Expect future payments under TRA of ~$233M. If were to terminated immediately, est. would be required to pay ~$216M.

Jonathan Rich
Managing Director - Consumer, Internet & Capital Markets
Specialist
Gordon Haskett
Work: 212-404-0615; Cell: 917-547-9334

Distribution solely for brian.scollard@troweprice.com

If you are not a client, were forwarded this email and would like to learn more, please contact us at sales@gordonhaskett.com or +1 212 883 0600.

**Copyright, Certification, Disclosures, and Disclaimers**

Copyright © Gordon Haskett. All rights reserved. This report or any portion thereof may not be reprinted, sold or redistributed without the written consent of Gordon Haskett.

For additional information regarding disclosures, disclaimers, risks, and privacy policy, please contact your representative or visit our website [gordonhaskett.com].

T. Rowe Price (including T. Rowe Price Group, Inc. and its affiliates) and its associates do not provide legal or tax advice. Any tax-related discussion contained in this e-mail, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any tax penalties or (ii) promoting, marketing, or recommending to any other party any transaction or matter addressed herein. Please consult your independent legal counsel and/or professional tax advisor regarding any legal or tax issues raised in this e-mail.

The contents of this e-mail and any attachments are intended solely for the use of the named addressee(s) and may contain confidential and/or privileged information. Any unauthorized use, copying, disclosure, or distribution of the contents of this e-mail is strictly prohibited by the sender and may be unlawful. If you are not the intended recipient, please notify the sender immediately and delete this e-mail.

Exhibit 27

CONFIDENTIAL    1110    TRPOLA_0000005