# EXHIBIT 28

Exhibit 28

1111

**From**:      Brathwaite, Christina (TRPA) [christina.brathwaite@troweprice.com]
**Sent**:      3/10/2022 10:39:52 PM
**To**:        ReplyToDistribution@klaxon.troweprice.com
**CC**:        christina.brathwaite@troweprice.com
**BCC**:



Exhibit 28

CONFIDENTIAL

TRPOLA_0000012



Exhibit 28

CONFIDENTIAL

TRPOLA_0000013



**Subject:**      (OLPX, $10.0b) Stock down in the growth sell-off, but OLPX's beat and raise trajectory continues

Exhibit 28

[Click Here to Print](#)

# OLAPLEX HOLDINGS INC (OLPX)

**Report Date:**            10-Mar-2022
**Analyst:**                Christina Brathwaite
**New Rating:**             2
**Old Rating:**             2
**Add. Companies:**         None
**Distribution Channels:**  Consumer
**Price (USD):**            14.88

## Conclusion and Recommendation:

Stock down in the growth sell-off, but OLPX's beat and raise trajectory continues



## Thesis:

Olaplex has ample runway for 25%+ revenue growth over the medium term as the company continues to gain distribution domestically and abroad and expand its product assortment, with incremental growth tailwinds as the hair care category continues to premiumize. Olaplex should continue to gain mindshare among hair stylists and consumers given the proven effectiveness of its core bond building franchise. The company is already highly profitable (70.6% EBITDA margins in 2020), which I expect to normalize towards the high 50% range over time as the company invests to continue driving growth; that said, the stock should appreciate with FCF growth as Olaplex will continue to be a highly FCF generative business model going forward (FCF > 40% of sales).

## Supporting Analysis:

OLPX reported another strong quarter for 4Q21 with sales increasing +79% YOY to $166.5M (St at $156M) and EBITDA increasing 66% to $111M (St at $100M) for an EBITDA margin of 66.5%. The company also issued 2022 guidance above the Street on both topline (+33%-38% YOY to $796-$826M) and adjusted EBITDA ($504-$526M, which implies an ~63% EBITDA margin). Despite the beat and strong guide, the stock sold off on the print driven primarily around concerns about the salon professional channel slowing sequentially and fears that misinformation around a recently removed ingredient would hurt consumption trends. Running through the issues, the salon professional deceleration is more of a flag to me than the Lilial concerns:

Exhibit 28

- **Pro sales decelerated during 4Q21, despite OLPX gaining new salon distribution during the quarter as it entered the Ulta salon channel, with sales growth only +9% YOY.** Management is blaming the deceleration on tougher comparisons as salons were reopening from COVID restrictions in 4Q20 and stocking up on products, with the team indicating that growth in the channel was actually slightly ahead of their expectations going into the quarter.  Trends are expected to reaccelerate sequentially from here benefitting from the ULTA salon partnership (which started in 4Q) as well as higher AOVs from legacy stylists. Recent surveys that the sell side conducted have indicated that stylist sentiment is increasingly positive for the brand and so I'm willing to accept the difficult comparison excuse for now, but this is something that I plan on keeping a very close eye on and will be conducting my own surveys with stylists over the next few weeks to gain more comfort here. **As a lateral, ULTA commented during their earnings call tonight that Olaplex â€œwas one of the strongest brand launches in Ulta Beauty historyâ€� (inclusive of both the salon and retail expansion), and ULTA stylists are already including OLPX products in 25% of color services.**

- **Lilial controversy explained.**  In the weeks leading up to earnings, a beauty influencer's TikTok video claiming that Olaplex products cause infertility went viral.  The claims are based on stale information that Olaplex products contain a fragrance called Lilial, which had been commonly used in beauty and HPC products but is being banned by the EU as of this month because studies on animals has shown a link to infertility when used in high doses. EU authorities announced their intention on banning product with Lilial in September 2020 and so OLPX had already removed the ingredient from all of its products. The key factual things here are that (1) Lilial was <u>not</u> an active ingredient within OLPX products, and the core No 3 product only contained a very small amount (0.0119%) and (2) OLPX had already started phasing out the chemical last summer and all products were free of the compound to start the year. Unfortunately, we've learned over the last few years that misinformation over social media can be more impactful than the truth and leave a lasting impression. That said, during our callback with them management indicated that they didn't see a material impact on their DTC business when the post went viral and the topic has received significantly less attention on social media over the last few days.  The company has gone on an re-education campaign over the last week over all of their media channels to assure consumers that their products aren't harmful and in fact if you google the issue now the top search results indicate that the compound was removed from products. This is something I'll continue to keep my eye on over the coming weeks, but I'm generally less concerned that this has tarnished the brand.

**OLPX's multiple has gotten crushed in the growth multiple compression that we've seen over the last few months, which is presenting a buying opportunity**. In my view, OLPX is being unfairly lumped in the basket of other high flying growth IPOs from last year as a key difference for OLPX is that it already actually generates a significant amount of cash given its best-in-class margin profile. OLPX generated $199M in FCF during 2021 despite being pressured by building inventory levels to support new distribution and FCF generation should remain strong ahead. That said, I acknowledge that we're in a new market valuation paradigm and so I'm switching my PT methodology from DCF-based to PE. My new price targets are based on 34x my EPS estimates which is in-line with where EL's multiple peaked prior to the pandemic.  Arguably, OLPX should command an even higher multiple given the company will be driving sales growth more than double EL's rate through 2025 at EBITDA margins >60% (vs. my estimate that EL's EBITDA margin is ~27% by then).

**EPS Recap -**

- **Reports Q4**:

Exhibit 28

CONFIDENTIAL                                1116                                TRPOLA_0000016

- o Revenue $166.5M vs FactSet $157.0M [*9 est, $151.6-162M*]
    - ⇦②▪ Professional +9% to $57.1M
    - ⇦②▪ Specialty Retail +332% to $59.6M
    - ⇦②▪ Direct to Consumer +85% to $49.7M
  - o Adjusted EBITDA $110.7M vs FactSet $100.0M [*8 est, $94.7-111M*]
- **FY Guidance (Dec 2022)**:
  - o Adjusted net income $363 - $379M vs FactSet $335.4M
  - o Revenue $796 - $826M vs FactSet $772.5M [*10 est, $730.6-801.2M*]
  - o Adjusted EBITDA $504 - $526M vs FactSet $477.2M [*9 est, $453-512.0M*]
- **Management Comments:**
  - o "We delivered an outstanding finish to an excellent year of growth at OLAPLEX, as the successful execution of our strategy fueled broad based strength across geographies and channels...We begin fiscal 2022 with strong momentum and remain confident in our ability to continue to deliver strong sales growth at robust margins, which is reflected in our guidance for fiscal year 2022.

## Company Overview:

Olaplex is a prestige hair care company best known for its patented bond-building products. Olaplex's bond building technology uses its patented protected Bis-aminopropyl diglycol dimaleate ("Bis-amino") compound to repair the disulfide bonds in human hair that are destroyed through chemical, thermal, mechanical, and environmental processes, leaving users with healthier hair. The company initially launched in 2014 with two products that are only available through professional hairstylists (No. 1 and No. 2, typically used as add-on services after chemical processes such as bleaching/dying hair) and has broadened out its offering to a broader suite of treatment, maintenance and protective products over the last few years that are available through brick-and-mortar retailers and ecommerce.

**Channels:** Consumer
**Attachments:** 0
**Region:** US
**Market Cap:** 9,965-9,965 MM USD
**Document Focus:** Equity
**URL:** ███████████████████████

*To see email recipients, click here*
*To see why this email matched your profile settings, click here*
*To modify your settings, click here.*

*You may contact RMS Help for assistance.*
*Ref##:OMTCP50730-A2|320718|91955##*
*E-mail sent to 462 recipients*

Exhibit 28