**ROPES & GRAY LLP**
Anne Johnson Palmer (SBN 302235)
anne.johnsonpalmer@ropesgray.com
Three Embarcadero Center
San Francisco, California 94111-4006
Tel.: (415) 315-6300
Fax: (415) 315-6350

Peter Welsh (*pro hac vice*)
peter.welsh@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050

Brian Blais (*pro hac vice*)
Brian.Blais@ropesgray.com
Phillip G. Kraft (*pro hac vice*)
phillip.kraft@ropesgray.com
1211 Avenue of the Americas
New York, New York 10036-8704
Tel.: (212) 596-9000
Fax: (212) 596-9090

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OLAPLEX HOLDINGS, INC., *et al.*, <br><br> Defendants. | Case No. 2:22-cv-08395-SVW-SK <br><br> **REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Hearing Date:  July 21, 2025 <br> Hearing Time:  1:30 p.m. <br> Courtroom:  10A <br> Judge:  Hon. Stephen V. Wilson |

## INTRODUCTION

In connection with their Opposition ("Opposition" or "Opp.") to Lead Plaintiff's Motion for Class Certification (ECF No. 199), Defendants Olaplex Holdings, Inc. ("Olaplex"), JuE Wong, Eric Tiziani, Tiffany Walden, Christine Dagousset, Tricia Glynn, Deirdre Findlay, Janet Gurwitch, Martha Morfitt, David Mussafer, Emily White, Michael White, and Paula Zusi (collectively, "Defendants") respectfully request that the Court consider certain documents that are subject to judicial notice. Specifically, Defendants request that the Court take judicial notice of the following exhibits to the Declaration of Anne Johnson Palmer in support of Defendants' Opposition, filed contemporaneously herewith.

Each of the below listed exhibits is subject to judicial notice under Federal Rule of Evidence 201(b) and Ninth Circuit law as "not subject to reasonable dispute in that they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *See Young v. Ault*, No. 2:18-cv-6587 SJO, 2019 WL 1718676, at *2-3 (C.D. Cal. Feb. 25, 2019) (taking judicial notice of 21 "SEC filings and the undisputed facts contained therein, as well as all matters of public record") (citing *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018)).

## ARGUMENT

### I.   EXHIBITS 3-16 ARE SUBJECT TO JUDICIAL NOTICE

Under Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of a fact that is "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Documents contained in the public record fall squarely within the parameters of Rule 201(b). *See White v. Lee*, 227 F.3d 1214, 1242 (9th Cir. 2000). Courts routinely take judicial notice in securities actions of public filings with the

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS ISO DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

1

SEC. *See Ixia*, 2015 WL 1775221, at \*15 ("Courts can take judicial notice of securities offerings and corporate disclosure documents that are publicly available.") (citing *Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008)); *In re New Century*, 588 F. Supp. 2d 1206, 1219 (C.D. Cal. 2008) ("It is well-established that courts may take judicial notice of SEC filings."). Courts also routinely take judicial notice of "[p]ublic records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies." *U.S. ex. Rel. Modiglin v. DJO Global Inc.*, 48 F. Supp.3d 1362, 1381 (C.D. Cal. 2014) (internal quotations omitted). Olaplex's SEC filings, E.U. regulations and documents, and other public webpages meet these standards.

### A. SEC Filings

Pursuant to Rule 201, the Court may take judicial notice of a company's publicly available SEC filings. *See Ixia*, 2015 WL 1775221, at \*15 ("Courts can take judicial notice of securities offerings and corporate disclosure documents that are publicly available") (citing *Metzler*, 540 F.3d at 1064 n.7); *New Century*, 588 F. Supp. 2d at 1219 ("It is well-established that courts may take judicial notice of SEC filings."). Defendants specifically request that the Court take judicial notice of the following documents publicly filed with the SEC:

1. **Exhibit 3**: Olaplex Holdings Inc.'s Registration Statement on Form S-1, dated August 27, 2021.

2. **Exhibit 4**: Olaplex Holdings Inc.'s Prospectus on Form 424(b)(4), dated September 29, 2021.

3. **Exhibit 5**: Olaplex Holdings Inc.'s Registration Statement on Form S-8, dated October 4, 2021.

### B. E.U. Regulations and Documents

Courts routinely take judicial notice of "public records and government documents available from reliable sources on the Internet, such as websites run by

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS ISO DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

2

governmental agencies." *DJO Global Inc.*, 48 F. Supp. 3d at 1381. This Court may therefore take judicial notice of the following Exhibits, each of which are publicly available documents and regulations published by the E.U. and whose accuracy can be readily determined:

1.    **Exhibit 6**: The Scientific Committee on Consumer Safety Opinion on the Safety of Butylphenyl Methylpropional (p-BMHCA) in Cosmetic Products – Submission II, dated May 10, 2019 ("SCCS Report"), available at the following link: https://health.ec.europa.eu/system/files/2021-08/sccs_o_213_0.pdf.[1]

2.    **Exhibit 7**: A page on the European Commission's website, "The safety of Butylphenyl methylpropional (p- BMHCA) in cosmetic products - Submission II," dated May 10, 2019, available at the following link: https://health.ec.europa.eu/publications/safety-butylphenyl-methylpropional-p-bmhca-cosmetic-products-submission-ii_en.

3.    **Exhibit 8**: Commission Delegated Regulation (E.U.) 2020/1182 dated May 19, 2020 ("May 2020 EU Regulation"), published on August 11, 2020, available at the following link: https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX:32020R1182.

4.    **Exhibit 9**: Commission Regulation (E.U.) 2021/1902 dated October 29, 2021 (the "October 2021 E.U. Regulation"), published on November 3, 2021, available at the following link: https://eur-lex.europa.eu/eli/reg/2021/1902/oj.

---

[1] The Court can and already has considered the SCCS Report in this case because it is incorporated into Plaintiff's Amended Complaint. Specifically, this Court's ruling on Defendant's Motion to Dismiss noted that the SCCS Report was incorporated into the Amended Complaint, given that the Amended Complaint "references this study and necessarily relies on it to plead that Olaplex's product was unsafe." ECF No. 171 at 20 (citing *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010)).

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS ISO DEFENDANTS' OPPOSITION TO LEAD
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

3

**C.    Public Webpages**

The Court may also take judicial notice of public webpages to show what was in the public realm at the time. *See Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (judicial notice of news articles to "indicate what was in the public realm at the time"); *see also Tarantino v. Gawker Media, LLC*, No. CV 14–603–JFW, 2014 WL 2434647, at *1 n.1 (C.D. Cal. Apr. 22, 2014) ("Courts have found website and newspaper articles to be proper subject for judicial notice when those materials are relied on by a plaintiff or concern facts at issue in the complaint."). This Court may, therefore, take judicial notice of the following publicly available webpages:

1.    **Exhibit 10**: The Obelis Group webpage titled "Lilial classified as a CMR substance," dated September 24, 2020 ("Obelis Group September 2020 Article"), available at the following link: https://www.obelis.net/news/lilial-classified-as-a-cmr-substance/.

2.    **Exhibit 11**: The Hong Kong Consumer Council webpage titled "55% Body Lotions for Babies and Toddlers Detected with Fragrance Allergens Inaccurate and Insufficient Labelling Information Poses Increased Risks," dated September 15, 2021 ("Hong Kong Consumer Council September 2021 Press Release"), available at the following link: https://www.consumer.org.hk/en/press-release/p-539-body-lotions-babies-children.

3.    **Exhibit 12**: The COSMETICSCARE.EU article titled "Lilial and Zinc Pyrithione Banned," dated November 4, 2021, available at the following link: https://www.cosmeticscare.eu/en/lilial-and-zinc-pyrithione-banned/.

4.    **Exhibit 13**: The COSMESERVICE.COM article titled "EU Commission Publishes and Amendment: Regulation (E.U.) 2021/1902," dated November 11, 2021, available at the following link: https://cosmeservice.com/news/eu-commission-publishes-an-amendment-

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS ISO DEFENDANTS' OPPOSITION TO LEAD
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

4

regulation-eu-2021-1902/#:~:text=This%20new%20amendment%2C%20the%20Regulation%20(EU)%202021/1902%2C,the%20CLP%20Regulation%2C%20dated%2019th%20May%202020.&text=As%20of%201st%20of%20March%202022%2C%20cosmetics,must%20be%20not%20present%20at%20cosmetic%20products.

5.    **Exhibit 16**: Tweets posted by Olaplex, dated February 24, 2022 and preserved via WebPreserver, available at: https://x.com/olaplex/status/1496933135488978959.

The Court's ability to take judicial notice of public webpages extends to historical versions of a website that has been archived with sufficient accuracy. *EVO Brands, LLC v. Al Khalifa Grp. LLC*, 657 F. Supp. 3d 1312, 1322 (C.D. Cal. 2023) ("Courts have taken judicial notice of internet archives in the past, including Archive.org's 'Wayback Machine,' finding that Archive.org possesses sufficient indicia of accuracy that it can be used to readily determine the various historical versions of a website."). As such, the Court may also take judicial notice of the below archived Olaplex webpages, available on Archive.org's Wayback Machine:

6.    **Exhibit 14**: An archived webpage of Olaplex's product page for No.3 Hair Perfector dated April 15, 2021 available at the following link: https://web.archive.org/web/20210415115020/https://olaplex.com/products/olaplex-no-3-hair-perfector.

7.    **Exhibit 15**: An archived webpage of Olaplex's product page for No.3 Hair Perfector, dated June 28, 2021, available at the following link: https://web.archive.org/web/20210628104455/https://olaplex.com/products/olaplex-no-3-hair-perfector.

* * *

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS ISO DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

5

WHEREFORE, Defendants respectfully request that the Court take judicial notice of the above-referenced documents in connection with Defendants' Opposition to Lead Plaintiff's Motion for Class Certification.

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS ISO DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

6

Dated:        June 20, 2025        Anne Johnson Palmer
                                   ROPES & GRAY LLP

                                   By:  */s/ Anne Johnson Palmer*
                                        Anne Johnson Palmer (CSB # 302235)
                                        *anne.johnsonpalmer@ropesgray.com*
                                        ROPES & GRAY LLP
                                        Three Embarcadero Center
                                        San Francisco, California 94111-4006
                                        Tel.: (415) 315-6300
                                        Fax: (415) 315-6350

                                        Peter Welsh (pro hac vice)
                                        *peter.welsh@ropesgray.com*
                                        ROPES & GRAY LLP
                                        Prudential Tower
                                        800 Boylston Street
                                        Boston, MA 02199-3600
                                        Tel.: (617) 951-7000
                                        Fax: (617) 951-7050

                                        Brian R. Blais (pro hac vice)
                                        Phillip G. Kraft (pro hac vice)
                                        *brian.blais@ropesgray.com*
                                        *phillip.kraft@ropesgray.com*
                                        ROPES & GRAY LLP
                                        1211 Avenue of the Americas
                                        New York, NY 10036-8704
                                        Tel.: (212) 596-9000
                                        Fax: (212) 596-9090

                                        *Attorneys for Defendants*

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS ISO DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 2:22-cv-08395-SVW-SK

7