# EXHIBIT G

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LESLIE LILIEN, ind. and         :

on behalf of all others         :

similarly situated,             :

                Plaintiffs,     :

   v.                           :

OLAPLEX HOLDINGS, INC.,         : Case No.

JUE WONG, ERIC TIZIANI,         : 2:22-cv-0895-SVW(SKx)

TIFFANY WALDEN, CHRISTINE       :

DAGOUSSET, TRICIA GLYNN,        :

DEIRDRE FINDLAY, JANET          :

GURWITCH, MARTHA MORFITT,       :

DAVID MUSSAFER, EMILY           :

WHITE, MICHAEL WHITE and        :

PAULA ZUSI,                     :

                Defendants.     :


   30(b)(6) Videotaped Deposition of T. Rowe Price

              CHRISTINA BRATHWAITE

           Conducted virtually via Zoom

     Tuesday, June 17, 2025-12:04 p.m. CST


Job No.:  588863
Pages:  1 - 153
Reported by:  THERESA A. VORKAPIC,
              CSR, RMR, CRR, RPR

Videotaped 30(b)(6) deposition of T. Rowe Price, Christina Brathwaite, conducted virtually via Zoom, pursuant to subpoena before Theresa A. Vorkapic, a Certified Shorthand Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Professional Reporter and a Notary Public in and for the State of Illinois.

APPEARANCES

ON BEHALF OF THE LEAD PLAINTIFF ARKANSAS

TEACHER RETIREMENT SYSTEM AND LEAD COUNSEL FOR

THE PROPOSED CLASS:

    LAUREN A. ORMSBEE, ESQUIRE

    LISA STREJLAU, ESQUIRE

    LABATON SUCHAROW LLP

    140 Broadway

    New York, New York 10005

    212-907-0864

    lormsbee@labaton.com


ON BEHALF OF DEFENDANT OLAPLEX:

    ADAM M. HARRIS, ESQUIRE

    HANNAH BELITZ, ESQUIRE

    ISRAEL DAVID LLC

    60 Broad Street, Suite 2900

    New York, New York 10004

    212-350-8852

    adam.harris@davidllc.com

A P P E A R A N C E S (Continued)

ON BEHALF OF THE DEFENDANTS:

    EMMA GRUNHAUS, ESQUIRE

    ROPES & GRAY LLP

    1211 Avenue of the Americas

    New York, New York US 10036-8704

    212-596-9768

    emma.grunhaus@ropesgray.com


ON BEHALF OF THE DEPONENT:

    CHRISTOPER SHAHEEN, ESQUIRE

    T. ROWE PRICE

    1307 Point Street

    Baltimore, Maryland 21231

    410-345-2000


ALSO PRESENT:

    Don Lane, Remote Tech, Planet Depos

    Harold Rodriguez, Videographer, Planet

    Depos

Q   I think you referenced an ingredient called Lilial at the beginning of the deposition when you told me about your preparation.

Do you remember that?

A   Yes.

Q   In the course of determining whether or not to recommend that the portfolio invest in Olaplex stock, did the presence or absence of Lilial as an ingredient in any Olaplex product play any role?

A   No.  I was not aware of Lilial at the time.

Q   When you were determining whether or not to recommend that the portfolio invest in Olaplex stock, did you do any analysis of any ingredients generally in any Olaplex product?

A   No.  I'm not a scientist.

Q   You told me that you have covered other consumer beauty brands in the course of your work as an investment analyst at T. Rowe Price; is that right?

A   Correct, yes.

Q   In the course of that work, have you ever considered the presence or absence of a particular ingredient in a consumer beauty brand's products?

its intent to phase out lilial by March of 2022?

A  Yes.

Q  Do you recall learning that fact that the EU regulatory authority had announced its intent to phase out lilial in September of 2020?  Do you recall knowing or learning that prior to March of 2022?

A  I learned it in March of 2022.  I learned about the ingredient in general in March of 2022.

Q  The statements that we just read beginning with "In last ten days" and ending with "reproductive system if ingested," does that comport with your recollection of your takeaways from the conference call having listened to it?

A  Yes.

Q  And then the paragraph goes on to state that:  "In response, we no longer produce products with lilial."

Do you see that?

A  Yes.

Q  Does that comport with your recollection of information that you learned on the management conference call in March of 2022?

A  Yes.

Q  And finally, it says:  "Prior to that,

MR. HARRIS:  Object to form.

You can answer.

BY THE WITNESS:

A  Correct.

BY MS. ORMSBEE:

Q  I believe you testified earlier that the Olaplex No. 3 Hair Perfector was its top-selling product; is that correct?

A  Yes.

Q  Is it fair to say that at the time of the IPO, you did not know that the No. 3 Hair Perfector had contained lilial in its ingredient list at any time; is that correct?

MR. HARRIS:  Object to form.

BY THE WITNESS:

A  Do I still answer?

BY MS. ORMSBEE:

Q  Yes.  Your counsel can advise you, but these objections are on the record but they don't prevent you from answering.

MR. SHAHEEN:  Yeah, unless I instruct you not to answer, which is unlikely, Mr. Harris is making objections for the record, but yeah, once he's had that opportunity, you can go ahead and answer.

BY THE WITNESS:

    A  So, yes, to answer your question.

BY MS. ORMSBEE:

    Q  Okay.  Did you know at the time of the IPO, then, that the No. 3 product that was being sold still contained lilial?

    A  I was not aware.

    Q  At the time of the IPO, were you aware of any of the scientific studies that had deemed lilial to be unsafe for use in products in the EU?

    MR. HARRIS:  Objection.

BY THE WITNESS:

    A  No, I was not aware.

BY MS. ORMSBEE:

    Q  Are you familiar with an Olaplex product called No. 2?

    A  Yes.

    Q  What's the No. 2 product?

    A  I think the No. 2 is their shampoo.

    Q  Were you aware at the time of the IPO that the No. 2 product being sold in the US and the EU at the time of the IPO contained lilial?

    A  No.

    MR. HARRIS:  Object.

BY THE WITNESS:

Transcript of Christina Brathwaite, Corporate Designee
Conducted on June 17, 2025

103

BY THE WITNESS:

A  So, yes, to answer your question.

BY MS. ORMSBEE:

Q  Okay.  Did you know at the time of the IPO, then, that the No. 3 product that was being sold still contained lilial?

A  I was not aware.

Q  At the time of the IPO, were you aware of any of the scientific studies that had deemed lilial to be unsafe for use in products in the EU?

MR. HARRIS:  Objection.

BY THE WITNESS:

A  No, I was not aware.

BY MS. ORMSBEE:

Q  Are you familiar with an Olaplex product called No. 2?

A  Yes.

Q  What's the No. 2 product?

A  I think the No. 2 is their shampoo.

Q  Were you aware at the time of the IPO that the No. 2 product being sold in the US and the EU at the time of the IPO contained lilial?

A  No.

MR. HARRIS:  Object.

BY THE WITNESS:

Transcript of Christina Brathwaite, Corporate Designee
Conducted on June 17, 2025                                    104

A   No, I was not.

BY MS. ORMSBEE:

Q   Were you aware even today that the No. 2 product also contained lilial?

MR. HARRIS:  Object to form.

BY THE WITNESS:

A   No, I was not.

BY MS. ORMSBEE:

Q   I want to talk about the IPO process a little bit.  Do you recall discussing the lead-up to the IPO with Mr. Harris earlier today?

A   Yes.

Q   You testified earlier that you looked at the prospectus in connection with making your investment decision?

A   That's correct.

Q   Forgive me because I didn't write them down.  What other documents did you say -- or sorry.  What other information generally did you consider when you were making your investment recommendation pre-IPO?

A   Things like market research from Euromonitor, data from it, how big the market sizes are.  I had built a model.  I did a valuation framework.  I compared it against some

apologies for the typo -- "Brathwaite, Arnie."

Do you see that?

A  Yes.

Q  Do you have any recollection of having a November 11, 2021 call with anyone from Olaplex?

A  I don't remember the exact date.

Q  If you want to take a moment just to review -- you don't have to review every word, but if you want to review those notes from the call, my question is just does this seem to be notes of a call that you held with individuals from Olaplex?

A  Yes, this -- yes, sounds right.

Q  Do you have any understanding whether this call was held with Ms. Wang or Mr. Tiziani?

A  I think it was probably both of them, but I'm not sure.

Q  Okay.  I don't want to go through everything in the call, but if you need the time, to take the tine to review the notes, but my question is do you have any understanding of whether during this call Ms. Wang or Mr. Tiziani mentioned to you anything about Olaplex's use of lilial in its products?

A  They wouldn't have.  I only heard about it

in March 2022.

Q Okay. And the same question during this call, then, there was -- was there any mention or discussion of the European Union's ban on the use of lilial?

A No.

Q And you can say that because you only learned of Olaplex's use of lilial and the EU began in March of '22?

A Correct.

Q We can put that document down.

Turning to the March 2022 timeline, the first question I have is by this time, from your knowledge of the sales that were made on behalf of Arkansas by T. Rowe Price, did T. Rowe Price make any investments for Arkansas Teachers Retirement System of Olaplex after early February '22?

A I don't think so. I think the trading records showed that we stopped buying before then.

Q If you could take a look at what's already been introduced as Exhibit 4, if you have that up in front of you.

A Yes.

Q Do you recall looking at Exhibit 4 that this was a March 8, 2022 e-mail exchange