# EXHIBIT H

# PROVISIONALLY

# FILED UNDER SEAL