# EXHIBIT I

# PROVISIONALLY FILED UNDER SEAL