# EXHIBIT J

# PROVISIONALLY FILED UNDER SEAL