# EXHIBIT K

# PROVISIONALLY

# FILED UNDER SEAL