# EXHIBIT L

# PROVISIONALLY FILED UNDER SEAL