# EXHIBIT M

# PROVISIONALLY

# FILED UNDER SEAL