# EXHIBIT N

# PROVISIONALLY

# FILED UNDER SEAL