# EXHIBIT O

# PROVISIONALLY

# FILED UNDER SEAL