# EXHIBIT P

# PROVISIONALLY

# FILED UNDER SEAL