# EXHIBIT Q

# PROVISIONALLY

# FILED UNDER SEAL