# EXHIBIT R

# PROVISIONALLY

# FILED UNDER SEAL