# EXHIBIT S

# PROVISIONALLY

# FILED UNDER SEAL