# EXHIBIT U

# PROVISIONALLY

# FILED UNDER SEAL