# EXHIBIT V

# PROVISIONALLY

# FILED UNDER SEAL