| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Lauren A. Ormsbee (*pro hac vice*)<br>Lisa M. Strejlau (*pro hac vice*)<br>Charles J. Stiene (*pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>lormsbee@labaton.com<br>lstrejlau@labaton.com<br>cstiene@labaton.com<br><br>*Lead Counsel for Lead Plaintiff*<br>*Arkansas Teacher Retirement System*<br><br>**GLANCY PRONGAY & MURRAY LLP**<br>Robert V. Prongay (SBN 270796)<br>Charles H. Linehan (SBN 307439)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>rprongay@glancylaw.com<br>clinehan@glancylaw.com<br><br>*Liaison Counsel for Lead Plaintiff*<br>*Arkansas Teacher Retirement System* | **ROPES & GRAY LLP**<br>Anne Johnson Palmer (SBN 302235)<br>Three Embarcadero Center<br>San Francisco, California 94111-4006<br>Tel.: (415) 315-6300<br>Fax: (415) 315-6350<br>anne.johnsonpalmer@ropesgray.com<br><br>Peter Welsh (*pro hac vice*)<br>Daniel A. Yanofsky (*pro hac vice*)<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-3600<br>Tel.: (617) 951-7000<br>Fax: (617) 951-7050<br>peter.welsh@ropesgray.com<br>daniel.yanofsky@ropesgray.com<br><br>Brian Blais (admitted pro hac vice)<br>Phillip G. Kraft (admitted pro hac vice)<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Tel.: (212) 596-9000<br>Fax: (212) 596-9090<br>brian.blais@ropesgray.com<br>phillip.kraft@ropesgray.com<br><br>*Attorneys for the Olaplex Defendants*<br>*(listed on signature page)* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., ET AL.,<br><br>Defendants. | Case No. 2:22-CV-08395-SVW-SK<br><br>**JOINT STIPULATION REGARDING SETTLEMENT**<br><br>Honorable Stephen V. Wilson |

This stipulation is entered between Lead Plaintiff Arkansas Teacher Retirement System ("ATRS" or "Lead Plaintiff"), on behalf of itself and all members of the putative class in this action, and Defendants Olaplex Holdings, Inc. ("Olaplex"), JuE Wong, Eric Tiziani, Tiffany Walden, Christine Dagousset, Tricia Glynn, Deirdre Findlay, Janet Gurwitch, Martha Morfitt, David Mussafer, Emily White, Michael White, and Paula Zusi (the "Individual Defendants," together with Olaplex, the "Defendants" and, collectively with Lead Plaintiff, the "Parties").

WHEREAS, the Parties have reached a settlement in principle to resolve all claims in this litigation on a class-wide basis;

WHEREAS, this case is currently set for trial to begin on October 14, 2025 (ECF No. 181) ("Trial Date");

WHEREAS, this Court has set certain pretrial deadlines and hearings, including a hearing for Lead Plaintiff's motion for class certification that is currently scheduled for July 21, 2025 (ECF No. 181), and the Local Civil Rules for the Central District of California likewise provide for certain pretrial deadlines;

WHEREAS, the Parties request that the Court vacate all deadlines, hearings, and the Trial Date to allow the Parties to finalize documentation of the settlement and Lead Plaintiff to submit a motion for preliminary approval of the proposed class action settlement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the Court's approval, that:

1. All deadlines, hearings, and the Trial Date, are vacated.
2. Lead Plaintiff shall file a motion for preliminary approval of the proposed class action settlement on or before August 13, 2025.

**IT IS SO STIPULATED.**

DATED: July 2, 2025

| | |
|---|---|
| /s/ Lauren A. Ormsbee | /s/ Anne Johnson Palmer |
| Lauren A. Ormsbee (*pro hac vice*) | Anne Johnson Palmer (CSB # 302235) |
| Lisa M. Strejlau (*pro hac vice*) | **ROPES & GRAY LLP** |
| Charles J. Stiene (*pro hac vice*) | Three Embarcadero Center |
| **LABATON KELLER SUCHAROW LLP** | San Francisco, California 94111-4006 |
| 140 Broadway | Tel.: (415) 315-6300 |
| New York, New York 10005 | Fax: (415) 315-6350 |
| Telephone: (212) 907-0700 | anne.johnsonpalmer@ropesgray.com |
| Facsimile: (212) 818-0477 | |
| lormsbee@labaton.com | Peter Welsh (*pro hac vice*) |
| lstrejlau@labaton.com | Daniel A. Yanofsky (*pro hac vice*) |
| cstiene@labaton.com | **ROPES & GRAY LLP** |
| | Prudential Tower |
| *Lead Counsel for Lead Plaintiff Arkansas Teacher Retirement System* | 800 Boylston Street |
| | Boston, Massachusetts 02199-3600 |
| **GLANCY PRONGAY & MURRAY LLP** | Tel.: (617) 951-7000 |
| Robert V. Prongay (SBN 270796) | Fax: (617) 951-7050 |
| Charles H. Linehan (SBN 307439) | peter.welsh@ropesgray.com |
| 1925 Century Park East, Suite 2100 | daniel.yanofsky@ropesgray.com |
| Los Angeles, California 90067 | |
| Telephone: (310) 201-9150 | Brian Blais (admitted pro hac vice) |
| Facsimile: (310) 432-1495 | Phillip G. Kraft (admitted pro hac vice) |
| rprongay@glancylaw.com | **ROPES & GRAY LLP** |
| clinehan@glancylaw.com | 1211 Avenue of the Americas |
| | New York, New York 10036-8704 |
| *Liaison Counsel for Lead Plaintiff Arkansas Teacher Retirement System* | Tel.: (212) 596-9000 |
| | Fax: (212) 596-9090 |
| | brian.blais@ropesgray.com |
| | phillip.kraft@ropesgray.com |
| | |
| | Adam M. Harris |
| | adam.harris@davidllc.com |
| | **ISRAEL DAVID LLC** |
| | 60 Broad Street, Suite 2900 |
| | New York, NY 10004 |
| | Tel.: (212) 350-8852 |
| | Fax: (212) 350-8860 |
| | |
| | *Attorneys for Olaplex Holdings, Inc., JuE Wong, Eric Tiziani, Tiffany Walden, Christine Dagousset, Tricia Glynn, Deirdre Findlay, Janet Gurwitch, Martha Morfitt, David Mussafer, Emily White, Michael White, and Paula Zusi* |

1  IT IS SO ORDERED.

2  Date: _____

3

4  _____
   Honorable Stephen V. Wilson
5  United States District Judge

JOINT STIPULATION REGARDING SETTLEMENT
CASE NO. 2:22-CV-08395-SVW-SK

## ATTESTATION OF FILING

Pursuant to Local Rule 5-4.3.4 regarding signatures, I, Lauren A. Ormsbee, hereby attest that the other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 2, 2025                                                         By: /s/ *Lauren A. Ormsbee*
                                                                                         Lauren A. Ormsbee