**GLANCY PRONGAY & MURRAY LLP**
ROBERT V. PRONGAY (SBN 270796)
rprongay@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495

*Liaison Counsel for Lead Plaintiff*
*Arkansas Teacher Retirement*
*System and the Proposed Class*

**LABATON KELLER SUCHAROW LLP**
LAUREN A. ORMSBEE (*pro hac vice*)
lormsbee@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff*
*Arkansas Teacher Retirement System*
*and Lead Counsel for the Proposed Class*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08395-SVW(SKx)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: September 8, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 8, 2025, at 1:30 p.m., or as soon thereafter as it may be heard, if a hearing is required by the Court, Court-appointed Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff"), on behalf of itself and all members of the proposed Settlement Class, will move this Court for an

1  Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) preliminarily approving
2  a proposed settlement of the above-captioned class action (the "Settlement"); (ii)
3  approving the proposed long-form Notice of Pendency of Class Action, Proposed
4  Settlement, and Motion for Attorneys' Fees and Expenses, Proof of Claim and
5  Release form, Postcard Notice, and Summary Notice of Pendency and Proposed
6  Settlement of Class Action and Motion for Attorneys' Fees and Expenses, attached as
7  Exhibits A-1 through A-4 to the proposed Preliminary Approval Order, filed
8  herewith, as well as the methods of notice; (iii) setting a date and time for the final
9  Settlement Hearing; (iv) appointing Epiq Class Action & Claims Solutions, Inc. as
10 the Claims Administrator to provide all notices, process Claim Forms, and to
11 administer the Settlement; and (v) granting such other and further relief as this Court
12 deems just and proper.

13 　　　Pursuant to Local Rule 7-3, I have conferred with counsel for the Defendants,
14 and Defendants do not oppose the relief requested by the motion. Accordingly, we
15 respectfully submit that the Motion may be suitable for decision on the papers and in
16 advance of a September 8, 2025 hearing date.

17 　　　This motion is supported by the accompanying memorandum of points and
18 authorities, the Declaration of Lauren A. Ormsbee, dated August 1, 2025, and the
19 exhibits attached thereto, including the Stipulation and Agreement of Settlement,
20 dated August 1, 2025.

21 　　　A proposed Order Granting Preliminary Approval of Class Action Settlement,
22 Approving Form and Manner of Notice, and Setting Date for Hearing on Final
23 Approval of Settlement, with annexed exhibits, which was negotiated by the Parties,
24 is also submitted herewith.

25

26 Dated: August 1, 2025　　　　　　　　**LABATON KELLER SUCHAROW LLP**

27 　　　　　　　　　　　　　　　By:　　/s/ *Lauren A. Ormsbee*
28 　　　　　　　　　　　　　　　　　　Lauren A. Ormsbee (*pro hac vice*)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lisa Strejlau (*pro hac vice*)
Charles Stiene (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
lormsbee@labaton.com
lstrejlau@labaton.com
cstiene@labaton.com

*Attorneys for Lead Plaintiff Arkansas Teacher Retirement System and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List served via ECF on all registered participants only.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2025

/s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee

**Mailing Information for *Leslie Lilien v. Olaplex Holdings, Inc. et al.*, Case 2:22-CV-08395-SVW(SKX)**

**Electronic Mail Notice List:**

The following are those who are currently on the list to receive e-mail notices for this case.

- Eric J. Belfi - ebelfi@labaton.com
- Brian R. Blais - Brian.blais@ropesgray.com
- John L. Brennan - jbrennan@willkie.com
- James C. Dugan - jdugan@willkie.com
- Kathryn C. Garrett - kgarrett@willkie.com
- Matthew M. Gurvitz - mgurvitz@willkie.com
- Adam M. Harris - adam.harris@davidllc.com
- Danielle Izzo - dizzo@labaton.com
- Philip G. Kraft - phillip.kraft@ropesgray.com
- Charles Henry Linehan - clinehan@glancylaw.com
- Francis P. McConville - fmcconville@labaton.com
- Lauren Amy Ormsbee - lormsbee@labaton.com
- Jennifer Pafiti - jpafiti@pomlaw.com
- Anne Johnson Palmer- anne.johnsonpalmer@ropesgray.com
- Kevin M Papay - kevin.papay@morganlewis.com
- Robert Vincent Prongay - rprongay@glancylaw.com
- John Warren Rissier - warren.rissier@morganlewis.com
- Charlene Sachi Shimada - charlene.shimada@morganlewis.com
- Charles J. Stiene - cstiene@labaton.com
- Naomi Rose Strauss - nstrauss@willkie.com
- Lisa Marie Strejlau - lstrejlau@labaton.com
- Irina Vasilchenko - ivasilchenko@labaton.com
- Carol C. Villegas - cvillegas@labaton.com
- Peter L. Welsh - peter.welsh@ropesgray.com

1  Daniel A. Yanofsky - daniel.yanofsky@ropesgray.com

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAIL LIST
CASE NO. 2:22-CV-08395-SVW(SKX)