**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
Charles J. Stiene (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
cstiene@labaton.com

*Lead Counsel for Lead Plaintiff*
*Arkansas Teacher Retirement System*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (SBN 270796)
Charles H. Linehan (SBN 307439)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
rprongay@glancylaw.com
clinehan@glancylaw.com

*Liaison Counsel for Lead Plaintiff*
*Arkansas Teacher Retirement System*

**ROPES & GRAY LLP**
Anne Johnson Palmer (SBN 302235)
Three Embarcadero Center
San Francisco, California 94111-4006
Tel.: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Peter Welsh (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050
peter.welsh@ropesgray.com

Brian Blais (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036-8704
Tel.: (212) 596-9000
Fax: (212) 596-9090
brian.blais@ropesgray.com

*Attorneys for the Olaplex Defendants*
*(listed on signature page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., ET AL.,<br><br>Defendants. | Case No. 2:22-CV-08395-SVW-SK<br><br>**JOINT STIPULATION REGARDING SHORTENING TIME FOR NOTICE OF PRELIMINARY APPROVAL HEARING DATE TO AUGUST 18, 2025**<br><br>Honorable Stephen V. Wilson |

This stipulation is entered into between Court-appointed Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff"), on behalf of itself and all members of the proposed settlement class in this action, and Defendants Olaplex Holdings, Inc.

("Olaplex"), JuE Wong, Eric Tiziani, Tiffany Walden, Christine Dagousset, Tricia Glynn, Deirdre Findlay, Janet Gurwitch, Martha Morfitt, David Mussafer, Emily White, Michael White, and Paula Zusi (the "Individual Defendants," together with Olaplex, the "Defendants" and, collectively with Lead Plaintiff, the "Parties"), by and through their undersigned counsel.

WHEREAS, the Parties executed a Stipulation and Agreement of Settlement, dated August 1, 2025, and filed an unopposed motion seeking preliminary approval of the proposed Settlement and related relief on August 1, 2025 ("Preliminary Approval Motion");

WHEREAS, pursuant to Local Rule 6-1, the hearing on the unopposed Preliminary Approval Motion is scheduled to occur on September 8, 2025, to the extent a hearing on the unopposed motion is needed;

WHEREAS, the Parties consent to the unopposed Preliminary Approval Motion being heard in advance of the twenty-eight day period provided under Local Rule 6-1, to the extent a hearing on the unopposed motion is needed; and

WHEREAS, the Parties have conferred and are available to appear in person at a hearing on August 18, 2025.[1]

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned Parties, subject to the Court's approval, that:

1. The unopposed Preliminary Approval Motion may be heard in advance of the twenty-eight day period provided under Local Rule 6-1; and
2. The Parties consent to the unopposed Preliminary Approval Motion being heard by the Court on Monday August 18, 2025, at 1:30 p.m., to the extent the Court believes a hearing is required.

**IT IS SO STIPULATED.**

---

[1] The Parties are also available to appear on August 25, 2025 for a remote hearing by Zoom webinar due to preexisting travel plans.

DATED: August 8, 2025

*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
Charles J. Stiene (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
cstiene@labaton.com

*Lead Counsel for Lead Plaintiff Arkansas Teacher Retirement System*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (SBN 270796)
Charles H. Linehan (SBN 307439)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
rprongay@glancylaw.com
clinehan@glancylaw.com

*Liaison Counsel for Lead Plaintiff Arkansas Teacher Retirement System*

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer (CSB # 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, California 94111-4006
Tel.: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Peter Welsh (*pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050
peter.welsh@ropesgray.com
daniel.yanofsky@ropesgray.com

Brian Blais (admitted pro hac vice)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Tel.: (212) 596-9000
Fax: (212) 596-9090
brian.blais@ropesgray.com
phillip.kraft@ropesgray.com

*Attorneys for Olaplex Holdings, Inc., JuE Wong, Eric Tiziani, Tiffany Walden, Christine Dagousset, Tricia Glynn, Deirdre Findlay, Janet Gurwitch, Martha Morfitt, David Mussafer, Emily White, Michael White, and Paula Zusi*

IT IS SO ORDERED

Date: _____

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

3

## ATTESTATION OF FILING

Pursuant to Local Rule 5-4.3.4 regarding signatures, I, Lauren A. Ormsbee, hereby attest that the other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 8, 2025                    By: */s/ Lauren A. Ormsbee*
                                             Lauren A. Ormsbee