**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| LESLIE LILIEN, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-cv-08395-SVW-SK |
| v. | |
| OLAPLEX HOLDINGS, INC., et al. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/8/2025 | 225 | Joint Stipulation |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Counsel shall immediately file a Proposed Order via CM/ECF and email a Microsoft Word version of the Proposed Order to the chambers email address.

Dated: 8/11/2025

By: _[signature]_
U.S. District Judge / U.S. Magistrate Judge