**GLANCY PRONGAY & MURRAY LLP**
ROBERT V. PRONGAY (SBN 270796)
rprongay@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495

*Liaison Counsel for Lead Plaintiff*
*Arkansas Teacher Retirement*
*System and the Proposed Class*

**LABATON KELLER SUCHAROW LLP**
LAUREN A. ORMSBEE (*pro hac vice*)
lormsbee@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff*
*Arkansas Teacher Retirement System*
*and Lead Counsel for the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08395-SVW(SKx)<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Hearing Date: December 1, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that on December 1, 2025, at 1:30 p.m., Lead Plaintiff Arkansas Teacher Retirement System, on behalf of itself and all members of the Settlement Class, through its counsel, will move this Court, for Orders, pursuant to Rule 23(e)(2) of the Federal Rules of Civil Procedure: (i) granting final approval of the proposed Settlement of the above-captioned class action on the terms set forth in the Stipulation and Agreement of Settlement, dated August 1, 2025 (ECF No. 224-3); and (ii) approving the proposed plan for allocating the proceeds of the Settlement to the Settlement Class (the "Plan of Allocation").

The Motion is supported by the accompanying Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and the accompanying Declaration of Lauren A. Ormsbee in Support of (I) Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Motion for an Award of Attorneys' Fees and Payment of Expenses, dated October 27, 2025, with annexed exhibits.

Pursuant to the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order", ECF No. 229), any objections to the Settlement and/or the Plan of Allocation must be filed with the Court by November 10, 2025. Although proposed orders are being submitted herewith pursuant to Local Civil Rule 7-20, updated orders may be submitted with Lead Plaintiff's reply submission on or before November 24, 2025, after the deadline for objecting and seeking exclusion has passed.

### Local Rule 7-3

This motion is being filed pursuant to paragraph 29, on Page 14, of the Preliminary Approval Order.

Dated: October 27, 2025          **LABATON KELLER SUCHAROW LLP**

By:     /s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Lisa Strejlau (*pro hac vice*)
Charles Stiene (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
lormsbee@labaton.com
lstrejlau@labaton.com
cstiene@labaton.com

*Attorneys for Lead Plaintiff Arkansas Teacher Retirement System and the Proposed Settlement Class*

**Certificate of Service**

I hereby certify that on October 27, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List served via ECF on all registered participants only.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2025

/s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee

**Mailing Information for *Leslie Lilien v. Olaplex Holdings, Inc. et al.*, Case 2:22-CV-08395-SVW(SKX)**

**Electronic Mail Notice List:**

**The following are those who are currently on the list to receive e-mail notices for this case.**

Eric J. Belfi - ebelfi@labaton.com

Brian R. Blais - Brian.blais@ropesgray.com

John L. Brennan - jbrennan@willkie.com

James C. Dugan - jdugan@willkie.com

Kathryn C. Garrett - kgarrett@willkie.com

Matthew M. Gurvitz - mgurvitz@willkie.com

Adam M. Harris - adam.harris@davidllc.com

Danielle Izzo - dizzo@labaton.com

Philip G. Kraft - phillip.kraft@ropesgray.com

Charles Henry Linehan - clinehan@glancylaw.com

Francis P. McConville - fmcconville@labaton.com

Lauren Amy Ormsbee - lormsbee@labaton.com

Jennifer Pafiti - jpafiti@pomlaw.com

Anne Johnson Palmer - anne.johnsonpalmer@ropesgray.com

Kevin M Papay - kevin.papay@morganlewis.com

Robert Vincent Prongay - rprongay@glancylaw.com

John Warren Rissier - warren.rissier@morganlewis.com

Charlene Sachi Shimada - charlene.shimada@morganlewis.com

Charles J. Stiene - cstiene@labaton.com

Naomi Rose Strauss - nstrauss@willkie.com

Lisa Marie Strejlau - lstrejlau@labaton.com

Irina Vasilchenko - ivasilchenko@labaton.com

Carol C. Villegas - cvillegas@labaton.com

1. Nicole M. Zeiss – nzeiss@labaton.com
2. Peter L. Welsh - peter.welsh@ropesgray.com
3. Daniel A. Yanofsky - daniel.yanofsky@ropesgray.com