**GLANCY PRONGAY & MURRAY LLP**
ROBERT V. PRONGAY (SBN 270796)
rprongay@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495

*Liaison Counsel for Lead Plaintiff*
*Arkansas Teacher Retirement*
*System and the Proposed Class*

**LABATON KELLER SUCHAROW LLP**
LAUREN A. ORMSBEE (*pro hac vice*)
lormsbee@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff*
*Arkansas Teacher Retirement System*
*and Lead Counsel for the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08395-SVW(SKx)<br><br>**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Hearing Date: December 1, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson |

**TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that on December 1, 2025, at 1:30 p.m., Lead Counsel, Labaton Keller Sucharow LLP, will move this Court on behalf of itself and Liaison Counsel Glancy Prongay & Murray LLP (together "Plaintiffs' Counsel"), for an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure: (i) awarding attorneys' fees in the amount of 25% of the Settlement Fund; (ii) awarding Litigation Expenses in the amount of $771,674.27, plus accrued interest; and (iii) approving Lead Plaintiff's request for reimbursement of $10,006.63 related to its representation of the Settlement Class, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), §15 U.S.C. § 77z-1(a)(4).

The Motion is supported by the accompanying Memorandum of Points and Authorities in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and the accompanying Declaration of Lauren A. Ormsbee in Support of (I) Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Motion for an Award of Attorneys' Fees and Payment of Expenses, dated October 27, 2025, with annexed exhibits.

Pursuant to the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order", ECF No. 229), any objections to the Fee and Expense Application must be filed with the Court by November 10, 2025. Although a proposed order is being submitted herewith pursuant to Local Civil Rule 7-20, an updated order may be submitted with Lead Counsel's reply submission on or before November 24, 2025, after the deadline for objecting has passed.

### Local Rule 7-3

This motion is being filed pursuant to paragraph 29, on Page 14, of the Preliminary Approval Order.

Dated: October 27, 2025          **LABATON KELLER SUCHAROW LLP**

By:          /s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Lisa Strejlau (*pro hac vice*)
Charles Stiene (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
lormsbee@labaton.com
lstrejlau@labaton.com
cstiene@labaton.com

*Attorneys for Lead Plaintiff Arkansas Teacher Retirement System and the Proposed Settlement Class*

**Certificate of Service**

I hereby certify that on October 27, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List served via ECF on all registered participants only.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2025

/s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee

**Mailing Information for *Leslie Lilien v. Olaplex Holdings, Inc. et al.*, Case 2:22-CV-08395-SVW(SKX)**

**Electronic Mail Notice List:**

**The following are those who are currently on the list to receive e-mail notices for this case.**

Eric J. Belfi - ebelfi@labaton.com

Brian R. Blais - Brian.blais@ropesgray.com

John L. Brennan - jbrennan@willkie.com

James C. Dugan - jdugan@willkie.com

Kathryn C. Garrett - kgarrett@willkie.com

Matthew M. Gurvitz - mgurvitz@willkie.com

Adam M. Harris - adam.harris@davidllc.com

Danielle Izzo - dizzo@labaton.com

Philip G. Kraft - phillip.kraft@ropesgray.com

Charles Henry Linehan - clinehan@glancylaw.com

Francis P. McConville - fmcconville@labaton.com

Lauren Amy Ormsbee - lormsbee@labaton.com

Jennifer Pafiti - jpafiti@pomlaw.com

Anne Johnson Palmer- anne.johnsonpalmer@ropesgray.com

Kevin M Papay - kevin.papay@morganlewis.com

Robert Vincent Prongay - rprongay@glancylaw.com

John Warren Rissier - warren.rissier@morganlewis.com

Charlene Sachi Shimada - charlene.shimada@morganlewis.com

Charles J. Stiene - cstiene@labaton.com

Naomi Rose Strauss - nstrauss@willkie.com

Lisa Marie Strejlau - lstrejlau@labaton.com

Irina Vasilchenko - ivasilchenko@labaton.com

Carol C. Villegas - cvillegas@labaton.com

MAILING LIST
CASE NO. 2:22-CV-08395-SVW(SKX)

Nicole M. Zeiss – nzeiss@labaton.com

Peter L. Welsh - peter.welsh@ropesgray.com

Daniel A. Yanofsky - daniel.yanofsky@ropesgray.com