# Exhibit 9

Case 2:22-cv-08395-SVW-SK    Document 235-9    Filed 10/27/25    Page 1 of 2   Page ID
#:6034

*Lilien v. Olaplex Holdings, Inc.*, No. 22-CV-08395-SVW (C.D. Cal.)

### SUMMARY OF LODESTARS AND EXPENSES

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Labaton Keller Sucharow LLP | 10,762.0 | $5,756,899.50 | $768,288.22 |
| Glancy Prongay & Murray LLP | 53.1 | $29,360.00 | $3,386.05 |
| **TOTALS** | **10,815.1** | **$5,786,259.50** | **$771,674.27** |