**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

OLAPLEX HOLDINGS, INC., et al.,

Defendants.

Case No. 2:22-cv-08395-SVW(SKx)

**SUPPLEMENTAL DECLARATION OF ERIC BLOW REGARDING (A) MAILING OF THE POSTCARD NOTICE; (B) CLAIMS RECEIVED TO DATE; AND (C) REPORT ON REQUESTS FOR EXCLUSION**

I, Eric Blow, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.     I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The statements of fact in this declaration are based on my personal knowledge and information provided to me by my colleagues in the ordinary course of business and, if called on to do so, I could and would testify competently thereto.

2.     Epiq was retained by Lead Counsel to be the Claims Administrator for this Settlement pursuant to the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, dated August 11, 2025 (the "Preliminary Approval Order") (ECF No. 229), and in accordance with the Stipulation and Agreement of Settlement, dated August 1, 2025 (the "Stipulation").[1] I submit this declaration as a supplement to my earlier declaration, the Declaration of Eric Blow Regarding (A) Mailing of the Postcard Notice; (B) Publication of the

---

[1] All capitalized terms not otherwise defined in this document shall have the same meanings given to them in the Stipulation.

SUPPLEMENTAL DECLARATION OF ERIC BLOW
CASE NO. 2:22-CV-08395-SVW(SKX)

Summary Notice; and (C) Report on Requests for Exclusion, dated October 27, 2025 ("Initial Mailing Decl."). ECF No. 235-3.

### CONTINUATION OF DISSEMINATION OF THE POSTCARD NOTICE

3.      Since the execution of the Initial Mailing Declaration, Epiq has continued to receive requests for Postcard Notices from potential Class Members and their nominees. Through November 24, 2025, Epiq has mailed an additional 620 Postcards for a total of 19,598 Postcards mailed. As of November 24, 2025, 91 Postcards have been returned by the United States Postal Service, and 14 had forwarding information and were promptly re-mailed.

### UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE

4.      Epiq continues to maintain a toll-free number for the Settlement (1-877-879-0943) and an interactive Voice Response Unit to accommodate callers outside business hours. As of November 24, 2025, there have been a total of 59 calls, representing 441 minutes, to the toll-free telephone number.  Epiq has promptly responded to each telephone inquiry and will continue to address potential Class Members' inquiries.

5.      Epiq also continues to maintain the website dedicated to the Settlement www.OlaplexSecuritiesSettlement.com (the "Settlement Website") to assist potential Class Members. Through November 24, 2025, the Settlement Website was visited by 6,816 unique visitors and 16,236 website pages have been viewed. The Settlement Website will continue to be updated with relevant case information and Court documents.

### CLAIM SUBMISSIONS TO DATE

6.      The notices and Claim Form informed Settlement Class Members that in order to qualify for a payment from the Net Settlement Fund, a Claim Form with supporting documentation must be submitted by November 24, 2025.  As of

2

November 24, 2025, Epiq has received approximately 19,305 Claims. Of the Claims received through November 24, 2025, approximately 18,573 Claims were filed electronically by institutions, approximately 61 Claims were submitted by mail, and approximately 671 Claims were submitted through the Settlement Website's claim submission portal.

7.      Epiq is still receiving Claims and typically the vast majority of Claims are submitted right before or on the submission deadline.  Because Epiq is in the process of reviewing and analyzing the Claims received to date and additional Claims will be received, the information provided herein is subject to further review, analysis, and quality control and is intended only for informational purposes at this time.

### EXCLUSION REQUESTS

8.      Pursuant to the Preliminary Approval Order, any Settlement Class Member who wished to be excluded from the Settlement Class was required to mail their written request to Epiq so that the request was received by November 10, 2025. Epiq has not received any requests for exclusion, as of the date of this Declaration.

9.      Additionally, the Preliminary Approval Order directed Settlement Class Members to submit their objections to the Court and counsel for the Parties.  Epiq has not received any mis-directed objections, as of the date of this Declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 24, 2025, in Louisville, KY.

_____
Eric Blow
Project Manager
Epiq Class Action & Claims Solutions, Inc.

3

SUPPLEMENTAL DECLARATION OF ERIC BLOW
CASE NO. 2:22-CV-08395-SVW(SKX)