**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., *et al.*,<br><br>Defendants. | Case No. 2:22-cv-08395-SVW-SKx<br><br>[PROPOSED] ORDER ON DEFENDANTS' REQUEST FOR REMOTE APPEARANCE<br><br>Date:          December 1, 2025<br>Time:         1:30 PM<br>Courtroom: 10A<br>Judge:       Hon. Stephen V. Wilson |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Request for Remote Appearance at the December 1, 2025 Settlement Hearing and Declaration in Support, filed on November 24, 2025 by counsel for Defendants Brian R. Blais, and for good cause shown, IT IS HEREBY ORDERED THAT:

1.    Brian R. Blais is permitted to appear remotely on behalf of Defendants for the settlement hearing scheduled on December 1, 2025 at 1:30 PM in the above-captioned case.  Mark S. Gaioni will appear in person on behalf of Defendants.

2.    The remote appearance will be conducted via Zoom based on the published Zoom link information for Department 10A.

3.    Brian R. Blais shall ensure that he is equipped with the necessary technology and is available at the scheduled time to participate fully in the proceedings.

4.    This order does not affect any other scheduling orders issued by the Court.

IT IS SO ORDERED.

Dated: November 25, 2025

_____
Honorable STEPHEN V. WILSON
United States District Judge