UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-08395-SVW-SK | Date: | December 1, 2025 |
|---|---|---|---|

Title:    Leslie Lilien v. Olaplex Holdings, Inc. et al

Present: The Honorable    **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Lauren A. Ormsbee | Mark Gaioni |
| Nicole Zeiss | Brian Blais |
| Charles Linehan | |

**Proceedings:**      **ZOOM - MOTION for Settlement Approval of Class Action Settlement and Plan and Allocation filed by Lead Plaintiff [233]**
**MOTION for Attorney Fees filed by Lead Plaintiff [234]**

     Case called. The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

|  |  | : | 15 |
|---|---|---|---|
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | | Initials of Deputy Clerk DTA |