**GLANCY PRONGAY & MURRAY LLP**
ROBERT V. PRONGAY (SBN 270796)
rprongay@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495

*Liaison Counsel for Lead Plaintiff
Arkansas Teacher Retirement
System and the Proposed Class*

**LABATON KELLER SUCHAROW LLP**
LAUREN A. ORMSBEE (*pro hac vice*)
lormsbee@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff
Arkansas Teacher Retirement System
and Lead Counsel for the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LILIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAPLEX HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-08395-SVW(SKx)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED REVISED] ORDER APPROVING PLAN OF ALLOCATION** |

//

//

THIS MATTER having come before the Court for a hearing on December 1, 2025, at 1:30 p.m., on the motion of Lead Plaintiff Arkansas Teacher Retirement System, on behalf of itself and all members of the Settlement Class, for final approval of the proposed Settlement of the Action and approval of the proposed Plan of Allocation for the distribution of the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated as of August 1, 2025, ECF No. 224-3 (the "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.      Pursuant to and in accordance with Rule 23 of the Federal Rules of Civil Procedure, this Court finds and concludes that due and adequate notice was directed to Persons who are Settlement Class Members, who could be identified with reasonable effort, advising them of the proposed Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3.      There were no objections to the Plan of Allocation.

4.      The Court finds and concludes that the Plan of Allocation for the distribution of the Net Settlement Fund that is set forth in the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among eligible Settlement Class Members.

5.      The Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is fair, reasonable, and adequate and the Court approves the Plan of Allocation.

SO ORDERED this 5th day of December 2025.

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE